# Exhibit A



# Notice of Service of Process

**SOP / ALL**
**Transmittal Number: 20271201**
**Date Processed: 08/20/2019**

**Primary Contact:**     Bruce Buttaro
Liberty Mutual Insurance Company
175 Berkeley St
Boston, MA 02116-5066

| | |
|---|---|
| **Entity:** | Liberty Mutual Group Inc.<br>Entity ID Number  2541558 |
| **Entity Served:** | Liberty Mutual Group, Inc. |
| **Title of Action:** | Salit Auto Sales, Inc. dba Salit Auto Sales vs. CCC Information Services, Inc;<br>Liberty Mutual Group, Inc |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Class Action |
| **Court/Agency:** | Middlesex County Superior Court, NJ |
| **Case/Reference No:** | MID-L-005857-19 |
| **Jurisdiction Served:** | New Jersey |
| **Date Served on CSC:** | 08/20/2019 |
| **Answer or Appearance Due:** | 35 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Henry P. Wolfe<br>732-325-3500 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

## SUMMONS

Attorney(s) Henry P. Wolfe, NJ Atty 031942005

Office Address  Law Office of Henry P. Wolfe LLC

Town, State, Zip Code  17A Joyce Kilmer Ave. N
New Brunswick, NJ 08901-1951

Telephone Number  732-325-3500

Attorney(s) for Plaintiff  Salit Auto Sales, Inc.

Salit Auto Sales, Inc. on behalf of itself and

others similarly situated
Plaintiff(s)

vs.

CCC Information Services, Inc., Liberty Mutual

Group, Inc., and Liberty Mutual Home and Auto Services, LLC
Defendant(s)

# Superior Court of
# New Jersey

Middlesex   County

Law   Division

Docket No:  MID-L-5857-19

# CIVIL ACTION
# SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

s/ Michelle M. Smith
Clerk of the Superior Court

DATED:  August 19, 2019

Name of Defendant to Be Served:  Liberty Mutual Group Inc.
CORPORATION SERVICE COMPANY
Address of Defendant to Be Served:  PRINCETON SOUTH CORPORATE CTR STE 160,
100 CHARLES EWING BLVD,EWING,NJ,08628

Henry P. Wolfe – NJ Atty ID 031942005
Law Office of Henry P. Wolfe LLC
17A Joyce Kilmer Avenue N
New Brunswick, NJ 08901-1951
(732) 325-3500
henry@wolfeconsumerlaw.com
*Attorneys for Plaintiff*

| | |
|---|---|
| Salit Auto Sales, Inc. d/b/a Salit Auto Sales on behalf of itself and others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CCC Information Services, Inc., Liberty Mutual Group Inc., and Liberty Mutual Home and Auto Services LLC, d/b/a Liberty Mutual Fire Insurance Company and Wausau Underwriters Insurance Company, <br><br> Defendants. | SUPERIOR COURT OF NEW JERSEY MIDDLESEX COUNTY - LAW DIVISION <br><br> CIVIL ACTION <br><br> DOCKET NO. MID-L- 005857 -19 <br><br> **CLASS ACTION COMPLAINT AND JURY DEMAND** |

## SUMMARY OF ACTION

1. This is an action against Liberty Mutual and its claims adjustment agent, CCC Information Services, Inc., alleging that they acted in concert in producing and employing fraudulent "CCC One Market Valuation Reports" to support bad-faith claim settlement offers in total loss vehicle claims.

2. Most notably, the Defendants' valuation reports have, by design, routinely misrepresented and understated the replacement value of claimants' totaled vehicles by applying arbitrary and baseless "condition" adjustments to the advertised prices of comparable vehicles in the local market (known as "comp" vehicles) used in the reports to estimate the pre-accident value of claimants' vehicles.

3. More specifically, the Defendants' valuation reports have routinely represented that all "comp" vehicles in uniformly superior condition to "Normal Wear" condition (a term that is used repeatedly in the reports without explanation or definition, in violation of New Jersey insurance regulations), while claimants' pre-accident vehicles are routinely assessed to be in "Normal Wear" or worse condition.   According to the Defendants' Market Valuation Reports, the superior condition of all "comp" vehicles, as compared to mere "Normal Wear" vehicles such as claimants' vehicles, requires that negative "condition adjustments" be applied to retail prices of the "comp" vehicles to arrive at fair estimates of pre-accident retail values of claimants' vehicles.

4. For example, in the Plaintiff's case, the Defendants' initial valuation report stated that all four "comp" vehicles were exactly $1,243 above "Normal Wear" condition (a surprising proposition, given that the four vehicles were not identical in terms of mileage, model year, options, and were listed for sale by different dealerships that might have different standards for used inventory), and so reduced the estimated pre-accident value of the Plaintiff's vehicle by that amount (in addition to applying other, questionable adjustments, as explained later).

5. However, the Defendants' have made these unqualified and specific representations of the "condition" of comp vehicles without conducting any inspection or other investigation to ascertain the actual condition of the comp vehicles, and without any other good faith factual bases.

6. The fraudulent nature of the Defendants' uniform comp vehicle "condition adjustments" was exposed during the course of the Plaintiff's claim, in which the Defendants inadvertently used the Plaintiff's car itself as one of the four "comp" vehicles (designated as "Comp 1"). This error resulted from the fact that Plaintiff is a small car dealership, and the vehicle at issue was an inventory car that had been advertised for sale (and thus apparently added

to the Defendants' comp vehicle database) prior to being totaled in an accident caused by Liberty Mutual's insured, leading to the third-party claim at issue.

7.   Apparently failing to recognize that the "Loss Vehicle" and "Comp 1" was the same car, the Defendants' report listed strikingly different "condition" and other adjustments to each. Specifically, the Defendants represented in their report that the "Comp 1" was in $1,243 better than "Normal Wear" condition (a term that is not defined in the report), while the Loss Vehicle's pre-accident "condition" was $586 worse than "Normal Wear."   The report also stated that "Comp 1" had options that were worth $127 more than the Loss Vehicle's options.

8.   Thus, according to the Defendants' report, the pre-accident "Loss Vehicle" was worth $1,956 less than the "Comp 1" due to supposed differences in condition and options, <u>even though they were they same vehicle</u>.

9.   Moreover, as the dealership that had listed Comp 1 for sale, the Plaintiff knew that the Defendants had not visited the dealership to inspect the vehicle and had not made any inquiries to the Plaintiff regarding the condition of the vehicle.  The Plaintiff therefore could not discern any good-faith basis for the Defendants' specific representations in the report regarding the "condition" of Comp 1.

10. When the Plaintiff alerted Liberty Mutual of its error, and requested an explanation for the discrepancies between the reported condition of the "Loss Vehicle" and "Comp 1", and the basis for the uniform "condition" adjustments to all of the comp vehicles, Liberty Mutual refused, claiming that the answer involved "proprietary" information.

11. The legitimacy of the Defendants' valuation reports is further called into question by their apparent lack of concern as to whether the "comp" vehicles chosen for a report are suitable to estimate the value of claimants' vehicles, or whether their vehicle market database is

sufficiently accurate, up-to-date, or comprehensive to produce reasonably comparable vehicles for a particular claim.

12. For example, one of the four "comp" vehicles used in the report was inaccurately listed as having a higher trim level than the actual vehicle as identified by its VIN number, and another "comp" vehicle had been in a serious accident (according to a readily available Carfax report) that would have drastically decreased its retail value, yet was still listed as being in $1,243 better "condition" than a "Normal Wear" vehicle, resulting in a lower value of the Plaintiff's vehicle, which was determined to have .

13. Moreover, the Defendants used these outrageously inappropriate "comps" while ignoring perfectly suitable comp vehicles available at the time in the marketplace, which the Plaintiff identified in minutes with a simple Google search.

14. Because the Plaintiff is a car dealership and the totaled vehicle was part of its active inventory prior to the accident, the Plaintiff had special knowledge of industry practices and of the pre-accident condition and fair market value of the totaled vehicle, and therefore knew that the Defendants' uniform "condition" adjustments were fraudulent, and had no discernable purpose other than to support bad-faith, insufficient initial settlement claim offers.

15. The Plaintiff is concerned that ordinary consumers will not have similar knowledge, and therefore, the Plaintiff sees this case as an important opportunity to subject the Defendants' practices to judicial scrutiny, and to permanently enjoin those practices if they are determined to be unlawful.

16. Plaintiff seeks these equitable remedies, and monetary remedies (including enhanced and punitive damages) under the New Jersey Uniform Declaratory Judgment Act, the New

Jersey Racketeering and Organized Crime Act (NJRICO), and the New Jersey Consumer Fraud Act (CFA).

## PARTIES AND VENUE

17. Plaintiff Salit Auto Sales ("Salit") is a small, family-owned and operated used car dealership located in Edison, New Jersey, formed as a domestic corporation.

18. Defendants Liberty Mutual Group, Inc., a foreign corporation, and Liberty Mutual Home and Auto Services LLC, a foreign limited liability company (collectively "Liberty Mutual") conduct business in New Jersey as sellers and providers of insurance, including automobile liability insurance, sometimes under the names Mutual Fire Insurance Company and/or Wausau Underwriters Insurance Company.

19. Defendant CCC Information Services, Inc. ("CCC"), is a foreign corporation that acts in concert with insurance providers, including Liberty Mutual, in adjusting clams for reimbursement of the value of total loss vehicles.

20. Venue in this action properly lies in Middlesex County because, without limitation, the Plaintiff's primary place of business is there.

## FACTUAL ALLEGATIONS

### I. The Plaintiff's third-party total loss claim.

21. In November 2017, Salit listed for sale at its dealership in Edison, New Jersey a 2011 Cadillac CTS Performance Sedan (the "subject vehicle") with 107,852 odometer miles, and in excellent mechanical and cosmetic condition.

22. Salit advertised the subject vehicle online its own website and on Autotrader.com with a list price of $10,998, which was at or below the fair market retail value of the vehicle at that time.

23. On January 21, 2018, a Salit employee was driving the subject vehicle on dealership business when another driver, Maria Corbet, disregarded a traffic signal and collided with the subject vehicle.

24. On or about February 6, 2018, Salit made a third-party property damage claim with the Maria Corbet's insurer, Liberty Mutual.

25. After its adjuster inspected the subject vehicle, Liberty Mutual determined that it was a total loss.

26. After determining that the subject vehicle was a total loss, Liberty Mutual elected to make a cash settlement offer to Salit pursuant to N.J.A.C. 11:3-10.4, which is applicable to third-party claims pursuant to N.J.A.C. 11:2-17.10.

27. Given its election to make a cash settlement offer pursuant to N.J.A.C. 11:3-10.4, Liberty Mutual conceded that its insured, Maria Corbet was at fault for the accident, and that Liberty Mutual was liable for the resulting damage to the subject vehicle.[1]

28. As an insurer electing to make a cash settlement on a total loss vehicle claim, Liberty Mutual was required by regulation to "bear in mind at all times that [Salit's] position is that of a retail consumer and the settlement value arrived at must be reasonable and fair for a person in that position." N.J.S.A. 11:3-10.4.

29. Thus, under N.J.S.A. 11:3-10.4, Liberty Mutual was required to arrive at a settlement value that would be sufficient to purchase a vehicle that was substantially similar to subject vehicle at retail, including sales tax.

---

[1] If Liberty Mutual denies this allegation or otherwise indicates in its responsive pleading that Plaintiff is incorrect that fault and liability are conceded and therefore non-contested issues in this action, Plaintiff will seek leave to amend to join Maria Corbet as a defendant so those issues can be determined along with the claims raised herein.

## II.    The Defendants' Market Valuation Report and initial claim settlement offer

30. On February 23, 2018, Salit's Sales & Finance Manager, Alan Salit received an e-mail from a Liberty Mutual Claims Resolution Representative named Logan Hubert, attaching an inspection report confirming that the subject vehicle was a total loss, and also attaching a document entitled CCC One Market Valuation Report, which Logan described in the e-mail as "the valuation for your car."  A copy of the February 23, 2018 CCC One Market Valuation Report is attached as **Exhibit A** (hereinafter, the "Market Valuation Report.")

31. The Market Valuation Report stated that the retail value of the subject vehicle (called the "Loss Vehicle" in the report) was $7,671, plus sales tax, calculated as the purported "Base Vehicle Value" of $8,257 less a "Condition Adjustment" of $586. **Exhibit A**, page 1.

32. According to the Market Valuation Report, the subject vehicle's "Base Vehicle Value" of $8,257 was "the weighted average of the adjusted value of the comparable vehicles" listed in the report.  **Exhibit A**, page 2.

33. According to the Market Valuation Report, the "comparable vehicles" used in the report were "vehicles in the area" that "are similar to the loss vehicle based on relevant factors," which were selected from Defendant CCC's "extensive database of vehicles that currently are or recently were available for sale."  **Exhibit A**, page 2.

34. The Market Valuation Report listed four "comparable vehicles" (called "Comp 1", "Comp 2", "Comp 3", and "Comp 4" in the report), all of which were 2011 Cadillac CTS Performance Sedans, but of varying mileage and trim levels.  **Exhibit A**, pages 8 – 9.

35. According to the Market Valuation Report, the retail "list price" for the "comparable vehicles" were $9,998 for Comp 1, $12,500 for Comp 2, $12,895 for Comp 3, and $17,995 for Comp 4. **Exhibit A**, pages 8 - 9.

36. The average retail prices for the four "comparable vehicles" chosen for the report was $13,347, which was more than $5,000 greater than the "the weighted average of the adjusted value of the comparable vehicles" that the Defendants purportedly used to arrive at the subject vehicle's "Base Vehicle Value" of $8,257.

37. This marked difference between the actual average retail price of the "comparable vehicles" and the  purported "Base Vehicle Value" of the subject vehicle was the result of various "Adjustments" that were applied "to the price of the selected comparable vehicles" before taking their "weighted average" to determine the "Base Vehicle Value." **Exhibit A**, pages 2, 8 – 9.

38. According to the Market Valuation Report, these "Adjustments" to the retail prices of the "comparable vehicles" are necessary to "reflect differences in vehicle attributes, including mileage and options." **Exhibit A**, pages 2, 8 – 9.

39. The report applied four separate categories of Adjustments to the retail price of the "comparable vehicles," including "Make/Model/Trim," "Options," "Mileage," and "Condition" See **Exhibit A**, pages 6, 8.

40. The first three "Adjustment" categories (Make/Model/Trim, Options, and Mileage) are apparently supposed to reflect, in dollar figures, the degree to which each "comparable vehicle" is superior or inferior to the Loss Vehicle in each category, with a negative Adjustment figure indicating that the "comparative vehicle" is superior to the Loss Vehicle in a particular category to the degree that the retail price of the "comparative vehicle" needs to be reduced by the stated Adjustment amount in order to arrive at an accurate retail price valuation for the comparatively inferior Loss Vehicle.  See **Exhibit A**, pages  6, 8.

41. The "condition" Adjustment, unlike the other categories, does not involve a direct comparison of the "comparable vehicle" to the Loss Vehicle, but rather is supposed to reflect the degree to which the actual condition each "comparable vehicle" is superior or inferior to a similar vehicle with "Normal Wear."   As with the other categories, a negative "condition" Adjustment means that the "comparable vehicle" is purportedly superior to a similar "Normal Wear" vehicle, and so its retail list price needs to be reduced by the Adjustment figure to arrive at the fair market value of a similar "Normal Wear" vehicle. See **Exhibit A**, page 7 ("The Condition Adjustment sets that comparable vehicle to Normal Wear condition.")

42. A separate "Condition" adjustment is then applied to the Loss Vehicle's "Base Vehicle Value" to reflect the degree to which its condition purportedly differs from a similar "Normal Wear" vehicle. See **Exhibit A**, pages 1, 2.

43. The Market Value Report includes no definition or explanation of what the term "Normal Wear" means.

### III.    The Defendants' use of fabricated and grossly inaccurate "adjustment" data for the "comparable vehicles" to support of a bad-faith claim settlement offer.

44. The February 23, 2018 Market Valuation Report listed a "condition" adjustment for all four "comparable vehicles" in the identical amount of - $1,243. See **Exhibit A**, page 8.

45. The Defendants thus represented in the Market Valuation Report that each of the four "comparable vehicles" were in better than "Normal Wear" condition, and that each vehicle worth $1,243 more at retail than if it had been in "Normal Wear" condition.

46. February 23, 2018 Market Valuation Report reduced a "condition" adjustment for the subject vehicle (the "Loss Vehicle") of negative $586 based on its adjuster's inspection of the

vehicle, which was applied to reduce the Defendants' valuation of the vehicle by that amount. See **Exhibit A,** page 1.

47. The Defendants thus represented in the Market Valuation Report that the subject vehicle was in worse than "Normal Wear" condition prior to the accident, and that it was worth $586 less at retail than if it had been in "Normal Wear" condition.

48. The Defendants uniform representations about the condition of the "comparable vehicles" in the February 23, 2018 were false.

49. The false nature of the Defendants' representation that each of the "comparable vehicles" were $1,243 more valuable than a similar "Normal Wear" vehicle was readily apparent from data that was either in the Defendants' possession or readily available to them at the time they made the false representations regarding the "condition" of the "comparable vehicles."

50. For example, the first "comparable vehicle" listed in the Market Valuation Report, designated as "Comp 1," was the subject vehicle itself, as was readily apparent on the face of the report, which listed the same VIN numbers for the Loss Vehicle and Comp 1, and listed Salit Auto Sales as both the owner of the Loss Vehicle and the seller of Comp 1.  See **Exhibit A,** pages 1, 3, 7.

51. Although Comp 1 and the Loss Vehicle were the identical vehicle, the Defendants represented that Comp 1's "condition" was $1,243 better than "Normal Wear," while the Loss Vehicle's pre-accident "condition" was $586 worse than "Normal Wear." See **Exhibit A,** pages 1, 6, 8.

52. Although Comp 1 and the Loss Vehicle were the identical vehicle, the Defendants represented that Comp 1's "options" were $127 more valuable at retail than the Loss Vehicle's "options."  See **Exhibit A,** page 8.

53. Prior to making the foregoing representations regarding the "condition" of Comp 1, the Defendants had not visited the Plaintiff's dealership to inspect the vehicle

54. Prior to making the foregoing representations regarding the "condition" of Comp 1, the Defendants had not made any inquiries to the Plaintiff regarding the condition of the subject vehicle.

55. The second "comparable vehicle" ("Comp 2"), which he Defendants also represented as being in $1,243 better "condition" than "Normal Wear," had in fact been subjected to damage to the majority of its exterior, as apparent from the Comp 2's vehicle history report, which includes an entry from January 7, 2016 indicating that the vehicle had damage to the front, left front, left rear, left side, right front, right rear, right side, and rear.  A copy of Comp 2's Carfax vehicle history report is attached hereto as **Exhibit B**.

56. Under car dealership and insurance industry standards, the damage reported in Comp 2's vehicle history report would preclude any representation that the vehicle was in better than average (or "Normal Wear") condition, and would result in a substantial reduction in the vehicle's value attributable to "condition."

57. Carfax reports are widely used in the car dealership and insurance industries, and the Carfax for Comp 2 and other "comparable vehicles" used in the Market Valuation Report were readily available to the Defendants.

58. The third "comparable vehicle" (Comp 3) was misrepresented in the Market Valuation Report as an all-wheel drive ("AWD") CTS 3.0l, when in fact its VIN coding indicates that it is a rear wheel drive ("RWD") vehicle, like the subject vehicle.  A copy of Comp 3's Carfax vehicle history report indicating that it is a RWD model, is attached hereto as **Exhibit C**.

59. Based on this misrepresentation, the Defendants improperly applied negative "Make/Model/Trim" and "Options" Adjustments to the retail price of Comp 3, resulting in a lower "weighted average" of the adjusted prices of the "comparable vehicles," and thus a lower "Base Vehicle Value" for the subject vehicle.   See **Exhibit A,** page 8.

60. The Defendants had not inspected the "comparable vehicles" or communicated with the sellers regarding the actual condition of the "comparable vehicles" when they made the precise representations regarding the condition of the "comparable vehicles" in the Market Valuation Report.

61. When the Defendants represented the condition of each of the four "comparable vehicles" as being $1,243 in value better than "Normal Wear" condition, the Defendants had no knowledge or good-faith belief as to the veracity of their representations.

62. The $1,243 "condition" premium for the "comparable vehicles" relative to a so-called "Normal Wear" vehicle was fabricated by the Defendants for the purpose of reducing the valuation of the subject vehicle (the "Loss Vehicle") to provide apparent support for an initial claim settlement offer that less than the retail value of a vehicle that was truly "comparable" to the subject vehicle.

63. The Defendants represented that each of the four "comparable vehicles" merited an identical $1,243 "condition" premium relative to "Normal Wear" even they had been subjected to varying degrees of use (as measured by odometer mileage), were offered for sale by different dealerships with different standards for inventory condition, and had varying options, trim levels, and retail prices.

64. The Defendants had not inspected the "comparable vehicles" or communicated with the sellers regarding the actual "make/model/trim" or the actual "options" of the "comparable

vehicles" when they made the representations regarding those aspects of the "comparable vehicles" in the Market Valuation Report.

65. The Defendants did not engage in even minimal investigation to confirm the accuracy of their representations regarding the "make/model/trim" or "options" of the "comparable vehicles" used in the Market Valuation Report.

66. According to the Market Valuation Report, the $586 "condition adjustment" deducted from the subject vehicle's "Base Vehicle Value" was based on "observations by the appraiser" regarding "the condition of key components of the loss vehicle prior to the loss." See **Exhibit A,** page 6.

67. The Market Valuation Report included a list of various interior, exterior, and mechanical components of the subject vehicle, and claimed that the "seats" and exterior "trim" exhibited "Major Wear," resulting in value deductions of $259 and $327 respectively. According to the report, all other components exhibited "Normal Wear," with none exhibiting better than "Normal Wear." See **Exhibit A,** page 6.

68. The Market Valuation Report did not define or explain what the terms "Normal Wear" or Major Wear" and does not even mention any ratings superior to "Normal Wear" that were presumably applied to the "comparable vehicles" components to arrive at the $1,243 uniform "condition adjustment" premium applied to those vehicles.

69. In reality, the exterior trim of the subject vehicle had no discernable "wear" at all, nor did many of the components that the Defendants represented as exhibiting "Normal Wear." The seats did have some wear, but nothing beyond "normal" wear for a car that had been sat in and driven for 110,000 miles over 7 years.

70. Based on the foregoing representations regarding the condition and other characteristics of the "comparable vehicles," the subject vehicle, and the purported "valuation methodology," the Defendants represented in their Market Valuation Report that the retail value of the subject vehicle was $7,671 plus sales tax, and the Defendants made a claim settlement offer to Salit in that amount.

71. The actual retail value of the subject vehicle prior to the accident was, at a minimum, $9,998 and was likely substantially higher based on valuation manuals customarily used and relied upon in the retail car dealership industry.

72. At the time the Defendants made their initial claim settlement offer, it would have been impossible to purchase at retail a comparable vehicle to the pre-accident subject vehicle for $7,671 plus tax.

73. During the course its dealings with Salit, the Defendants identified a total of 12 supposed "comparable vehicles" to the subject vehicle (four in the initial Market Valuation Report and eight in a subsequent revised report), none of which were listed at a retail price of $7,671 plus tax or less.   In fact, the least expensive of these "comparable vehicles" listed for $7,999 (but had about 20,000 more odometer miles than the subject vehicle), the most expensive had a retail price of $17,995, and the average retail price of all the "comparable vehicles" identified by the Defendants was $11,810.33.

74. At the time that Liberty Mutual made the initial claim settlement offer of $7,671 plus sales tax, there was no dispute as to Liberty Mutual's liability that might justify an offer that Liberty Mutual knew to be less than the pre-accident fair retail value of the subject vehicle.

**IV.    The Defendants' fabricated and arbitrary revised claim settlement offer, and their refusal to provide substantive responses to the Plaintiff's inquiries regarding the bases of the uniform comparable vehicle "condition" adjustment and other aspects of the valuation.**

75. On March 2, 2018, Alan Salit sent an e-mail message to Logan Hubert and his manager at Liberty Mutual, Shane Wycoff, objecting to the Defendants' purported valuation of the subject vehicle, and discussing the issues described in the foregoing allegations.   A hard copy of the March 2, 2018 e-mail message and subsequent related e-mail messages is attached hereto as **Exhibit D.**

76. In the March 2, 2018 e-mail Mr. Salit specifically made the following request for information, "I would like some clarification as to why each vehicle starts with a condition adjustment of $1,243. I assume it is some mathematical number attributed across the board, but that is not accurate as seen by the deduction indicated on Comp 1 versus the actual appraisal performed by Liberty Mutual." See **Exhibit D.**

77. On March 5, 2018, Shayne Wyckoff responded by e-mail, stating, "Mr. Salit, I've reviewed your email and think we need to take a deeper dive into this for you. We will get back to you tomorrow to discuss this in greater detail." See **Exhibit D.**

78. On March 6, 2018, Alan Salit received a telephone call from Hubert Logan, who advised that the valuation of the subject vehicle had been increased to $8,412 plus tax, but failed to address the majority of the inquiries and objections raised in Salit's March 2, 2018 e-mail.

79. On March 6, 2018, Alan Salit sent an e-mail message to Shane Wycoff objecting to the revised valuation and requesting a copy of the revised valuation report. See **Exhibit D.**

80. On March 6, 2018, Shane Wycoff replied to Alan Salit by e-mail stating "Mr. Salit, I apologize for any inconvenience however we did take a 2nd look at the total loss evaluation and addressed the discrepancies you pointed out. The total loss evaluation is attached for your review. If you're not in agreement with the evaluation please feel free to consider other options

including pursuing a claim through your insurance company and/or passing Logan's information along to your attorney and have them reach out at their convenience." See **Exhibit D.**

81. Mr. Wycoff did not mention any right to an internal appeal of the valuation by Liberty Mutual as one of Salit's "other options." See **Exhibit D.**

82. Attached to Mr. Wycoff's March 6, 2018 e-mail was a revised Market Valuation Report, a copy of which is attached hereto as **Exhibit E.**

83. Contrary to Mr. Wycoff's e-mail, the revised Market Valuation Report did not "address the discrepancies" pointed out in Salit's March 2, 2018 e-mail, other than changing the "condition" of the subject vehicle's exterior "trim" (which had no discernable wear) from "Major Wear" to "Normal Wear" and replacing the "comparable vehicles" with different Cadillac CTS Performance Sedans.

84. Most notably, the revised Market Valuation Report continued to apply an unexplained, uniform "condition adjustment" to all retail prices of all the "comparable vehicles," although this time in the amount of $1,186 instead of the $1,243 uniform "condition adjustment" used in the initial report.   See **Exhibit E**, page 8.

85. The Defendants never explained in the revised Market Valuation Report or elsewhere how the "condition" of all "comparable vehicles" in the local market suddenly became $57 worse (although still $1,186 better than similar "Normal Wear" vehicles) as a result of information provided in Salit's March 2, 2018 e-mail, or how this change "addressed the discrepancies" described in Salit's e-mail.

86. On March 13, 2018, Salit's attorney sent an e-mail message to Shane Wycoff and Hubert Logan specifically requesting the following information: "1. The procedure for initiating an appeal of the revised valuation with Liberty Mutual's internal appeal panel;  2. A detailed

response to Alan Salt's inquiry in his March 2, 2018 e-mail to you regarding the basis for the uniform downward condition adjustment for all comparable vehicles used in the valuation (which was $1,186 for each comp in your revised valuation report, and $1,243 in you [sic] initial valuation report)." The March 13, 2018 e-mail and subsequent emails to Liberty Mutual are attached hereto as **Exhibit F.**

87. After receiving no response to the March 13, 2018 e-mail, Salit's attorney e-mailed the same request for information to Mr. Wycoff, Mr. Logan, and their supervisor, Tracey Wilt on March 15, 2018 and again on March 21, 2018. See **Exhibit F.**

88. After receiving no response to the March 2018 e-mails, Salit's attorney again e-mailed Mr. Wycoff, Mr. Logan, Ms. Wilt on November 12, 2018, asking for the previously requested information, and advising that Salit would file a complaint with the Department of Banking and Insurance if Liberty Mutual failed to respond. The November 12, 2018 e-mail and subsequent e-mails to and from Liberty Mutual are attached hereto as **Exhibit F.**

89. On November 14, 2018, Shane Wycoff replied with an e-mail that he stated was "our response to your specific inquires." See **Exhibit F.**

90. The November 14, 2018 e-mail contained no response to Salit's inquiry regarding the procedure for obtaining an internal appeal of the March 6, 2018 revised valuation.

91. In the November 14, 2018 e-mail, Mr. Wycoff declined to provide a substantive response to Salit's inquiry regarding the basis of the uniform "condition" adjustment applied to all comparable vehicles used in the valuation, claiming that "I cannot provide more detail on this as it is proprietary information." See **Exhibit F.**

92. On November 14, 2018, Salit's attorney replied to Mr. Wycoff's e-mail, and requested that his correspondence requesting information regarding the revised valuation be directed to Liberty Mutual's legal department. See **Exhibit F.**

93. As of the time of filing of this action, neither Salit nor its attorney has received any further communications from Liberty Mutual or its counsel.

## CLASS ALLEGATIONS

94.　　This action is brought and may properly proceed as a class action, pursuant to the provisions of New Jersey Court Rule 4:32.

95.　　Plaintiff seeks certification of a Class, initially defined as:

### CLASS:

> All persons who, during the proposed class period, filed a third-party claim with Liberty Mutual for damage to a vehicle determined to be a total-loss, in which Liberty Mutual elected to make a cash settlement pursuant to N.J.A.C. 11:3-10.4, and in which Liberty Mutual based its claim settlement offer on a market valuation report prepared by CCC Information Services that included negative adjustments to the retail list prices of all "comparable vehicles" used in the report based on their purported condition.

> Excluded from the class is any person who received a claim settlement offer that did not reflect any negative adjustment due to the purported condition of the "comparative vehicles" used in the market valuation report relative to the purported pre-accident condition of the totaled vehicle.

> Also excluded from the class are any persons whose vehicles were primarily garaged outside of the State of New Jersey at the time the initial market valuation report was issued.

> The "proposed class period" is the period beginning six years prior to the filing of this Complaint and ending on the date an order certifying the proposed class is entered, if any.

96.　　The members of the Class for whose benefit this action is brought is so numerous that joinder of all members is impracticable.

97.     There are questions of law and fact common to the members of the Class that predominate over questions affecting only individuals. These common questions include:

a)  Whether Defendants' actions, as set forth herein, were unconscionable commercial practices, deception, fraud, false pretenses, and/or misrepresentations in violation of the CFA;

b)  Whether Plaintiff and the members of the Class suffered an ascertainable loss as a result of Defendants' violations of the CFA;

c)  Whether Defendants' actions constituted a violation of RICO;

d)  Whether Plaintiff and the members of the Class suffered damages as a result of Defendants' violation(s) of RICO;

e)  What relief are Plaintiff and the members of the Class entitled to under the CFA, RICO.

98.     Plaintiff's claims are typical of the claims of the members of the Class which it represents because all such claims arise out of the same policies, practices, and conduct, and the same or similar documents used by Defendants in their dealings with Plaintiff.

99.     Plaintiff has no interests antagonistic to those of the Class.

100.    The Class, of which Plaintiff is a member, is readily identifiable.

101.    Plaintiff will fairly and adequately protect the interests of the Class, and has retained competent counsel experienced in the prosecution of consumer litigation. Proposed Class Counsel has investigated and identified potential claims in the action. Proposed Class Counsel has a great deal of experience in handling class actions, other complex litigation, and claims of the type asserted in this action.

102.    A class action is superior to other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. While the economic damages suffered by the individual members of the Class are significant, the amount is modest compared to the expense and burden of individual litigation.

103.    The questions of law or fact common to the members of the Class predominate over any questions affecting only individual members.

104.    Defendants have acted, or refused to act, on grounds generally applicable to Plaintiff and all class members, thereby making appropriate final injunctive relief or corresponding declaratory relief with respect to the Class as a whole.

105.    A class action will cause an orderly and expeditious administration of the claims of the Class, and will foster economies of time, effort and expense.

106.    Plaintiff does not anticipate any difficulty in the management of this litigation.

### FIRST COUNT
### New Jersey Racketeer Influenced and
### Corrupt Organizations Act (NJRICO)

107.    The New Jersey Racketeer Influenced and Corrupt Organizations Act ("NJRICO") provides, at N.J.S.A. 2C:41-2(c) that "[i]t shall be unlawful for any person employed by or associated with any enterprise engaged in or activities of which affect trade or commerce to conduct or participate, directly or indirectly, in the conduct of the enterprise's affairs through a pattern of racketeering activity..."

108.    Defendants are "persons" within the meaning of NJRICO, N.J.S.A. 2C:41-1(b).

109.    Defendants' practices in connection with valuation and settlement of total-loss vehicles in third-party claims in New Jersey constitutes an "enterprise" within the meaning of NJRICO.

110.    NJRICO defines "racketeering activity" to include, inter alia "fraudulent practices and all crimes defined in chapter 21 of Title 2C of the New Jersey Statutes", N.J.S.A. 2C:41-1(a)(1)(n), "theft and all crimes defined in chapter 20 of Title 2C of the New Jersey Statutes" N.J.S.A. 2C:41-1(a)(1)(n), and "any conduct defined as 'racketeering activity' under Title 18, U.S.C. § 1961(1)(A), (B), and (D) [of the federal RICO, which includes mail and wire fraud, prohibited by 18 U.S.C. §§ 1341 and

1343]." N.J.S.A. 2C:41-1(a)(2).

111.     "Racketeering activity" under NJRICO has been construed to include attempted commissions of enumerated offenses.

112.     By engaging in the conduct alleged herein, the Defendants have engaged in "racketeering activity," including, without limitation, the following:

   a.  Deceptive business practices, N.J.S.A. 2C:21-7(h)("A person commits an offense if in the course of business he… makes a false or misleading written statement for the purpose of obtaining property or credit");

   b.  Theft by deception, N.J.S.A. 2C:20-4(a)("A person is guilty of theft if he purposely obtains property of another by deception. A person deceives if he purposely …[c]reates or reinforces a false impression, including false impressions as to law, value, intention or other state of mind…")

   c.  Mail and/or Wire fraud, 18 U.S.C. §§ 1341 and 1343(which prohibit use of mail and e-mail in furtherance of a "scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses").

113.     Defendants have participated in a pattern of racketeering activity, and therefore have violated NJRICO at N.J.S.A. 2C:41-2(c).

114.     Plaintiff and those similarly situated to her have suffered harm from Defendants' violations of NJRICO in the amount by which their vehicle's pre-accident valuations and claim settlement offers were reduced as a result of the Defendants' false and deceptive statements regarding the value of comparable vehicles used in their market valuation reports.

115.     Plaintiff and all others similarly situated are thus entitled to all appropriate legal and equitable relief, an award of treble their damages, plus attorney's fees, and costs pursuant to

N.J.S.A. 2C:41-4(c).

## SECOND COUNT
### Consumer Fraud Act

116.     The Plaintiff, putative class members, and the Defendants are "persons" within the meaning of the CFA, N.J.S.A. 56:8-1(d).

117.     The insurance policies that Liberty Mutual sold to its insureds that were responsible for damaging the Plaintiff's and putative class members' vehicles are "merchandise" within the meaning of the CFA, N.J.S.A. 56:8-1(c).

118.     The CFA, at N.J.S.A. 56:8-2, prohibits "[t]he act, use or employment by any person of any unconscionable commercial practice, deception, fraud, false pretense, false promise, misrepresentation, or the knowing, concealment, suppression, or omission of any material fact with intent that others rely upon such concealment, suppression or omission, in connection with the sale or advertisement of any merchandise or real estate, or with the subsequent performance of such person as aforesaid, whether or not any person has in fact been misled, deceived or damaged thereby, is declared to be an unlawful practice".

119.     The Defendants' practices in connection with valuation and settlement of total-loss vehicles in third-party claims in New Jersey, as alleged herein constitutes "[t]he act, use or employment by any person of any unconscionable commercial practice, deception, fraud, false pretense, false promise, misrepresentation... in connection with the sale or advertisement of any merchandise or real estate, or with the subsequent performance" and therefore violated the CFA at N.J.S.A. 56:8-2.

120.     N.J.S.A. 56:8-19 provides for a private right of action for treble damages, equitable relief, and reasonable attorney's fees and costs to "[a]ny person who suffers any ascertainable loss of moneys or property, real or personal, as a result of the use or employment by another person of any method,

act, or practice declared unlawful under this act."

121.     The plain language of the CFA does not require privity between the Defendants and the

Plaintiff or putative class members for a violation to arise or a private action to lie for harm caused by

the Defendants' unlawful practices in connection with the sale or subsequent performance of

insurance policies.

122.     Plaintiff and those similarly situated to her have suffered harm from Defendants'

violations of NJRICO in the amount by which their vehicle's pre-accident valuations and claim

settlement offers were reduced as a result of the Defendants' false and deceptive statements

regarding the value of comparable vehicles used in their market valuation reports.

123.     Plaintiff and all others similarly situated are thus entitled to all appropriate legal and

equitable relief, an award of treble their damages, plus attorney's fees, and costs pursuant to

N.J.S.A. 56:8-19.


### THIRD COUNT:
### Claim for Declaratory Relief under the Uniform Declaratory Judgment Act


124.     The Uniform Declaratory Judgments Act (UDJA) authorizes the Court to "to declare

rights, status and other legal relations, whether or not further relief is or could be claimed." N.J.S.A.

2A:16-52.

125.     The Plaintiff is a "person interested under a... written contract" and a "person... whose

rights, status or other legal relations are affected by a statute" and therefore under N.J.S.A. 2A:16-

53, they "may have determined any question of construction or validity arising under the...

contract... and obtain a declaration of rights, status or other legal relations thereunder."

126.    The Plaintiff brings this claim under the UDJA, and seeks a declaratory judgment that the

Defendants' policies and practices in connection with total loss vehicle claims violate New Jersey

law.

127.    The Plaintiff seeks a declaratory judgment that the Defendants' policy and practice of

affirmatively representing to claimants that all "comparative vehicles" used in loss vehicle valuation

reports merit a uniform "condition adjustment" to their retail prices (and a corresponding reduction

to the valuation of the loss vehicle) because they are in substantially better condition than similar

"Normal Wear" vehicles, without having any knowledge or basis for any good-faith belief as to the

actual condition of those vehicles, violates the following laws and regulations:

    a.    The Consumer Fraud Act, at N.J.S.A. 56:8-2, which prohibits any person from

    employing any misrepresentation, deception, or unconscionable commercial practice in

    connection with the sale of merchandise, including insurance, or in connection with the

    subsequent performance thereof;

    b.    Deceptive business practices - N.J.S.A. 2C:21-7(h), which provides, "A person

    commits an offense if in the course of business he... makes a false or misleading written

    statement for the purpose of obtaining property or credit";

    c.    Theft by deception (attempted), N.J.S.A. 2C:20-4(a), which provides, "A person is

    guilty of theft if he purposely obtains property of another by deception. A person deceives if

    he purposely ...[c]reates or reinforces a false impression, including false impressions as to

    law, value, intention or other state of mind..."

128.    The Plaintiff seeks a declaratory judgment that the Defendants' policy and practice of devaluating total loss vehicles based on adjuster's "observations" of their pre-accident condition as "Normal Wear" or "Major Wear," while inflating comparative value of "comparable vehicles" (thus reducing the valuation of the loss vehicle)  based on their being in a "condition" that is an unspecified and undescribed state above "Normal Wear," without providing any definition or description of the terms "Normal Wear," "Major Wear," or the superior "condition" rating applied to the "comparable vehicles," violates the following laws and regulations:

a.  Insurance Regulation, N.J.A.C. 11:3-10.4, which requires that a valuation that varies retail pricing of comparable vehicles "depending on the condition of the vehicle… must clearly indicate what condition the vehicle is being valued at and define in detail the difference between such rating categories."

b.  The Consumer Fraud Act, at N.J.S.A. 56:8-2, which prohibits any person from employing any misrepresentation, deception, or unconscionable commercial practice in connection with the sale of merchandise, including insurance, or in connection with the subsequent performance thereof;

c.   Deceptive business practices - N.J.S.A. 2C:21-7(h), which provides, "A person commits an offense if in the course of business he... makes a false or misleading written statement for the purpose of obtaining property or credit";

d.  Theft by deception (attempted), N.J.S.A. 2C:20-4(a), which provides, "A person is guilty of theft if he purposely obtains property of another by deception. A person deceives if he purposely ...[c]reates or reinforces a false impression, including false impressions as to law, value, intention or other state of mind..."

**WHEREFORE**, Plaintiff, on behalf of herself and all others similarly situated, demands judgment

against Defendants as follows:

    a.    An order certifying the Class for declaratory and injunctive relief under Rule 23(b)(2) and ordering the Defendants to cease all practices alleged herein that are ruled to be in violation of the CFA and/or NJRICO;

    b.    An order certifying the class for money damages under Rule 23(b)(3), and appointing Plaintiff as Class Representative and appointing her attorneys as Class Counsel;

    c.    A declaratory judgment that Defendants violated the CFA and/or NJRICO;

    d.    A judgment for injunctive relief enjoining Defendants from engaging in future, similar violations of the NJCFA and/or RICO, whether or not a class is certified;

    e.    A judgment for treble damages under the CFA at N.J.S.A. 56:8-19;

    f.    A judgment for treble damages under NJRICO at N.J.S.A. 2C:41-4;

    g.    A judgment for reasonable attorney fees and costs of suit in connection with this action, pursuant to the CFA and/or NJRICO;

    h.    A judgment for a refund of all moneys acquired by Defendants due to unlawful acts, under the CFA at N.J.S.A. 56:8-2.11;

    i.    A judgment for pre-judgment and post-judgment interest; and

    j.    All such other and further relief as the Court deems equitable and just.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

## NOTICE TO ATTORNEY GENERAL OF ACTION

A copy of the Complaint will be mailed to the Attorney General of the State of New Jersey within ten days after the filing with the Court, pursuant to N.J.S.A. 56:8-20.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to R. 4:25-4, Henry P. Wolfe is hereby designated as trial counsel for the Plaintiff, in the above matter.

## **CERTIFICATION**

Pursuant to *R.* 4:5-1, I hereby certify that, to the best of my knowledge, the matter in controversy is not the subject of any other action pending in any court or the subject of a pending arbitration proceeding, nor is any other action or arbitration proceeding contemplated.  I further certify that I know of no party who should be joined in the action at this time.

Dated:  August 12, 2019         s/ Henry P. Wolfe
                                      Henry P. Wolfe
                                      Law Office of Henry P. Wolfe LLC
                                      Attorney for Plaintiff

 

*Prepared for WAUSAU UNDERWRITERS INSURANCE COMPANY*

# REPORT SUMMARY

## CLAIM INFORMATION

| | |
|---|---|
| Owner | Salit Auto Sales |
| | 1855 Woodbridge Ave |
| | Edison, NJ 08817-5123 |
| Loss Vehicle | 2011 Cadillac CTS Sedan |
| | Performance RWD |
| Loss Incident Date | 01/31/2018 |
| Claim Reported | 02/21/2018 |

The CCC ONE® Market Valuation Report reflects CCC Information Services Inc.'s opinion as to the value of the loss vehicle, based on information provided to CCC by WAUSAU UNDERWRITERS INSURANCE COMPANY.

Loss vehicle has 13% greater than average mileage of 98,000.

 ## INSURANCE INFORMATION

| | |
|---|---|
| Report Reference Number | 87739582 |
| Claim Reference | 036925089-0003 |
| Adjuster | Hubert, Logan |
| Appraiser | Ullrich, Gregory |
| Odometer | 110,567 |
| Last Updated | 02/21/2018 09:06 AM |

## VALUATION SUMMARY

| | |
|---|---|
| **Base Vehicle Value** | **$ 8,257.00** |
| Condition Adjustment | - $ 586.00 |
| **Adjusted Vehicle Value** | **$ 7,671.00** |
| Vehicular Tax (6.63%) | + $ 508.20 |
| Tax reflects applicable state, county and municipal taxes. | |

### BASE VEHICLE VALUE
This is derived per our Valuation methodology described on the next page.

### ADJUSTED VEHICLE VALUE
This is determined by adjusting the Base Vehicle Value to account for the actual condition of the loss vehicle and certain other reported attributes, if any, such as refurbishments and after factory equipment.

# Total                          **$ 8,179.20**

The total may not represent the total of the settlement as other factors (e.g. license and fees) may need to be taken into account.

## Inside the Report

Valuation Methodology..............................2
Vehicle Information...................................3
Vehicle Condition.....................................6
Comparable Vehicles...............................7
Valuation Notes.......................................10
Supplemental Information........................11

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT A TO COMPLAINT

**CCC ONE.  MARKET VALUATION REPORT**

Owner: Salit Auto Sales
Claim: 036925089-0003

# VALUATION METHODOLOGY

## How was the valuation determined?



### CLAIM INSPECTION

WAUSAU UNDERWRITERS INSURANCE COMPANY has provided CCC with the zip code where the loss vehicle is garaged, loss vehicle VIN, mileage, equipment, as well as loss vehicle condition, which is used to assist in determining the value of the loss vehicle.



### DATABASE REVIEW

CCC maintains an extensive database of vehicles that currently are or recently were available for sale in the U.S. This database includes vehicles that CCC employees have physically inspected, as well as vehicles advertised for sale by dealerships or private parties. All of these sources are updated regularly.

### SEARCH FOR COMPARABLES

When a valuation is created the database is searched and comparable vehicles in the area are selected. The zip code where the loss vehicle is garaged determines the starting point for the search. Comparable vehicles are similar to the loss vehicle based on relevant factors.



### CALCULATE BASE VEHICLE VALUE

Adjustments to the price of the selected comparable vehicles are made to reflect differences in vehicle attributes, including mileage and options. Dollar adjustments are based upon market research.

Finally, the Base Vehicle Value is the weighted average of the adjusted values of the comparable vehicles based on the following factors:

- Source of the data (such as inspected versus advertised)
- Similarity (such as equipment, mileage, and year)
- Proximity to the loss vehicle's primary garage location
- Recency of information



© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT A TO COMPLAINT          Page 2 of 15

 **CCC ONE** MARKET VALUATION REPORT | Owner: Salit Auto Sales
Claim: 036925089-0003

# 🚗 VEHICLE INFORMATION

## VEHICLE DETAILS

| | |
|---|---|
| Location | EDISON, NJ 08817-5123 |
| VIN | 1G6DJ5EY3B0110539 |
| Year | 2011 |
| Make | Cadillac |
| Model | CTS Sedan |
| Trim | Performance |
| Body Style | RWD |
| Body Type | Sedan |
| Engine - | |
| Cylinders | 6 |
| Displacement | 3.0L |
| Fuel Type | Gasoline |
| Carburation | SIDI |
| Transmission | Automatic Transmission |

Vehicles sold in the United States are required to have a manufacturer assigned Vehicle Identification Number(VIN). This number provides certain specifications of the vehicle.

Please review the information in the Vehicle Information Section to confirm the reported mileage and to verify that the information accurately reflects the options, additional equipment or other aspects of the loss vehicle that may impact the value.

## VEHICLE ALLOWANCES

| **Odometer** | 110,567 | - 864 |
|---|---|---|
| **Options** | | |
| Remote Starter | Reported | + 64 |
| Ventilated Seats | Reported | + 94 |
| CD Changer/Stacker | Reported | + 300 |
| Positraction | Not Present | - 47 |
| Parking Sensors | Reported | + 100 |

Reported* Option(s) added after initial valuation

Allowances are factors influencing the value of the loss vehicle when compared to a typical vehicle. The typical vehicle is a vehicle of the same year, make, and model as the loss vehicle, including average mileage, and all standard equipment. These allowances are displayed for illustrative purposes only.

The Base Vehicle Value is calculated from the comparable vehicles with adjustments to reflect the loss vehicle configuration

## VEHICLE HISTORY SUMMARY

| CCC VINguard® | | |
|---|---|---|
| | 4 Vehicle Market History Information | 01/02/2018 |
| Experian AutoCheck | No Title Problem Found | |
| Insurance Services Organization/ National Insurance Crime Bureau | 1 Record Found | |
| National Highway Traffic Safety Administration | 2 Recalls | |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT A TO COMPLAINT

 **MARKET VALUATION REPORT**

| Owner: Salit Auto Sales
| Claim: 036925089-0003

# VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| **Odometer** | 110,567 | |
| **Transmission** | Automatic Transmission | ✓ |
| **Power** | Power Steering | ✓ |
| | Power Brakes | ✓ |
| | Power Windows | ✓ |
| | Power Locks | ✓ |
| | Power Mirrors | ✓ |
| | Power Driver Seat | ✓ |
| | Power Passenger Seat | ✓ |
| | Power Trunk/Gate Release | ✓ |
| **Decor/Convenience** | Air Conditioning | ✓ |
| | Climate Control | ✓ |
| | Tilt Wheel | ✓ |
| | Cruise Control | ✓ |
| | Rear Defogger | ✓ |
| | Intermittent Wipers | ✓ |
| | Console/Storage | ✓ |
| | Memory Package | ✓ |
| | Keyless Entry | ✓ |
| | Telescopic Wheel | ✓ |
| | Message Center | ✓ |
| | Home Link | ✓ |
| | Remote Starter | ▤ |
| | Wood Interior Trim | ▤ |
| **Seating** | Bucket Seats | ✓ |
| | Reclining/Lounge Seats | ✓ |
| | Leather Seats | ✓ |
| | Heated Seats | ✓ |
| | Ventilated Seats | ▤ |
| **Radio** | AM Radio | ✓ |
| | FM Radio | ✓ |
| | Stereo | ✓ |

To the left is the equipment of the loss vehicle that WAUSAU UNDERWRITERS INSURANCE COMPANY provided to CCC.

✓ **Standard** This equipment is included in the base configuration of the vehicle at time of purchase.

▤ **Additional** Equipment that is not Standard but was noted to be on the loss vehicle.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT A TO COMPLAINT

 MARKET VALUATION REPORT

Owner: Salit Auto Sales
Claim: 036925089-0003

# VEHICLE INFORMATION

**VEHICLE EQUIPMENT**

|  |  |  |
|---|---|---|
| | Search/Seek | ✓ |
| | CD Player | ✓ |
| | Steering Wheel Touch Controls | ✓ |
| | Auxiliary Audio Connection | ✓ |
| | Premium Radio | ✓ |
| | Satellite Radio | ✓ |
| | CD Changer/Stacker | ▣ |
| **Wheels** | Aluminum/Alloy Wheels | ✓ |
| **Safety/Brakes** | Air Bag (Driver Only) | ✓ |
| | Passenger Air Bag | ✓ |
| | Anti-lock Brakes (4) | ✓ |
| | 4-wheel Disc Brakes | ✓ |
| | Front Side Impact Air Bags | ✓ |
| | Head/Curtain Air Bags | ✓ |
| | Parking Sensors | ▣ |
| | Communications System | ✓ |
| | Hands Free | ✓ |
| | Xenon Headlamps | ✓ |
| | Alarm | ✓ |
| | Traction Control | ✓ |
| | Stability Control | ✓ |
| **Exterior/Paint/Glass** | Dual Mirrors | ✓ |
| | Heated Mirrors | ✓ |
| | Tinted Glass | ✓ |
| | Fog Lamps | ✓ |
| | Headlamp Washers | ✓ |
| | Clearcoat Paint | ▣ |
| | Metallic Paint | ▣ |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT A TO COMPLAINT

 CCC ONE. MARKET VALUATION REPORT | Owner: Salit Auto Sales
Claim: 036925089-0003

# VEHICLE CONDITION

## COMPONENT CONDITION

| | Condition | Inspection Notes | Value Impact |
|---|---|---|---|
| **INTERIOR** | | | |
| Seats | MAJOR WEAR | | - $ 259 |
| Carpets | NORMAL WEAR | | $ 0 |
| Dashboard | NORMAL WEAR | | $ 0 |
| Headliner | NORMAL WEAR | | $ 0 |
| **EXTERIOR** | | | |
| Sheet Metal | NORMAL WEAR | | $ 0 |
| Trim | MAJOR WEAR | | - $ 327 |
| Paint | NORMAL WEAR | | $ 0 |
| Glass | NORMAL WEAR | | $ 0 |
| **MECHANICAL** | | | |
| Engine | NORMAL WEAR | | $ 0 |
| Transmission | NORMAL WEAR | | $ 0 |
| **TIRES** | | | |
| Front Tires | NORMAL WEAR | Front Tires: Starting Tread Depth = 10/32 Left Front Tire Tread Depth = 6/32 Right Front Tire Tread Depth = 6/32 Percentage of Wear for Front Tires = 60.0% Condition Rating = Good | $ 0 |
| Rear Tires | NORMAL WEAR | Rear Tires: Starting Tread Depth = 10/32 Left Rear Tire Tread Depth = 6/32 Right Rear Tire Tread Depth = 6/32 Percentage of Wear for RearTires = 60.0% Condition Rating = Good | $ 0 |
| **Total Condition Adjustments** | | | - $ 586 |

WAUSAU UNDERWRITERS INSURANCE COMPANY uses condition inspection guidelines to determine the condition of key components of the loss vehicle prior to the loss. The guidelines describe physical characteristics for these key components, for the condition selected based upon age. Inspection Notes reflect observations from the appraiser regarding the loss vehicle's condition.

CCC makes dollar adjustments that reflect the impact the reported condition has on the value of the loss vehicle as compared to Normal Wear condition. These dollar adjustments are based upon interviews with dealerships across the United States.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT A TO COMPLAINT

 CCC☰ONE. **MARKET VALUATION REPORT** | Owner: Salit Auto Sales
Claim: 036925089-0003

## COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| Odometer | 110,567 | 107,852 | 89,331 | 61,332 |
| Automatic Transmission | ✓ | ✓ | ✓ | ✓ |
| Overdrive | ✗ | ✓ | ✓ | ✓ |
| 4 Wheel Drive | ✗ | ✗ | ✓ | ✓ |
| Power Steering | ✓ | ✓ | ✓ | ✓ |
| Power Brakes | ✓ | ✓ | ✓ | ✓ |
| Power Windows | ✓ | ✓ | ✓ | ✓ |
| Power Locks | ✓ | ✓ | ✓ | ✓ |
| Power Mirrors | ✓ | ✓ | ✓ | ✓ |
| Power Driver Seat | ✓ | ✓ | ✓ | ✓ |
| Power Passenger Seat | ✓ | ✓ | ✓ | ✓ |
| Power Trunk/Gate Release | ✓ | ✓ | ✓ | ✓ |
| Air Conditioning | ✓ | ✓ | ✓ | ✓ |
| Climate Control | ✓ | ✓ | ✓ | ✓ |
| Tilt Wheel | ✓ | ✓ | ✓ | ✓ |
| Cruise Control | ✓ | ✓ | ✓ | ✓ |
| Rear Defogger | ✓ | ✓ | ✓ | ✓ |
| Intermittent Wipers | ✓ | ✓ | ✓ | ✓ |
| Console/Storage | ✓ | ✓ | ✓ | ✓ |
| Memory Package | ✓ | ✓ | ✓ | ✓ |
| Keyless Entry | ✓ | ✓ | ✓ | ✓ |
| Telescopic Wheel | ✓ | ✓ | ✓ | ✓ |
| Message Center | ✓ | ✓ | ✓ | ✓ |
| Home Link | ✓ | ✓ | ✓ | ✓ |
| Remote Starter | ✓ | ✓ | ✓ | ✗ |
| Wood Interior Trim | ✓ | ✓ | ✓ | ✗ |
| Bucket Seats | ✓ | ✓ | ✓ | ✓ |
| Reclining/Lounge Seats | ✓ | ✓ | ✓ | ✓ |
| Leather Seats | ✓ | ✓ | ✓ | ✓ |
| Heated Seats | ✓ | ✓ | ✓ | ✓ |
| Ventilated Seats | ✓ | ✓ | ✓ | ✗ |
| AM Radio | ✓ | ✓ | ✓ | ✓ |
| FM Radio | ✓ | ✓ | ✓ | ✓ |
| Stereo | ✓ | ✓ | ✓ | ✓ |
| Search/Seek | ✓ | ✓ | ✓ | ✓ |
| CD Player | ✓ | ✓ | ✓ | ✓ |
| Steering Wheel Touch Controls | ✓ | ✓ | ✓ | ✓ |
| Auxiliary Audio Connection | ✓ | ✓ | ✓ | ✓ |
| Premium Radio | ✓ | ✓ | ✓ | ✓ |
| Satellite Radio | ✓ | ✓ | ✓ | ✓ |

**Comp 1**      Updated Date: 01/02/2018
**2011 Cadillac Cts Sedan Performance Rwd 6 3.0l Gasoline Sidi**
VIN 1G6DJ5EY3B0110539
**Dealership** Salit Auto Sales
**Telephone** (732) 246-4811
**Source** Autotrader
**Stock #** 0100539
**Distance from Edison, NJ**
0 Miles - Edison, NJ

**Comp 2**      Updated Date: 01/06/2018
**2011 Cadillac Cts Sedan Performance Awd 6 3.6l Gasoline Di**
VIN 1G6DL5ED9B0139910
**Dealership** Dch Millburn Audi
**Telephone** (973) 210-7711
**Source** Dealer Ad
**Stock #** MDR7371B
**Distance from Edison, NJ**
16 Miles - Maplewood, NJ

**Comp 3**      Updated Date: 01/16/2018
**2011 Cadillac Cts Sedan Performance Awd 6 3.0l Gasoline Sidi**
VIN 1G6D25EY9B0131781
**Dealership** Raceway Kia Of Freehold
**Telephone** (732) 462-4422
**Source** Truecar
**Stock #** FP1781
**Distance from Edison, NJ**
19 Miles - Freehold, NJ

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

[1]The **Condition Adjustment** sets that comparable vehicle to Normal Wear condition, which the loss vehicle is also

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

Page 7 of 15

EXHIBIT A TO COMPLAINT        Page 7 of 15



# CCC ONE. MARKET VALUATION REPORT

Owner: Salit Auto Sales
Claim: 036925089-0003

## COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| CD Changer/Stacker | ✓ | ✓ | ✗ | ✗ |
| Aluminum/Alloy Wheels | ✓ | ✓ | ✓ | ✓ |
| Electric Glass Roof | ✗ | ✗ | ✓ | ✓ |
| Skyview Roof | ✗ | ✗ | ✓ | ✓ |
| Drivers Side Air Bag | ✓ | ✓ | ✓ | ✓ |
| Passenger Air Bag | ✓ | ✓ | ✓ | ✓ |
| Anti-lock Brakes (4) | ✓ | ✓ | ✓ | ✓ |
| 4-wheel Disc Brakes | ✓ | ✓ | ✓ | ✓ |
| Front Side Impact Air Bags | ✓ | ✓ | ✓ | ✓ |
| Head/Curtain Air Bags | ✓ | ✓ | ✓ | ✓ |
| Positraction | ✗ | ✓ | ✓ | ✗ |
| Backup Camera W/ Parking Sensors | ✗ | ✓ | ✓ | ✗ |
| Parking Sensors | ✓ | ✗ | ✗ | ✗ |
| Communications System | ✓ | ✓ | ✓ | ✓ |
| Hands Free | ✓ | ✓ | ✓ | ✓ |
| Xenon Headlamps | ✓ | ✓ | ✓ | ✓ |
| Alarm | ✓ | ✓ | ✓ | ✓ |
| Traction Control | ✓ | ✓ | ✓ | ✓ |
| Stability Control | ✓ | ✓ | ✓ | ✓ |
| Dual Mirrors | ✓ | ✓ | ✓ | ✓ |
| Heated Mirrors | ✓ | ✓ | ✓ | ✓ |
| Tinted Glass | ✓ | ✓ | ✓ | ✓ |
| Fog Lamps | ✓ | ✓ | ✓ | ✓ |
| Headlamp Washers | ✓ | ✓ | ✓ | ✓ |
| Clearcoat Paint | ✓ | ✗ | ✗ | ✗ |
| Metallic Paint | ✓ | ✓ | ✗ | ✓ |

compared to in the Vehicle Condition section.

| List Price | | $ 9,998 | $ 12,500 | $ 12,895 |
|---|---|---|---|---|

**Adjustments:**

| | | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| Make/Model/Trim | | | - $ 1,675 | - $ 875 |
| Options | | - $ 127 | - $ 601 | - $ 263 |
| Mileage | | - $ 160 | - $ 1,528 | - $ 3,237 |
| Condition[1] | | - $ 1,243 | - $ 1,243 | - $ 1,243 |
| **Adjusted Comparable Value** | | $ 8,468 | $ 7,453 | $ 7,277 |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT A TO COMPLAINT    Page 8 of 15

 **MARKET VALUATION REPORT**

Owner: Salit Auto Sales
Claim: 036925089-0003

# COMPARABLE VEHICLES

## ADDITIONAL COMPARABLE VEHICLES

| Source | Vehicle | Price | Adjusted Comparable Value |
|---|---|---|---|
| **Comp 4** | | | |
| Source: Autotrader | **2011 Cadillac Cts Sedan** | $ 17,995 | $ 10,107 |
| Brogan Cadillac Of Totowa | **Performance Awd 6 3.6l** | (List) | |
| Totowa, NJ | **Gasoline Di** | | |
| (973) 590-4014 | Odometer: 45,741 | | |
| 28 Miles From Edison, NJ | VIN: 1G6DM5ED2B0134030 | | |
| | Stock #: U17214B | | |
| | Updated Date: 01/19/2018 | | |

**Additional Comparable Vehicles** are in summary format, but are adjusted the same as those on the previous page.

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT A TO COMPLAINT       Page 9 of 15

 **MARKET VALUATION REPORT**

# VALUATION NOTES

This Market Valuation Report has been prepared exclusively for use by WAUSAU UNDERWRITERS INSURANCE COMPANY, and no other person or entity is entitled to or should rely upon this Market Valuation Report and/or any of its contents. CCC is one source of vehicle valuations, and there are other valuation sources available.

Regulations concerning vehicle value include New Jersey Administrative Code 11:3-10.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT A TO COMPLAINT     Page 10 of 15

# CCC⬛ONE. MARKET VALUATION REPORT

Owner: Salit Auto Sales
Claim: 036925089-0003

## SUPPLEMENTAL INFORMATION

 **VEHICLE HISTORY INFORMATION**

### VINguard®

VINguard® Message: VINguard has decoded this VIN without any errors

### ISO Vehicle History:

| | |
|---|---|
| **Number of times reported to ISO:** | 1 |
| **ISO's file number:** | H0269415343 |
| Loss date: | 01/21/2018 |
| Phone: | 8775287878 |
| Claim ref: | 2850277ID1ID420994 |

### Vehicle Market History Information:

This vehicle was reported to CCC on 11/07/2017   Mileage: 107852
Location: AutoTrader in EDISON, NJ

This vehicle was reported to CCC on 11/07/2017   Mileage: 107852
Location: AutoTrader in EDISON, NJ

This vehicle was reported to CCC on 01/02/2018   Mileage: 107852
Location: AutoTrader in EDISON, NJ

This vehicle was reported to CCC on 01/02/2018   Mileage: 107852
Location: AutoTrader in EDISON, NJ

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT A TO COMPLAINT

# CCC ONE. MARKET VALUATION REPORT

Owner: Salit Auto Sales
Claim: 036925089-0003

## SUPPLEMENTAL INFORMATION

 **EXPERIAN® AUTOCHECK® VEHICLE HISTORY REPORT**

| TITLE CHECK | | RESULTS FOUND |
|---|---|---|
| Abandoned | ✓ | No Abandoned Record Found |
| Damaged | ✓ | No Damaged Record Found |
| Fire Damage | ✓ | No Fire Damage Record Found |
| Grey Market | ✓ | No Grey Market Record Found |
| Hail Damage | ✓ | No Hail Damage Record Found |
| Insurance Loss | ✓ | No Insurance Loss Record Found |
| Junk | ✓ | No Junk Record Found |
| Rebuilt | ✓ | No Rebuilt Record Found |
| Salvage | ✓ | No Salvage Record Found |

| EVENT CHECK | | RESULTS FOUND |
|---|---|---|
| NHTSA Crash Test Vehicle | ✓ | No NHTSA Crash Test Vehicle Record Found |
| Frame Damage | ✓ | No Frame Damage Record Found |
| Major Damage Incident | ✓ | No Major Damage Incident Record Found |
| Manufacturer Buyback/Lemon | ✓ | No Manufacturer Buyback/Lemon Record Found |
| Odometer Problem | ✓ | No Odometer Problem Record Found |
| Recycled | ✓ | No Recycled Record Found |
| Water Damage | ✓ | No Water Damage Record Found |
| Salvage Auction | ✓ | No Salvage Auction Record Found |

| VEHICLE INFORMATION | | RESULTS FOUND |
|---|---|---|
| Accident | ✓ | No Accident Record Found |
| Corrected Title | ✓ | No Corrected Title Record Found |
| Driver Education | ✓ | No Driver Education Record Found |
| Fire Damage Incident | ✓ | No Fire Damage Incident Record Found |
| Lease | ▤ | Lease Record Found |
| Lien | ✓ | No Lien Record Found |
| Livery Use | ✓ | No Livery Use Record Found |
| Government Use | ✓ | No Government Use Record Found |
| Police Use | ✓ | No Police Use Record Found |
| Fleet | ✓ | No Fleet Record Found |
| Rental | ▤ | Rental Record Found |
| Fleet and/or Rental | ▤ | Fleet and/or Rental Record Found |
| Repossessed | ✓ | No Repossessed Record Found |
| Taxi use | ✓ | No Taxi use Record Found |
| Theft | ✓ | No Theft Record Found |
| Fleet and/or Lease | ▤ | Fleet and/or Lease Record Found |
| Emissions Safety Inspection | ✓ | No Emissions Safety Inspection Record Found |
| Duplicate Title | ✓ | No Duplicate Title Record Found |

CCC provides WAUSAU UNDERWRITERS INSURANCE COMPANY information reported by Experian regarding the 2011 Cadillac CTS Sedan (1G6DJ5EY3B0110539). This data is provided for informational purposes. Unless otherwise noted in this Valuation Detail, CCC does not adjust the value of the loss vehicle based upon this information.

LEGEND :
✓ No Event Found
⊖ Event Found
▤ Information Needed

**TITLE CHECK**
THIS VEHICLE CHECKS OUT
AutoCheck's result for this loss vehicle show no significant title events. When found, events often indicate automotive damage or warnings associated with the vehicle.

**EVENT CHECK**
THIS VEHICLE CHECKS OUT
AutoCheck's result for this loss vehicle show no historical events that indicate a significant automotive problem. These problems can indicate past previous car damage, theft, or other significant problems.

**VEHICLE INFORMATION**
INFORMATION FOUND
AutoCheck found additional information on this vehicle. These records will provide more history for this loss vehicle

**ODOMETER CHECK**
THIS VEHICLE CHECKS OUT
AutoCheck's result for this loss vehicle show no indication of odometer rollback or tampering was found. AutoCheck determines odometer rollbacks by searching for records that indicate odometer readings less than a previously reported value. Other odometer events can report events of tampering, or possible odometer breakage.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT A TO COMPLAINT     Page 12 of 15

CCC≋ONE. **MARKET VALUATION REPORT**

Owner: Salit Auto Sales
Claim: 036925089-0003

# SUPPLEMENTAL INFORMATION

 **FULL HISTORY REPORT RUN DATE: 02/21/2018**

Below are the historical events for this vehicle listed in chronological order.

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 08/04/2010 | OH | 5 | Motor Vehicle Dept. | TITLE |
| 08/04/2010 | OH | | Motor Vehicle Dept. | RENTAL |
| 08/04/2010 | OH | | Motor Vehicle Dept. | TITLED OR REGISTERED AS A RENTAL VEHICLE, OR PART OF A RENTAL FLEET |
| 08/11/2010 | COLUMBUS, OH | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 08/11/2010 | COLUMBUS, OH | | Motor Vehicle Dept. | TITLED OR REGISTERED AS A RENTAL VEHICLE, OR PART OF A RENTAL FLEET |
| 09/06/2011 | COLUMBUS, OH | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 09/06/2011 | COLUMBUS, OH | | Motor Vehicle Dept. | TITLED OR REGISTERED AS A RENTAL VEHICLE, OR PART OF A RENTAL FLEET |
| 09/21/2011 | OH | 27488 | Auto Auction | REPORTED AT AUTO AUCTION |
| 10/10/2011 | OH | 27488 | Auto Auction | AUCTION ANNOUNCED AS FLEET/LEASE |
| 10/19/2011 | PALMYRA, NJ | 27488 | Motor Vehicle Dept. | TITLE |
| 10/21/2011 | PALMYRA, NJ | 27489 | Dealer Service | BRAKES SERVICED |
| 10/21/2011 | PALMYRA, NJ | | Dealer Service | LUBE, OIL AND/OR FILTER CHANGED |
| 10/21/2011 | PALMYRA, NJ | | Dealer Service | VEHICLE SERVICED |
| 10/24/2011 | PALMYRA, NJ | 27494 | Dealer Service | VEHICLE SERVICED |
| 11/16/2011 | MANTUA, NJ | 27509 | Motor Vehicle Dept. | TITLE (Lien Reported) |
| 11/30/2011 | MANTUA, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 10/05/2013 | MANTUA, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 07/07/2014 | PALMYRA, NJ | 53572 | Dealer Service | VEHICLE SERVICED |
| 07/09/2014 | PALMYRA, NJ | | Dealer Service | BATTERY SERVICED OR REPLACED |
| 07/09/2014 | PALMYRA, NJ | | Dealer Service | LUBE, OIL AND/OR FILTER CHANGED |
| 07/16/2014 | PALMYRA, NJ | 53572 | Motor Vehicle Dept. | TITLE |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

CCC ONE. **MARKET VALUATION REPORT**  | Owner: Salit Auto Sales
Claim: 036925089-0003

# SUPPLEMENTAL INFORMATION

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 07/29/2014 | WATERFORD WORKS, NJ | 53603 | Motor Vehicle Dept. | TITLE (Lien Reported) |
| 08/18/2014 | WATERFORD WORKS, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 03/06/2015 | WATERFORD WORKS, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 08/01/2015 | | | Independent Repair Center | VEHICLE SERVICED |
| 05/06/2016 | WATERFORD WORKS, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 11/05/2016 | | 93378 | Independent Repair Center | VEHICLE SERVICED |
| 04/07/2017 | WATERFORD WORKS, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 09/03/2017 | CHERRY HILL, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 10/23/2017 | PALMYRA, NJ | 107833 | Motor Vehicle Dept. | TITLE |
| 10/30/2017 | EASTERN REGION, | 107846 | Auto Auction | REPORTED AT AUTO AUCTION AS DEALER VEHICLE |
| 10/31/2017 | EASTERN REGION, | 107846 | Auto Auction | REPORTED AT AUTO AUCTION |
| 11/13/2017 | EDISON, NJ | 107846 | Motor Vehicle Dept. | TITLE |

**AUTOCHECK TERMS AND CONDITIONS:**

Experian's Reports are compiled from multiple sources. It is not always possible for Experian to obtain complete discrepancy information on all vehicles; therefore, there may be other title brands, odometer readings or discrepancies that apply to a vehicle that are not reflected on that vehicle's Report. Experian searches data from additional sources where possible, but all discrepancies may not be reflected on the Report.

These Reports are based on information supplied to Experian by external sources believed to be reliable, BUT NO RESPONSIBILITY IS ASSUMED BY EXPERIAN OR ITS AGENTS FOR ERRORS, INACCURACIES OR OMISSIONS. THE REPORTS ARE PROVIDED STRICTLY ON AN "AS IS WHERE IS" BASIS, AND EXPERIAN FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE REGARDING THIS REPORT.

YOU AGREE TO INDEMNIFY EXPERIAN FOR ANY CLAIMS OR LOSSES, INCLUDING COSTS, EXPENSES AND ATTORNEYS FEES, INCURRED BY EXPERIAN ARISING DIRECTLY OR INDIRECTLY FROM YOUR IMPROPER OR UNAUTHORIZED USE OF AUTOCHECK VEHICLE HISTORY REPORTS.

Experian shall not be liable for any delay or failure to provide an accurate report if and to the extent which such delay or failure is caused by events beyond the reasonable control of Experian, including, without limitation, "acts of God", terrorism, or public enemies, labor disputes, equipment malfunctions, material or component shortages, supplier failures, embargoes, rationing, acts of local, state or national governments, or public agencies, utility or communication failures or delays, fire, earthquakes, flood, epidemics, riots and strikes.

These terms and the relationship between you and Experian shall be governed by the laws of the State of Illinois (USA) without regard to its conflict of law provisions. You and Experian agree to submit to the personal and exclusive jurisdiction of the courts located within the county of Cook, Illinois.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT A TO COMPLAINT    Page 14 of 15

# CCC⬛ONE. MARKET VALUATION REPORT

# SUPPLEMENTAL INFORMATION

 **NHTSA VEHICLE RECALL**

The National Highway Traffic Safety Administration has issued 2 safety related recall notices that may apply to the above valued vehicle.

**NHTSA Campaign ID :** 14V394000

**Mfg's Report Date :** JUL 02, 2014

**Potential Number Of Units Affected :** 554,328

**Summary :** This defect can affect the safe operation of the airbag system. Until this recall is performed, customers should remove all items from their key rings, leaving only the ignition key. The key fob (if applicable), should also be removed from the key ring. General Motors LLC (GM) notified the agency on July 2, 2014 that they are recalling 554,328 model year 2003-2014 Cadillac CTS vehicles manufactured August 16, 2001, to April 28, 2014, and 2004-2006 Cadillac SRX vehicles manufactured March 20, 2003, to August 11, 2006. In these models, the weight on the key ring and/or road conditions or some other jarring event may cause the ignition switch to move out of the run position, turning off the engine.

**Consequence :** If the key is not in the run position, the air bags may not deploy if the vehicle is involved in a crash, increasing the risk of injury.

**Remedy :** GM will notify owners, and dealers will provide two replacement key rings, and vehicles with slotted keys will receive key inserts, free of charge. The manufacturer has not yet provided a notification schedule. Owners may contact Cadillac customer service at 1-800-458-8006. GM's number for this recall is 14172.

**Notes :** Owners may also contact the National Highway Traffic Safety Administration Vehicle Safety Hotline at 1-888-327-4236 (TTY 1-800-424-9153), or go to www.safercar.gov.

---

**NHTSA Campaign ID :** 14V341000

**Mfg's Report Date :** JUN 19, 2014

**Potential Number Of Units Affected :** 16,932

**Summary :** General Motors LLC (GM) is recalling certain model year 2011 Cadillac CTS vehicles manufactured October 18, 2010, to June 2, 2011. In the affected vehicles, vibrations from the drive shaft may cause the vehicle's roll over sensor to command the roof rail air bags to deploy.

**Consequence :** If the roof rail air bags deploy unexpectedly, there is an increased risk of crash and injury to the occupants.

**Remedy :** GM will notify owners, and dealers will replace the rear drive shaft assembly, free of charge. The manufacturer has not yet provided a notification schedule. Owners may contact Cadillac customer service at 1-800-458-8006. GM's number for this recall is 14233.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT A TO COMPLAINT

2/26/2018          CARFAX Vehicle History Report for this 2011 CADILLAC CTS PERFORMANCE COLLECT: 1G6DL5ED9B0139910

This CARFAX Vehicle History Report provided free of charge by:



Salit Auto Sales
1855 Woodbridge Ave
Edison, NJ 08817
732-246-4811

**SHOW** ME THE **CARFAX**



**Vehicle Information:**
**2011 CADILLAC CTS PERFORMANCE COLLECT**
VIN: 1G6DL5ED9B0139910
SEDAN 4 DR
3.6L V6 F DOHC 24V
GASOLINE
ALL WHEEL DRIVE
Standard Equipment | Safety Options

**CARFAX Report Provided By:**
Salit Auto Sales
1855 Woodbridge Ave
Edison, NJ 08817
732-246-4811
www.salitautosales.com

No accidents reported to CARFAX

Other damage reported

**2** Previous owners

**17** Service history records

Types of owners: Rental, Personal

**89,331** Last reported odometer reading

This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 2/26/18 at 10:00:47 AM (EST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

## Ownership History
The number of owners is estimated

|  | Owner 1 | Owner 2 |
|---|---|---|
| Year purchased | 2011 | 2014 |
| Type of owner | Rental | Personal |
| Estimated length of ownership | 3 yrs. 3 mo. | 3 yrs. 1 mo. |
| Owned in the following states/provinces | See Details | New York |
| Estimated miles driven per year | 9,544/yr | 17,026/yr |
| Last reported odometer reading | 33,096 | 89,331 |

## Title History
CARFAX guarantees the information in this section

|  | Owner 1 | Owner 2 |
|---|---|---|
| Salvage | Junk | Rebuilt | Fire | Flood | Hail | Lemon | Guaranteed No Problem | Guaranteed No Problem |
| Not Actual Mileage | Exceeds Mechanical Limits | Guaranteed No Problem | Guaranteed No Problem |



**GUARANTEED** - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back.**Register | View Terms | View Certificate**

EXHIBIT B TO COMPLAINT          Page 1 of 6

2/26/2018          CARFAX Vehicle History Report for this 2011 CADILLAC CTS PERFORMANCE COLLECT: 1G6DL5ED9B0139910

## CARFAX Additional History

Not all accidents / issues are reported to CARFAX

| | Owner 1 | Owner 2 |
|---|---|---|
| **Total Loss**<br>No total loss reported to CARFAX. | No Issues Reported | No Issues Reported |
| **Structural Damage**<br>No structural damage reported to CARFAX. | No Issues Reported | No Issues Reported |
| **Airbag Deployment**<br>No airbag deployment reported to CARFAX. | No Issues Reported | No Issues Reported |
| **Odometer Check**<br>No indication of an odometer rollback. | No Issues Indicated | No Issues Indicated |
| **Accident / Damage**<br>Damage reported on 01/07/2016. | No Issues Reported | Damage Reported |
| **Manufacturer Recall**<br>No open recalls reported to CARFAX. Check for open recalls on GM vehicles at recalls.gm.com. | No Recalls Reported | No Recalls Reported |
| **Basic Warranty**<br>Original warranty estimated to have expired. | Warranty Expired | Warranty Expired |

## CARFAX Detailed History

Glossary

### Owner 1

Purchased: 2011
Type: Rental
Where: New Jersey, Pennsylvania, New York
Est. miles/year: 9,544/yr
Est. length owned: 3/18/11 - 6/24/14 (3 yrs. 3 mo.)

**Low mileage!**
This owner drove less than the industry average of 15,000 miles per year.

| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| Original Equipment | | OnStar | Vehicle equipped with OnStar<br><br>Get 3 free months of premium OnStar with Automatic Crash Response, Roadside Assistance and Remote Door Unlock by pressing the blue OnStar button Learn more |
| 02/10/2011 | 200 | Gold Coast Cadillac-Hummer Saab<br>Oakhurst, NJ<br>732-695-1400<br>goldcoastcadillac.com | Vehicle offered for sale |
| 02/11/2011 | | Gold Coast Cadillac<br>Oakhurst, NJ<br>732-695-1400<br>goldcoastcadillac.com | Pre-delivery inspection completed<br>Maintenance inspection completed<br>Vehicle washed/detailed |
| 02/26/2011 | 250 | Gold Coast Cadillac<br>Oakhurst, NJ<br>732-695-1400<br>goldcoastcadillac.com | Vehicle sold |
| 03/18/2011 | | New Jersey Motor Vehicle Dept.<br>Oakhurst, NJ<br>Title #RV20110770792 | Title issued or updated<br>Registration issued or renewed<br>First owner reported<br>Loan or lien reported<br>Titled or registered as rental vehicle<br>Vehicle color noted as Black |
| 04/25/2011 | | New Jersey Motor Vehicle Dept.<br>Oshkosh, WI<br>Title #DC20111150021 | Title issued or updated<br>Duplicate title issued<br>Vehicle color noted as Black |
| 05/09/2011 | | New Jersey Motor Vehicle Dept.<br>Oshkosh, WI | Title issued or updated<br>Duplicate title issued<br>Vehicle color noted as Black |

EXHIBIT B TO COMPLAINT          Page 2 of 6

2/26/2018          CARFAX Vehicle History Report for this 2011 CADILLAC CTS PERFORMANCE COLLECT: 1G6DL5ED9B0139910

|            |        | Title<br>#DA20111290687 | |
|------------|--------|-------------------------|---|
| 08/20/2011 |        | Gold Coast Cadillac<br>Oakhurst, NJ<br>732-695-1400<br>goldcoastcadillac.com | Tires rotated<br>Oil and filter changed<br>Engine/powertrain computer/module reprogrammed |
| 03/05/2012 | 10,294 | Gold Coast Cadillac<br>Oakhurst, NJ<br>732-695-1400<br>goldcoastcadillac.com | Oil and filter changed<br>Maintenance reminder reset<br>Tires rotated<br>Brakes checked |
| 09/06/2012 | 14,956 | Gold Coast Cadillac<br>Oakhurst, NJ<br>732-695-1400<br>goldcoastcadillac.com | Tires rotated<br>Oil and filter changed<br>Maintenance reminder reset<br>Window regulator(s) replaced<br>Body electrical system checked |
| 10/18/2012 | 16,143 | Gold Coast Cadillac<br>Oakhurst, NJ<br>732-695-1400<br>goldcoastcadillac.com | Engine/powertrain computer/module checked |
| 02/26/2013 | 18,967 | Gold Coast Cadillac<br>Oakhurst, NJ<br>732-695-1400<br>goldcoastcadillac.com | Lower control arm(s) replaced<br>Oil and filter changed<br>Maintenance reminder reset<br>Tires rotated<br>Steering/suspension checked<br>Accessories repaired/replaced |
| 03/02/2013 |        | New Jersey<br>Motor Vehicle Dept.<br>Oakhurst, NJ | Registration issued or renewed<br>Vehicle color noted as Black |
| 08/13/2013 |        | Gold Coast Cadillac<br>Oakhurst, NJ<br>732-695-1400<br>goldcoastcadillac.com | Fluids checked<br>Oil and filter changed<br>Maintenance reminder reset<br>Tire condition and pressure checked<br>Tires rotated |
| 12/23/2013 |        | Gold Coast Cadillac<br>Oakhurst, NJ<br>732-695-1400<br>goldcoastcadillac.com | Splash shield replaced/repaired<br>Exterior trim repaired<br>Exterior trim checked |
| 01/20/2014 |        | Gold Coast Cadillac<br>Oakhurst, NJ<br>732-695-1400<br>goldcoastcadillac.com | Tire condition and pressure checked<br>Tires rotated<br>Throttle body cleaned/serviced<br>Cabin air filter replaced/cleaned<br>Fluids checked<br>Oil and filter changed<br>Maintenance reminder reset<br>Body electrical system checked<br>Exterior trim checked |
| 06/03/2014 |        | Gold Coast Cadillac<br>Oakhurst, NJ<br>732-695-1400<br>goldcoastcadillac.com | Vehicle serviced |
| 06/24/2014 | 31,221 | Auto Auction | Vehicle sold at auction |



Millions of used vehicles are bought and sold at auction every year.

| 07/08/2014 | 31,231 | Dealer Inventory | Vehicle offered for sale |
|------------|--------|------------------|--------------------------|
| 07/09/2014 |        | Pennsylvania<br>Motor Vehicle Dept.<br>Langhorne, PA<br>Title #7353000301 RE | Title issued or updated<br>Dealer took title of this vehicle while it was in inventory |

EXHIBIT B TO COMPLAINT          Page 3 of 6

2/26/2018      CARFAX Vehicle History Report for this 2011 CADILLAC CTS PERFORMANCE COLLECT: 1G6DL5ED9B0139910

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 07/18/2014 | 31,232 | Inspection Station | Passed emissions inspection |
| 07/29/2014 | 31,233 | Reedman -Toll Auto World<br>Langhorne, PA<br>215-757-4961<br>reedman.com | Vehicle offered for sale |
| 09/08/2014 | 31,320 | Reedman -Toll Auto World<br>Langhorne, PA<br>215-757-4961<br>reedman.com | Vehicle sold |
| 09/19/2014 | | New York<br>Motor Vehicle Dept.<br>Florida, NY | Registration issued or renewed<br>Passed safety inspection |
| 09/30/2014 | | Pepe Cadillac<br>White Plains, NY<br>914-378-3444<br>pepecadillac.com | Maintenance inspection completed<br>Vehicle washed/detailed<br>Driveshaft replaced |
| 09/30/2014 | 33,096 | New York<br>Inspection Station | Passed safety inspection<br>Passed emissions inspection<br><br>View what was inspected |

| Owner 2 | | Date: | Mileage: | Source: | Comments: |
|---|---|---|---|---|---|
| Purchased: 2014<br>Type: Personal<br>Where: New York<br>Est. miles/year: 17,025/yr<br>Est. length owned: 11/4/14 - 12/30/17<br>(3 yrs. 1 mo.) | | 11/04/2014 | | New York<br>Motor Vehicle Dept.<br>Florida, NY | Title issued or updated<br>New owner reported<br>Loan or lien reported |
| | | 11/28/2014 | 36,711 | Pepe Cadillac<br>White Plains, NY<br>914-378-3444<br>pepecadillac.com | Maintenance inspection completed<br>Vehicle washed/detailed<br>Four wheel alignment performed<br>Four tires balanced<br>Tires rotated<br>Steering shaft replaced/repaired |
| | | 12/22/2014 | 38,210 | Pepe Cadillac<br>White Plains, NY<br>914-378-3444<br>pepecadillac.com | Maintenance inspection completed<br>Vehicle washed/detailed<br>Radio/sound system repaired |
| | | 01/15/2015 | 39,444 | Pepe Cadillac<br>White Plains, NY<br>914-378-3444<br>pepecadillac.com | Maintenance inspection completed<br>Oil and filter changed<br>Tires rotated<br>Vehicle washed/detailed |
| | | 02/03/2015 | 40,606 | Cadillac of Mahwah<br>Mahwah, NJ<br>201-579-6500<br>cadillacofmahwah.com | Alignment performed<br>Steering/suspension checked<br>Emissions inspection performed |
| | | 10/14/2015 | 54,712 | New York<br>Inspection Station | Passed safety inspection<br>Passed emissions inspection<br><br>View what was inspected |
| | | 01/07/2016 | | Damage Report | Damage reported<br>Damage to front<br>Damage to left front<br>Damage to left rear<br>Damage to left side<br>Damage to right front<br>Damage to right rear<br>Damage to right side<br>Damage to rear |

Not all damage is caused by an accident. Get the car inspected before you buy. Learn more

| | | 08/30/2016 | | New York<br>Motor Vehicle Dept. | Registration issued or renewed<br>Titled or registered as |

EXHIBIT B TO COMPLAINT          Page 4 of 6

2/26/2018          CARFAX Vehicle History Report for this 2011 CADILLAC CTS PERFORMANCE COLLECT: 1G6DL5ED9B0139910

|  |  |  |  |
|---|---|---|---|
|  |  | Florida, NY | personal vehicle<br>Passed safety inspection |
| 11/02/2016 | 66,852 | New York<br>Inspection Station | Passed safety inspection<br>Passed emissions inspection |
|  |  |  | View what was inspected |
| 12/09/2016 | 68,480 | Inspection Co.<br>New York | Inspection performed |
| 12/30/2017 | 89,331 | Dealer Inventory | Vehicle offered for sale |
| 01/09/2018 |  | DCH Millburn Audi<br>Maplewood, NJ<br>973-762-8500<br>dchmillburnaudi.com | Nitrogen fill tires<br>Vehicle washed/detailed |
| 02/06/2018 |  | DCH Millburn Audi<br>Maplewood, NJ<br>973-762-8500<br>dchmillburnaudi.com | Vehicle serviced |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

 Glossary                                                                              View Full Glossary

**Damage Indicator**
Damage can be a result of many different types of events. Examples include contact with objects (other cars, trees, traffic signs, road debris, etc), vandalism, or weather-related events. Not every damage event is reported to CARFAX. As details about the damage event become available, those additional details are added to the CARFAX Vehicle History Report. CARFAX recommends that you have this vehicle inspected by a qualified mechanic.

- This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 2/26/18 at 10:00:47 AM (EST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**New Owner Reported**
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Rental**
Vehicle was registered by a rental agency.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

Follow Us:   facebook.com/CARFAX    @CarfaxReports    CARFAX on Google+

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. CARFAX®
© 2018 CARFAX, Inc., a unit of IHS Inc. All rights reserved.
Covered by United States Patent Nos. 7,113,853; 7,778,841; 7,596,512, 8,600,823; 8,595,079; 8,606,648; 7,505,838.
2/26/18 10:00:47 AM (EST)

EXHIBIT B TO COMPLAINT          Page 5 of 6

2/26/2018          CARFAX Vehicle History Report for this 2011 CADILLAC CTS PERFORMANCE COLLECT: 1G6DL5ED9B0139910

I have reviewed and received a copy of the CARFAX Vehicle History Report for this 2011 CADILLAC CTS
vehicle (VIN: 1G6DL5ED9B0139910), which is based on information supplied to CARFAX and available as of
2/26/18 at 10:00 AM (EST).

| Customer Signature | Date | Dealer Signature | Date |

EXHIBIT B TO COMPLAINT          Page 6 of 6

2/26/2018          CARFAX Vehicle History Report for this 2011 CADILLAC CTS: 1G6D25EY9B0131781

This CARFAX Vehicle History Report provided free of charge by:



Salit Auto Sales
1855 Woodbridge Ave
Edison, NJ 08817
732-246-4811

**SHOW** ME THE **CARFAX**



**CARFAX Vehicle History Report**
An independent company established in 1986                US $39.99

**Vehicle Information:**
**2011 CADILLAC CTS**
VIN: 1G6D25EY9B0131781
SEDAN 4 DR
3.0L V6 F DOHC 24V
GASOLINE
REAR WHEEL DRIVE
Standard Equipment | Safety Options

**CARFAX Report Provided By:**
Salit Auto Sales
1855 Woodbridge Ave
Edison, NJ 08817
732-246-4811
www.salitautosales.com

☑ No accidents reported to CARFAX

☑ No other damage reported to CARFAX

**3** Previous owners

**10** Service history records

Types of owners: Personal lease, Personal

**61,339** Last reported odometer reading

**CAR FOX®**

This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 2/26/18 at 10:01:12 AM (EST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

**CARFAX Ownership History**
The number of owners is estimated

| | Owner 1 | Owner 2 | Owner 3 |
|---|---|---|---|
| Year purchased | 2011 | 2014 | 2018 |
| Type of owner | Personal lease | Personal | Personal |
| Estimated length of ownership | 2 yrs. 11 mo. | 2 yrs. 8 mo. | 24 days |
| Owned in the following states/provinces | New York, Pennsylvania | Pennsylvania, New Jersey | New Jersey |
| Estimated miles driven per year | 10,445/yr | 10,301/yr | --- |
| Last reported odometer reading | 30,632 | 61,339 | --- |

**CARFAX Title History**
CARFAX guarantees the information in this section

| | Owner 1 | Owner 2 | Owner 3 |
|---|---|---|---|
| Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | Guaranteed No Problem | Guaranteed No Problem | Guaranteed No Problem |
| Not Actual Mileage \| Exceeds Mechanical Limits | Guaranteed No Problem | Guaranteed No Problem | Guaranteed No Problem |



**GUARANTEED** - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back.**Register | View Terms | View Certificate**

EXHIBIT C TO COMPLAINT          Page 1 of 5

2/26/2018                    CARFAX Vehicle History Report for this 2011 CADILLAC CTS: 1G6D25EY9B0131781

| **CARFAX** Additional History | Owner 1 | Owner 2 | Owner 3 |
|---|---|---|---|
| Not all accidents / issues are reported to CARFAX. | | | |
| **Total Loss** | No Issues Reported | No Issues Reported | No Issues Reported |
| No total loss reported to CARFAX. | | | |
| **Structural Damage** | No Issues Reported | No Issues Reported | No Issues Reported |
| No structural damage reported to CARFAX. | | | |
| **Airbag Deployment** | No Issues Reported | No Issues Reported | No Issues Reported |
| No airbag deployment reported to CARFAX. | | | |
| **Odometer Check** | No Issues Indicated | No Issues Indicated | No Issues Indicated |
| No indication of an odometer rollback. | | | |
| **Accident / Damage** | No Issues Reported | No Issues Reported | No Issues Reported |
| No accidents or damage reported to CARFAX. | | | |
| **Manufacturer Recall** | No Recalls Reported | No Recalls Reported | No Recalls Reported |
| No open recalls reported to CARFAX. Check for open recalls on GM vehicles at recalls.gm.com. | | | |
| **Basic Warranty** | Warranty Expired | Warranty Expired | Warranty Expired |
| Original warranty estimated to have expired. | | | |

## **CARFAX** Detailed History

Glossary

| **Owner 1** | | Date: | Mileage: | Source: | Comments: |
|---|---|---|---|---|---|
| Purchased: | 2011 | | | | |
| Type: | Personal lease | Original Equipment | | OnStar | Vehicle equipped with OnStar |
| Where: | New York, Pennsylvania | | | | Get 3 free months of premium OnStar with Automatic Crash Response, Roadside Assistance and Remote Door Unlock by pressing the blue OnStar button Learn more |
| Est. miles/year: | 10,445/yr | | | | |
| Est. length owned: | 2/22/11 - 1/27/14 (2 yrs. 11 mo.) | 02/21/2011 | 28 | New York Inspection Station | Emissions inspection performed Dealer had vehicle inspected to prepare it for sale Passed safety inspection |
| **Low mileage!** This owner drove less than the industry average of 15,000 miles per year. | | | | | View what was inspected |
| | | 02/22/2011 | | New York Motor Vehicle Dept. East Amherst, NY | Registration issued or renewed Titled or registered as personal lease vehicle Passed safety inspection |
| | | 03/15/2011 | | New York Motor Vehicle Dept. Buffalo, NY | Title issued or updated First owner reported Titled or registered as personal lease vehicle Loan or lien reported |
| | | 01/25/2012 | 9,277 | New York Inspection Station | Passed safety inspection Emissions inspection performed |
| | | | | | View what was inspected |
| | | 01/30/2013 | | New York Motor Vehicle Dept. East Amherst, NY | Registration issued or renewed Titled or registered as personal lease vehicle Passed safety inspection Registration updated when owner moved the vehicle to a new location |
| | | 02/27/2013 | 23,673 | New York Inspection Station | Passed safety inspection Passed emissions inspection |
| | | | | | View what was inspected |
| | | 01/27/2014 | 30,622 | Auto Auction Pennsylvania | Vehicle sold at auction |

https://www.carfaxonline.com/api/report?vin=1g6d25ey9b0131781

Millions of used vehicles

2/5

EXHIBIT C TO COMPLAINT        Page 2 of 5

2/26/2018                    CARFAX Vehicle History Report for this 2011 CADILLAC CTS: 1G6D25EY9B0131781

are bought and sold at auction every year.

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 02/03/2014 | 30,632 | Kutztown Auto Co.<br>Fleetwood, PA<br>610-683-8800<br>kutztownauto.com | Pre-delivery inspection completed<br>Maintenance inspection completed<br>Weatherstrip replaced<br>Steering column replaced<br>Interior trim checked<br>Steering/suspension checked<br>Oil and filter changed |
| 02/03/2014 | | Inspection Station | Passed emissions inspection |
| 02/04/2014 | | Dealer Inventory | Vehicle offered for sale |
| 02/12/2014 | | Kutztown Auto Co.<br>Fleetwood, PA<br>610-683-8800<br>kutztownauto.com | Seat or seat upholstery repaired |
| 02/19/2014 | | Pennsylvania<br>Motor Vehicle Dept.<br>Fleetwood, PA<br>Title #7297771101 CS | Title issued or updated<br>Dealer took title of this vehicle<br>while it was in inventory |
| 03/07/2014 | | Kutztown Auto Co.<br>Fleetwood, PA<br>610-683-8800<br>kutztownauto.com | Pinstripe(s) installed |
| 05/06/2014 | | Cadillac Certified<br>Dealer<br>Fleetwood, PA | Offered for sale as a Certified Pre-owned<br>Cadillac<br><br>Silver exterior |
| 09/24/2014 | | Kutztown Auto Co.<br>Fleetwood, PA<br>610-683-8800<br>kutztownauto.com | Vehicle serviced |
| 12/31/2014 | | Kutztown Auto Co.<br>Fleetwood, PA<br>610-683-8800<br>kutztownauto.com | Vehicle sold |

| Owner 2 | | Date: | Mileage: | Source: | Comments: |
|---|---|---|---|---|---|
| Purchased:<br>Type:<br>Where: | 2014<br>Personal<br>Pennsylvania, New<br>Jersey | 12/31/2014 | 31,978 | Pennsylvania<br>Motor Vehicle Dept. | Vehicle purchase reported |
| Est.<br>miles/year:<br>Est. length<br>owned: | 10,301/yr<br><br>12/31/14 –<br>9/19/17<br>(2 yrs. 8 mo.) | 01/02/2015 | 31,979 | Kutztown Auto Co.<br>Fleetwood, PA<br>610-683-8800<br>kutztownauto.com | Emission system checked<br>Emissions or safety inspection performed |
| | | 01/02/2015 | | Inspection Station | Passed emissions inspection |
| Low mileage!<br>This owner drove<br>less than the<br>industry average<br>of 15,000 miles<br>per year. | | 01/07/2015 | | Pennsylvania<br>Motor Vehicle Dept.<br>New Tripoli, PA<br>Title #7297771102 FR | Title issued or updated<br>New owner reported<br>Loan or lien reported |
| | | 12/11/2015 | 41,207 | Inspection Station | Passed emissions inspection |
| | | 08/18/2016 | 48,914 | Feinour's Automotive<br>New Tripoli, PA<br>610-298-8921 | Oil and filter changed<br>Air filter replaced |
| | | 12/05/2016 | 53,100 | Inspection Station | Passed emissions inspection |
| | | 12/06/2016 | | Feinour's Automotive<br>New Tripoli, PA<br>610-298-8921 | Wiper(s) replaced<br>Tires rotated<br>Oil and filter changed<br>Safety inspection performed<br>Emissions inspection performed<br>Emissions or safety inspection performed |
| | | 03/08/2017 | 56,083 | Feinour's Automotive | Cabin air filter replaced/cleaned |

EXHIBIT C TO COMPLAINT          Page 3 of 5

2/26/2018          CARFAX Vehicle History Report for this 2011 CADILLAC CTS: 1G6D25EY9B0131781

|  | Mileage | Source | Comments |
|---|---|---|---|
|  |  | New Tripoli, PA<br>610-298-8921 | Air filter checked<br>Fluids checked<br>Oil and filter changed<br>Tire condition and pressure checked<br>Body lubricated<br>Light bulb(s) replaced<br>Daytime running light bulb(s) replaced |
| 09/19/2017 |  | Raceway Kia of<br>Freehold<br>Freehold, NJ<br>732-462-4422<br>racewaykia.com | Vehicle offered for sale |
| 09/30/2017 |  | Raceway Kia of<br>Freehold<br>Freehold, NJ<br>732-462-4422<br>racewaykia.com | Nitrogen fill tires<br>Air filter replaced<br>Front brake pads replaced<br>Brake rotor(s) resurfaced<br>Rear brake pads replaced<br>Airbag clockspring/reel replaced<br>Wiper(s) replaced |
| 11/01/2017 | 61,218 | New Jersey<br>Motor Vehicle Dept.<br>Freehold, NJ<br>Title<br>#SL20173050216 | Title issued or updated<br>Dealer took title of this vehicle<br>while it was in inventory<br>Vehicle color noted as Silver |
| 11/04/2017 |  | Dealer Inventory | Vehicle offered for sale |
| 01/22/2018 | 61,333 | Raceway Kia of<br>Freehold<br>Freehold, NJ<br>732-462-4422<br>racewaykia.com | Vehicle sold |
| 01/26/2018 | 61,339 | Raceway Kia of<br>Freehold<br>Freehold, NJ<br>732-462-4422<br>racewaykia.com | Maintenance inspection completed |
| 02/02/2018 |  | New Jersey<br>Motor Vehicle Dept.<br>Jackson, NJ | Registration issued or renewed<br>Vehicle color noted as Silver |



**Owner 3**

Purchased: 2018
Type: Personal
Where: New Jersey
Est. length owned: 2/2/18 – present (24 days)

| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| 02/02/2018 |  | New Jersey<br>Motor Vehicle Dept.<br>Jackson, NJ<br>Title<br>#GD20180330772 | Title issued or updated<br>New owner reported<br>Loan or lien reported<br>Vehicle color noted as Silver |



Avoid financial headaches. Make sure the loan has been paid off if you're buying from a private seller.

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

## CARFAX Glossary                                                View Full Glossary

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Inspections**
Many states or counties require annual or biennial emissions and/or safety inspections. Odometer readings are collected at the time of the inspection.

**New Owner Reported**

EXHIBIT C TO COMPLAINT          Page 4 of 5

2/26/2018                    CARFAX Vehicle History Report for this 2011 CADILLAC CTS: 1G6D25EY9B0131781

When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

Follow Us:    facebook.com/CARFAX      @CarfaxReports    CARFAX on Google+

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. CARFAX®
© 2018 CARFAX, Inc., a unit of IHS Inc. All rights reserved.
Covered by United States Patent Nos. 7,113,853; 7,778,841; 7,596,512, 8,600,823; 8,595,079; 8,606,648; 7,505,838.
2/26/18 10:01:12 AM (EST)

I have reviewed and received a copy of the CARFAX Vehicle History Report for this 2011 CADILLAC CTS vehicle (VIN: 1G6D25EY9B0131781), which is based on information supplied to CARFAX and available as of 2/26/18 at 10:01 AM (EST).

| Customer Signature | Date | Dealer Signature | Date |

EXHIBIT C TO COMPLAINT          Page 5 of 5

From: **Hubert, Logan** <Logan.Hubert@libertymutual.com>
Date: Fri, Feb 23, 2018 at 3:20 PM
Subject: RE: Claim# 036925089
To: Alan Salit <alan@salitautosales.com>

Good Afternoon Mr. Salit

Please see attached estimate for damages to your vehicle. Also I have attached the valuation for your car. Please review. Let me know once you have had the time to review.

Best Regards

**Logan Hubert**
Claims Resolution Representative
U.S. Consumer Markets, APD
Liberty Mutual Insurance
PO BOX 515097
Los Angeles, CA 90051
Direct Phone: 407-871-5523



AUTO | HOME | LIFE

**From:** Alan Salit [mailto:alan@salitautosales.com]
**Sent:** Friday, March 02, 2018 1:57 PM
**To:** Hubert, Logan <Logan.Hubert@LibertyMutual.com>
**Cc:** Wyckoff, Shane <SHANE.WYCKOFF@LibertyMutual.com>
**Subject:** Re: Claim# 036925089

Logan,

I have done some research on the valuation you provided, which I mentioned was valued way too low. In addition to my findings, there are also a few attachments to this e-mail. I will list point by point.

1. On our vehicle condition, there is a $586 deduction for wear. $327 for seat wear and $259 for exterior trim wear. While I can somewhat agree with the seat wear, I visually inspected the vehicle myself, and I can not find any exterior trim wear. Please provide photos taken by the appraiser as to the location of the exterior trim wear, or I request that deduction be reversed.

2. I will now begin to go into the flaws of the comps chosen.

a. If you look closely, comp 1 is our vehicle; the same vehicle that is being valued. I think it is absurd that our advertisement (which is the loss vehicle) is being used. What I find troubling about it is the adjustments. I agree that there is a 2,800 mile difference, as it was being used by one of the owners

until your insured totaled it. The adjustment for options should be $0, as it is the exact vehicle in question that you appraised. Also, the adjustment for condition should be the same as the appraiser found (less the adjustment for the exterior wear as noted above), as you inspected the exact vehicle that it is being compared to. I do not see how there is a $1,243 condition adjustment on the exact vehicle in question that you took off $586 for. This also bring up why I would argue with the condition adjustment on any of the other comps.

b. Comp 2 had prior damage to a majority of its exterior. I am attaching the carfax for Comp 2. Scroll to 01/07/2016 to see the various damage reported. The previous damage to this vehicle lowers it's inherent value and should be accounted for properly. A vehicle with that much reported damage affects value by about 10%.

c. Comp 3 isn't even a valid comp. You have comp 3 listed as an AWD (All Wheel Drive) Performance Sedan, when in reality, it is a base model RWD (Rear Wheel Drive). I am attaching the Carfax as well for Comp 3. You will notice on the top how it decodes the model and the drivetrain. Refer back to the comp 2 Carfax and you will see that it does show as an AWD Performance Sedan to show that Carfax decodes the VIN properly. I even entered the VIN in my inventory system and came up with the same information. The dealer who was selling this vehicle obviously advertised it wrong, because the VIN number decodes it otherwise. I am attaching the Carfax to our vehicle as well to show that it decodes properly. The valuation is flawed because no one does any homework on any of the comps. I noticed this major, possibly fraudulent error, in less than 60 seconds.

d. Comp 4 does not list information like the first 3, but the Carfax is clean, and it is the model which is shown, according to the VIN. Consequently, the adjusted comparable price is right in line with the valuation I just performed with NADA, KBB and Edmunds. I could run them again and send you a printout if you would like, just let me know.

3. I have done time looking online, and I have located 2 other comps that should be used. I would recommend to use these 2 comps I am stating, plus the comp 4 listed on your report. These 2 comps more closely reflect the total loss vehicle, as they are both the Performance Sedan as well as RWD. Here are the links. If you can not click on the links for some reason, I am also attaching a pdf of the ad that I printed.
   1. https://www.autotrader.com/cars-for-sale/vehicledetails.xhtml?listingId=477975391
   2. https://www.autotrader.com/cars-for-sale/vehicledetails.xhtml?listingId=474285677

4. I would like some clarification as to why each vehicle starts with a condition adjustment of $1,243. I assume it is some mathematical number attributed across the board, but that is not accurate as seen by the deduction indicated on Comp 1 versus the actual appraisal performed by Liberty Mutual. You take vehicles that are advertised by dealers and automatically attribute a negative condition adjustment when the said vehicle was not inspected by your appraisers. Being in the business, I would challenge your assertion that each car should be deducted in condition value. My experience shows that condition issues are adjusted for in the vehicle list price by the selling dealer.

5. I would be amiss if I did not also mention my experience with Liberty Mutual's claim department to date. Yes, it took me 2 weeks to obtain the police report, but that was because the police did not have it ready until then. I made contact with Liberty Mutual the day I received the police report. I was given the name and number of the adjuster. I sent an e-mail and left a voicemail, but never heard back. After calling a few days later, I was told that the person I was contacting was not my adjuster. I was given your information and then made contact with you. They informed me that you were not in the office, but your team would handle your calls and e-mails; which did not happen. I left voicemails and e-mails, but did not receive a response. I waited until after your voicemail said you'd be back, and tried again. It took me 2 weeks to speak to anyone from Liberty Mutual about my claim. I personally find that unprofessional and unacceptable. For this reason, I am also cc'ing your team leader.

I would like to try and settle this claim quickly, but my vehicle is provably worth $2,200 to $2,700 more than this flagrantly flawed valuation. As I mentioned, we purchased this vehicle for more than you value it at, which is absurd!

Please review this information with your supervisor and get back to me with a considerably better valuation.

Also, this vehicle is on our premises, not incurring storage charges, so it will stay here until we agree on a settlement amount.

Lastly, I received the UPS envelope from you today. One thing I will need for when we settle this, is who's name will be filled out as the buyer on the back of the title. I am not allowed, nor is it safe, to send a signed title to anyone.

Thank you

Alan Salit


On Mon, Mar 5, 2018 at 3:28 PM, Wyckoff, Shane <SHANE.WYCKOFF@libertymutual.com> wrote:
Mr. Salit,

I've reviewed your email and think we need to take a deeper dive into this for you. We will get back to you tomorrow to discuss this in greater detail.

All the best,

**Shane Wyckoff**
Claims Team Manager
Auto Physical Damage
Liberty Mutual Insurance
PO Box 515097
Los Angeles, CA 90051-5097
Toll Free: 800-637-0757 x87181
Fax: 877-202-4607


EXHIBIT D TO COMPLAINT     Page 3 of 6

**Track your claim anytime, anywhere with your online account at** www.LibertyMutual.com
View claim status and policy details | Upload photos and documents | Schedule an inspection



AUTO | HOME | LIFE

**From:** Alan Salit [mailto:alan@salitautosales.com]
**Sent:** Monday, March 05, 2018 4:10 PM
**To:** Wyckoff, Shane <SHANE.WYCKOFF@LibertyMutual.com>
**Cc:** Hubert, Logan <Logan.Hubert@LibertyMutual.com>
**Subject:** Re: Claim# 036925089

Thank you for getting back to me. If you call tomorrow, please try to call after 2PM if possible.

Alan Salit

On Tue, Mar 6, 2018 at 7:00 AM, Wyckoff, Shane <SHANE.WYCKOFF@libertymutual.com> wrote:
Mr. Salit,

We'll give you a call sometime around 2:45-3:00 pm today. If you happen to be available before then please send me or Logan an email and we'll do our very best to make ourselves available for you.

Regards,

**Shane Wyckoff**
Claims Team Manager
Auto Physical Damage
Liberty Mutual Insurance
PO Box 515097
Los Angeles, CA 90051-5097
Toll Free: 800-637-0757 x87181
Fax: 877-202-4607

**Track your claim anytime, anywhere with your online account at** www.LibertyMutual.com
View claim status and policy details | Upload photos and documents | Schedule an inspection



AUTO | HOME | LIFE

EXHIBIT D TO COMPLAINT      Page 4 of 6

On Tue, Mar 6, 2018 at 9:33 AM, Alan Salit <alan@salitautosales.com> wrote:

I am available now up until about 10 if that works for you.

**From:** Alan Salit [mailto:alan@salitautosales.com]
**Sent:** Tuesday, March 06, 2018 3:00 PM
**To:** Wyckoff, Shane <SHANE.WYCKOFF@LibertyMutual.com>
**Cc:** Hubert, Logan <Logan.Hubert@LibertyMutual.com>
**Subject:** Re: Claim# 036925089

Shane,

I just spoke to Logan. As I mentioned to Logan, I am offended by the amount offered. The thing that bothers me the most is that I did all of this work which should have been done by your department. I noticed serious and flagrant flaws with your comps, and there was also money taken off for trim damage which doesn't even exist.

It makes me wonder what would happen if I was a private individual and not a dealer with all of the research and knowledge available to me.

If we can not come to an agreement by the end of today, I will be forwarding all of the documents and correspondence to my lawyer who will then handle it for me.

I don't want to go that route, but when you offer me less than I even own the vehicle for, that forces my hand.

If you want to reach out to me directly by phone, feel free to. Also, please make sure to send me the updated valuation so I can have it ready for the lawyer if need be.

Alan Salit

From: **Wyckoff, Shane** <SHANE.WYCKOFF@libertymutual.com>
Date: Tue, Mar 6, 2018 at 4:33 PM
Subject: RE: Claim# 036925089
To: Alan Salit <alan@salitautosales.com>
Cc: "Hubert, Logan" <Logan.Hubert@libertymutual.com>

Mr. Salit,

I apologize for any inconvenience however we did take a 2nd look at the total loss evaluation and addressed the discrepancies you pointed out. The total loss evaluation is attached for your review.

EXHIBIT D TO COMPLAINT        Page 5 of 6

If you're not in agreement with the evaluation please feel free to consider other options including pursuing a claim through your insurance company and/or passing Logan's information along to your attorney and have them reach out at their convenience.

All the best,

**Shane Wyckoff**

Claims Team Manager
Auto Physical Damage
Liberty Mutual Insurance
PO Box 515097
Los Angeles, CA 90051-5097
Toll Free: <u>800-637-0757 x87181</u>
Fax: <u>877-202-4607</u>

**Track your claim anytime, anywhere with your online account at www.LibertyMutual.com**
View claim status and policy details  |  Upload photos and documents  |  Schedule an inspection



**INSURANCE**

AUTO | HOME | LIFE

EXHIBIT D TO COMPLAINT          Page 6 of 6

 **MARKET VALUATION REPORT**

*Prepared for WAUSAU UNDERWRITERS INSURANCE COMPANY*

 # REPORT SUMMARY

## CLAIM INFORMATION

| | |
|---|---|
| Owner | Salit Auto Sales |
| | 1855 Woodbridge Ave,,null |
| | Edison, NJ 08817-5123 |
| Loss Vehicle | 2011 Cadillac CTS Sedan |
| | Performance RWD |
| Loss Incident Date | 01/31/2018 |
| Claim Reported | 03/06/2018 |

The CCC ONE® Market Valuation Report reflects CCC Information Services Inc.'s opinion as to the value of the loss vehicle, based on information provided to CCC by WAUSAU UNDERWRITERS INSURANCE COMPANY.

Loss vehicle has 13% greater than average mileage of 98,000.

## INSURANCE INFORMATION

| | |
|---|---|
| Report Reference Number | 87874748 |
| Claim Reference | 036925089-0003 |
| Adjuster | Hubert, Logan |
| Appraiser | Ullrich, Gregory |
| Odometer | 110,567 |
| Last Updated | 03/06/2018 08:25 AM |

 ## VALUATION SUMMARY

| | |
|---|---|
| **Base Vehicle Value** | **$ 8,659.00** |
| Condition Adjustment | - $ 247.00 |
| **Adjusted Vehicle Value** | **$ 8,412.00** |
| Vehicular Tax (6.63%) | + $ 557.30 |
| Tax reflects applicable state, county and municipal taxes. | |
| **Total** | **$ 8,969.30** |

The total may not represent the total of the settlement as other factors (e.g. license and fees) may need to be taken into account.

BASE VEHICLE VALUE

This is derived per our Valuation methodology described on the next page.

ADJUSTED VEHICLE VALUE

This is determined by adjusting the Base Vehicle Value to account for the actual condition of the loss vehicle and certain other reported attributes, if any, such as refurbishments and after factory equipment.

### Inside the Report

Valuation Methodology.............................2
Vehicle Information...................................3
Vehicle Condition.....................................6
Comparable Vehicles...............................7
Valuation Notes.....................................10
Supplemental Information.......................11

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT E TO COMPLAINT

# CCC⬛ONE. MARKET VALUATION REPORT

# VALUATION METHODOLOGY

## How was the valuation determined?



**CLAIM INSPECTION**

WAUSAU UNDERWRITERS INSURANCE COMPANY has provided CCC with the zip code where the loss vehicle is garaged, loss vehicle VIN, mileage, equipment, as well as loss vehicle condition, which is used to assist in determining the value of the loss vehicle.



**DATABASE REVIEW**

CCC maintains an extensive database of vehicles that currently are or recently were available for sale in the U.S. This database includes vehicles that CCC employees have physically inspected, as well as vehicles advertised for sale by dealerships or private parties. All of these sources are updated regularly.

**SEARCH FOR COMPARABLES**

When a valuation is created the database is searched and comparable vehicles in the area are selected. The zip code where the loss vehicle is garaged determines the starting point for the search. Comparable vehicles are similar to the loss vehicle based on relevant factors.



**CALCULATE BASE VEHICLE VALUE**

Adjustments to the price of the selected comparable vehicles are made to reflect differences in vehicle attributes, including mileage and options. Dollar adjustments are based upon market research.

Finally, the Base Vehicle Value is the weighted average of the adjusted values of the comparable vehicles based on the following factors:

- Source of the data (such as inspected versus advertised)
- Similarity (such as equipment, mileage, and year)
- Proximity to the loss vehicle's primary garage location
- Recency of information



© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT E TO COMPLAINT          Page 2 of 15

 CCC ONE. **MARKET VALUATION REPORT** | Owner: Salit Auto Sales
Claim: 036925089-0003

# VEHICLE INFORMATION

## VEHICLE DETAILS

| | |
|---|---|
| Location | EDISON, NJ 08817-5123 |
| VIN | 1G6DJ5EY3B0110539 |
| Year | 2011 |
| Make | Cadillac |
| Model | CTS Sedan |
| Trim | Performance |
| Body Style | RWD |
| Body Type | Sedan |
| Engine - | |
| Cylinders | 6 |
| Displacement | 3.0L |
| Fuel Type | Gasoline |
| Carburation | SIDI |
| Transmission | Automatic Transmission |

Vehicles sold in the United States are required to have a manufacturer assigned Vehicle Identification Number(VIN). This number provides certain specifications of the vehicle.

Please review the information in the Vehicle Information Section to confirm the reported mileage and to verify that the information accurately reflects the options, additional equipment or other aspects of the loss vehicle that may impact the value.

## VEHICLE ALLOWANCES

| | | |
|---|---|---|
| **Odometer** | 110,567 | - 823 |
| **Options** | | |
| Remote Starter | Reported | + 61 |
| Ventilated Seats | Reported | + 90 |
| CD Changer/Stacker | Reported | + 300 |
| Positraction | Not Present | - 45 |
| Parking Sensors | Reported | + 95 |

Reported* Option(s) added after initial valuation

Allowances are factors influencing the value of the loss vehicle when compared to a typical vehicle. The typical vehicle is a vehicle of the same year, make, and model as the loss vehicle, including average mileage, and all standard equipment. These allowances are displayed for illustrative purposes only.

The Base Vehicle Value is calculated from the comparable vehicles with adjustments to reflect the loss vehicle configuration

## VEHICLE HISTORY SUMMARY

| | | |
|---|---|---|
| CCC VINguard® | | |
| | 4 Vehicle Market History Information | 01/02/2018 |
| Experian AutoCheck | Title Check | |
| Insurance Services Organization/ National Insurance Crime Bureau | 2 Records Found | |
| National Highway Traffic Safety Administration | 2 Recalls | |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT E TO COMPLAINT

 CCC ONE. **MARKET VALUATION REPORT** | Owner: Salit Auto Sales
Claim: 036925089-0003

# 🚐 VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| Odometer | 110,567 | |
| Transmission | Automatic Transmission | ✓ |
| Power | Power Steering | ✓ |
| | Power Brakes | ✓ |
| | Power Windows | ✓ |
| | Power Locks | ✓ |
| | Power Mirrors | ✓ |
| | Power Driver Seat | ✓ |
| | Power Passenger Seat | ✓ |
| | Power Trunk/Gate Release | ✓ |
| Decor/Convenience | Air Conditioning | ✓ |
| | Climate Control | ✓ |
| | Tilt Wheel | ✓ |
| | Cruise Control | ✓ |
| | Rear Defogger | ✓ |
| | Intermittent Wipers | ✓ |
| | Console/Storage | ✓ |
| | Memory Package | ✓ |
| | Keyless Entry | ✓ |
| | Telescopic Wheel | ✓ |
| | Message Center | ✓ |
| | Home Link | ✓ |
| | Remote Starter | 🗐 |
| | Wood Interior Trim | 🗐 |
| Seating | Bucket Seats | ✓ |
| | Reclining/Lounge Seats | ✓ |
| | Leather Seats | ✓ |
| | Heated Seats | ✓ |
| | Ventilated Seats | 🗐 |
| Radio | AM Radio | ✓ |
| | FM Radio | ✓ |
| | Stereo | ✓ |

To the left is the equipment of the loss vehicle that WAUSAU UNDERWRITERS INSURANCE COMPANY provided to CCC.

✓ **Standard** This equipment is included in the base configuration of the vehicle at time of purchase.

🗐 **Additional** Equipment that is not Standard but was noted to be on the loss vehicle.

# CCC ONE. MARKET VALUATION REPORT

# VEHICLE INFORMATION

## VEHICLE EQUIPMENT

|  | | |
|---|---|---|
|  | Search/Seek | ✓ |
|  | CD Player | ✓ |
|  | Steering Wheel Touch Controls | ✓ |
|  | Auxiliary Audio Connection | ✓ |
|  | Premium Radio | ✓ |
|  | Satellite Radio | ✓ |
|  | CD Changer/Stacker | 🗐 |
| **Wheels** | Aluminum/Alloy Wheels | ✓ |
| **Safety/Brakes** | Air Bag (Driver Only) | ✓ |
|  | Passenger Air Bag | ✓ |
|  | Anti-lock Brakes (4) | ✓ |
|  | 4-wheel Disc Brakes | ✓ |
|  | Front Side Impact Air Bags | ✓ |
|  | Head/Curtain Air Bags | ✓ |
|  | Parking Sensors | 🗐 |
|  | Communications System | ✓ |
|  | Hands Free | ✓ |
|  | Xenon Headlamps | ✓ |
|  | Alarm | ✓ |
|  | Traction Control | ✓ |
|  | Stability Control | ✓ |
| **Exterior/Paint/Glass** | Dual Mirrors | ✓ |
|  | Heated Mirrors | ✓ |
|  | Tinted Glass | ✓ |
|  | Fog Lamps | ✓ |
|  | Headlamp Washers | ✓ |
|  | Clearcoat Paint | 🗐 |
|  | Metallic Paint | 🗐 |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT E TO COMPLAINT

 **MARKET VALUATION REPORT** | Owner: Salit Auto Sales
Claim: 036925089-0003

# 🚗 VEHICLE CONDITION

## COMPONENT CONDITION

| | Condition | Inspection Notes | Value Impact |
|---|---|---|---|
| **INTERIOR** | | | |
| Seats | MAJOR WEAR | | - $ 247 |
| Carpets | NORMAL WEAR | | $ 0 |
| Dashboard | NORMAL WEAR | | $ 0 |
| Headliner | NORMAL WEAR | | $ 0 |
| **EXTERIOR** | | | |
| Sheet Metal | NORMAL WEAR | | $ 0 |
| Trim | NORMAL WEAR | No comment | $ 0 |
| Paint | NORMAL WEAR | | $ 0 |
| Glass | NORMAL WEAR | | $ 0 |
| **MECHANICAL** | | | |
| Engine | NORMAL WEAR | | $ 0 |
| Transmission | NORMAL WEAR | | $ 0 |
| **TIRES** | | | |
| Front Tires | NORMAL WEAR | Front Tires: Starting Tread Depth = 10/32 Left Front Tire Tread Depth = 6/32 Right Front Tire Tread Depth = 6/32 Percentage of Wear for Front Tires = 60.0% Condition Rating = Good | $ 0 |
| Rear Tires | NORMAL WEAR | Rear Tires: Starting Tread Depth = 10/32 Left Rear Tire Tread Depth = 6/32 Right Rear Tire Tread Depth = 6/32 Percentage of Wear for RearTires = 60.0% Condition Rating = Good | $ 0 |

| Total Condition Adjustments | | | - $ 247 |
|---|---|---|---|

WAUSAU UNDERWRITERS INSURANCE COMPANY uses condition inspection guidelines to determine the condition of key components of the loss vehicle prior to the loss. The guidelines describe physical characteristics for these key components, for the condition selected based upon age. Inspection Notes reflect observations from the appraiser regarding the loss vehicle's condition.

CCC makes dollar adjustments that reflect the impact the reported condition has on the value of the loss vehicle as compared to Normal Wear condition. These dollar adjustments are based upon interviews with dealerships across the United States.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT E TO COMPLAINT

 **CCC ONE. MARKET VALUATION REPORT** | Owner: Salit Auto Sales
Claim: 036925089-0003

# COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| Odometer | 110,567 | 111,861 | 91,907 | 91,000 |
| Automatic Transmission | ✓ | ✓ | ✓ | ✓ |
| Overdrive | ✗ | ✓ | ✓ | ✓ |
| 4 Wheel Drive | ✗ | ✓ | ✓ | ✓ |
| Power Steering | ✓ | ✓ | ✓ | ✓ |
| Power Brakes | ✓ | ✓ | ✓ | ✓ |
| Power Windows | ✓ | ✓ | ✓ | ✓ |
| Power Locks | ✓ | ✓ | ✓ | ✓ |
| Power Mirrors | ✓ | ✓ | ✓ | ✓ |
| Power Driver Seat | ✓ | ✓ | ✓ | ✓ |
| Power Passenger Seat | ✓ | ✗ | ✓ | ✓ |
| Power Trunk/Gate Release | ✓ | ✓ | ✓ | ✓ |
| Air Conditioning | ✓ | ✓ | ✓ | ✓ |
| Climate Control | ✓ | ✓ | ✓ | ✓ |
| Tilt Wheel | ✓ | ✓ | ✓ | ✓ |
| Cruise Control | ✓ | ✓ | ✓ | ✓ |
| Rear Defogger | ✓ | ✓ | ✓ | ✓ |
| Intermittent Wipers | ✓ | ✓ | ✓ | ✓ |
| Console/Storage | ✓ | ✓ | ✓ | ✓ |
| Memory Package | ✓ | ✗ | ✓ | ✓ |
| Navigation System | ✗ | ✗ | ✓ | ✗ |
| Keyless Entry | ✓ | ✓ | ✓ | ✓ |
| Telescopic Wheel | ✓ | ✓ | ✓ | ✓ |
| Message Center | ✓ | ✓ | ✓ | ✓ |
| Home Link | ✓ | ✗ | ✓ | ✓ |
| Remote Starter | ✓ | ✗ | ✗ | ✗ |
| Wood Interior Trim | ✓ | ✗ | ✓ | ✗ |
| Bucket Seats | ✓ | ✓ | ✓ | ✓ |
| Reclining/Lounge Seats | ✓ | ✓ | ✓ | ✓ |
| Leather Seats | ✓ | ✓ | ✓ | ✓ |
| Heated Seats | ✓ | ✗ | ✓ | ✓ |
| Ventilated Seats | ✓ | ✗ | ✗ | ✗ |
| AM Radio | ✓ | ✓ | ✓ | ✓ |
| FM Radio | ✓ | ✓ | ✓ | ✓ |
| Stereo | ✓ | ✓ | ✓ | ✓ |
| Search/Seek | ✓ | ✓ | ✓ | ✓ |
| CD Player | ✓ | ✓ | ✓ | ✓ |
| Steering Wheel Touch Controls | ✓ | ✓ | ✓ | ✓ |
| Auxiliary Audio Connection | ✓ | ✓ | ✓ | ✓ |
| Premium Radio | ✓ | ✓ | ✓ | ✓ |

**Comp 1**       Updated Date: 02/22/2018
**2011 Cadillac Cts Sedan Awd 6 3.0l Gasoline Sidi**
**VIN** 1G6DC5EY7B0130139
**Dealership** Scott Cars Used
**Telephone** (610) 791-1221
**Source** Dealer Ad
**Stock #** 61617RS
**Distance from Edison, NJ**
56 Miles - Allentown, PA

**Comp 2**       Updated Date: 01/26/2018
**2011 Cadillac Cts Sedan Luxury Awd 6 3.0l Gasoline Sidi**
**VIN** 1G6DG5EYXB0130432
**Dealership** Auto Direct Cars Llc
**Telephone** (866) 520-4592
**Source** Autotrader
**Stock #** 30432
**Distance from Edison, NJ**
41 Miles - Beverly, NJ

**Comp 3**       Updated Date: 02/08/2018
**2011 Cadillac Cts Sedan Performance Awd 6 3.0l Gasoline Sidi**
**VIN** 1G6DL5EY6B0123344
**Dealership** Jojos Auto Sales
**Telephone** (856) 251-9200
**Source** Dealer Ad
**Stock #** 123344-51
**Distance from Edison, NJ**
61 Miles - Woodbury, NJ

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

¹The **Condition Adjustment** sets that comparable vehicle to Normal Wear condition, which the loss vehicle is also

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT E TO COMPLAINT

 **CCC**❖**ONE** MARKET VALUATION REPORT | Owner: Salit Auto Sales
Claim: 036925089-0003

# COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 | |
|---|---|---|---|---|---|
| | | | | | compared to in the Vehicle Condition section. |
| Satellite Radio | ✓ | ✓ | ✓ | ✓ | |
| CD Changer/Stacker | ✓ | ✗ | ✓ | ✗ | |
| Aluminum/Alloy Wheels | ✓ | ✓ | ✓ | ✓ | |
| Electric Glass Roof | ✗ | ✗ | ✓ | ✗ | |
| Skyview Roof | ✗ | ✗ | ✓ | ✗ | |
| Drivers Side Air Bag | ✓ | ✓ | ✓ | ✓ | |
| Passenger Air Bag | ✓ | ✓ | ✓ | ✓ | |
| Anti-lock Brakes (4) | ✓ | ✓ | ✓ | ✓ | |
| 4-wheel Disc Brakes | ✓ | ✓ | ✓ | ✓ | |
| Front Side Impact Air Bags | ✓ | ✓ | ✓ | ✓ | |
| Head/Curtain Air Bags | ✓ | ✓ | ✓ | ✓ | |
| Parking Sensors | ✓ | ✗ | ✓ | ✗ | |
| Rear Side Impact Air Bags | ✗ | ✓ | ✗ | ✗ | |
| Communications System | ✓ | ✓ | ✓ | ✓ | |
| Hands Free | ✓ | ✓ | ✓ | ✓ | |
| Xenon Headlamps | ✓ | ✗ | ✗ | ✓ | |
| Alarm | ✓ | ✗ | ✓ | ✓ | |
| Traction Control | ✓ | ✓ | ✓ | ✓ | |
| Stability Control | ✓ | ✓ | ✓ | ✓ | |
| Dual Mirrors | ✓ | ✓ | ✓ | ✓ | |
| Heated Mirrors | ✓ | ✓ | ✓ | ✓ | |
| Tinted Glass | ✓ | ✓ | ✓ | ✓ | |
| Fog Lamps | ✓ | ✗ | ✗ | ✓ | |
| Headlamp Washers | ✓ | ✗ | ✗ | ✓ | |
| Clearcoat Paint | ✓ | ✗ | ✗ | ✗ | |
| Metallic Paint | ✓ | ✗ | ✗ | ✗ | |
| | | | | | |
| **List Price** | | $ 9,991 | $ 12,470 | $ 11,999 | |
| **Adjustments:** | | | | | |
| Make/Model/Trim | | - $ 475 | - $ 1,350 | - $ 925 | |
| Options | | + $ 501 | - $ 184 | + $ 501 | |
| Mileage | | + $ 69 | - $ 1,277 | - $ 1,341 | |
| Condition¹ | | - $ 1,186 | - $ 1,186 | - $ 1,186 | |
| **Adjusted Comparable Value** | | $ 8,900 | $ 8,473 | $ 9,048 | |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT E TO COMPLAINT

 **CCC⬡ONE. MARKET VALUATION REPORT** | Owner: Salit Auto Sales
Claim: 036925089-0003

# COMPARABLE VEHICLES

## ADDITIONAL COMPARABLE VEHICLES

| Source | Vehicle | Price | Adjusted Comparable Value |
|---|---|---|---|
| **Comp 4** <br> Source: Dealer Ad <br> Macon Auto Sales <br> Wilmington, DE <br> (302) 525-0379 <br> 84 Miles From Edison, NJ | **2011 Cadillac Cts Sedan Awd 6 3.0l Gasoline Sidi** <br> Odometer: 112,996 <br> VIN: 1G6DC5EY2B0120442 <br> Updated Date: 12/08/2017 | $ 10,495 <br> (List) | $ 8,700 |
| **Comp 5** <br> Source: Autotrader <br> Performance Auto Inc. <br> Bohemia, NY <br> (866) 459-7577 <br> 69 Miles From Edison, NJ | **2011 Cadillac Cts Sedan Luxury Awd 6 3.0l Gasoline Sidi** <br> Odometer: 134,608 <br> VIN: 1G6DG5EYXB0134710 <br> Stock #: 134710 <br> Updated Date: 02/01/2018 | $ 9,892 <br> (List) | $ 8,013 |
| **Comp 6** <br> Source: Dealer Ad <br> Cicchino Auto Sales <br> Millville, NJ <br> (856) 825-8278 <br> 85 Miles From Edison, NJ | **2011 Cadillac Cts Sedan Rwd 6 3.0l Gasoline Sidi** <br> Odometer: 131,667 <br> VIN: 1G6DA5EY9B0163987 <br> Stock #: 10148 <br> Updated Date: 02/09/2018 | $ 7,999 <br> (List) | $ 8,315 |
| **Comp 7** <br> Source: Autotrader <br> J&m Automotive <br> Naugatuck, CT <br> (203) 723-5666 <br> 97 Miles From Edison, NJ | **2011 Cadillac Cts Sedan Luxury Awd 6 3.0l Gasoline Sidi** <br> Odometer: 85,140 <br> VIN: 1G6DG5EY5B0133626 <br> Stock #: 113626 <br> Updated Date: 02/14/2018 | $ 11,995 <br> (List) | $ 8,227 |
| **Comp 8** <br> Source: Dealer Ad <br> Memory Lane Automotive <br> Ephrata, PA <br> (717) 738-2848 <br> 96 Miles From Edison, NJ | **2011 Cadillac Cts Sedan Luxury Awd 6 3.0l Gasoline Sidi** <br> Odometer: 91,231 <br> VIN: 1G6DG5EY3B0100382 <br> Stock #: 100382 <br> Updated Date: 02/09/2018 | $ 13,495 <br> (List) | $ 9,373 |

**Additional Comparable Vehicles** are in summary format, but are adjusted the same as those on the previous page.

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT E TO COMPLAINT

 MARKET VALUATION REPORT

Owner: Salit Auto Sales
Claim: 036925089-0003

# VALUATION NOTES

03/06/2018 08:25 - Condition Comments changed after Valuation

03/06/2018 08:25 - Condition Ratings changed after Valuation

This Market Valuation Report has been prepared exclusively for use by WAUSAU UNDERWRITERS INSURANCE COMPANY, and no other person or entity is entitled to or should rely upon this Market Valuation Report and/or any of its contents. CCC is one source of vehicle valuations, and there are other valuation sources available.

Regulations concerning vehicle value include New Jersey Administrative Code 11:3-10.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT E TO COMPLAINT    Page 10 of 15

# CCC ONE. MARKET VALUATION REPORT

Owner: Salit Auto Sales
Claim: 036925089-0003

# SUPPLEMENTAL INFORMATION

## VEHICLE HISTORY INFORMATION

### VINguard®

VINguard® Message: VINguard has decoded this VIN without any errors

### ISO Vehicle History:

| | |
|---|---|
| **Number of times reported to ISO:** | 2 |
| **ISO's file number:** | H0269415343 |
| Loss date: | 01/31/2018 |
| Phone: | 8004866152 |
| Claim ref: | 036925089 |
| ISO notified: | 02/21/2018 |
| Loss date: | 01/21/2018 |
| Phone: | 8775287878 |
| Claim ref: | 2850277ID1ID420994 |

### Vehicle Market History Information:

This vehicle was reported to CCC on 11/07/2017    Mileage: 107852
Location: AutoTrader in EDISON, NJ
This vehicle was reported to CCC on 11/07/2017    Mileage: 107852
Location: AutoTrader in EDISON, NJ
This vehicle was reported to CCC on 01/02/2018    Mileage: 107852
Location: AutoTrader in EDISON, NJ
This vehicle was reported to CCC on 01/02/2018    Mileage: 107852
Location: AutoTrader in EDISON, NJ

EXHIBIT E TO COMPLAINT        Page 11 of 15



**CCC ONE.** MARKET VALUATION REPORT | Owner: Salit Auto Sales
Claim: 036925089-0003

# SUPPLEMENTAL INFORMATION

## EXPERIAN® AUTOCHECK® VEHICLE HISTORY REPORT

CCC provides WAUSAU UNDERWRITERS INSURANCE COMPANY information reported by Experian regarding the **2011 Cadillac CTS Sedan (1G6DJ5EY3B0110539).** This data is provided for informational purposes. Unless otherwise noted in this Valuation Detail, CCC does not adjust the value of the loss vehicle based upon this information.

**LEGEND :**
- ✅ No Event Found
- ⬭ Event Found
- ▤ Information Needed

| TITLE CHECK | RESULTS FOUND |
|---|---|
| Abandoned | ✅ No Abandoned Record Found |
| Damaged | ✅ No Damaged Record Found |
| Fire Damage | ✅ No Fire Damage Record Found |
| Grey Market | ✅ No Grey Market Record Found |
| Hail Damage | ✅ No Hail Damage Record Found |
| Insurance Loss | ⬭ Insurance Loss Record Found |
| Junk | ✅ No Junk Record Found |
| Rebuilt | ✅ No Rebuilt Record Found |
| Salvage | ✅ No Salvage Record Found |

**TITLE CHECK**
EVENT FOUND

AutoCheck's database for this loss vehicle found historical events that might indicate a significant automotive problem. These problems can indicate past automotive damage or warnings associated with the vehicle title.

| EVENT CHECK | RESULTS FOUND |
|---|---|
| NHTSA Crash Test Vehicle | ✅ No NHTSA Crash Test Vehicle Record Found |
| Frame Damage | ✅ No Frame Damage Record Found |
| Major Damage Incident | ✅ No Major Damage Incident Record Found |
| Manufacturer Buyback/Lemon | ✅ No Manufacturer Buyback/Lemon Record Found |
| Odometer Problem | ✅ No Odometer Problem Record Found |
| Recycled | ✅ No Recycled Record Found |
| Water Damage | ✅ No Water Damage Record Found |
| Salvage Auction | ✅ No Salvage Auction Record Found |

**EVENT CHECK**
THIS VEHICLE CHECKS OUT

AutoCheck's result for this loss vehicle show no historical events that indicate a significant automotive problem. These problems can indicate past previous car damage, theft, or other significant problems.

| VEHICLE INFORMATION | RESULTS FOUND |
|---|---|
| Accident | ✅ No Accident Record Found |
| Corrected Title | ✅ No Corrected Title Record Found |
| Driver Education | ✅ No Driver Education Record Found |
| Fire Damage Incident | ✅ No Fire Damage Incident Record Found |
| Lease | ▤ Lease Record Found |
| Lien | ✅ No Lien Record Found |
| Livery Use | ✅ No Livery Use Record Found |
| Government Use | ✅ No Government Use Record Found |
| Police Use | ✅ No Police Use Record Found |
| Fleet | ✅ No Fleet Record Found |
| Rental | ▤ Rental Record Found |
| Fleet and/or Rental | ▤ Fleet and/or Rental Record Found |
| Repossessed | ✅ No Repossessed Record Found |
| Taxi use | ✅ No Taxi use Record Found |
| Theft | ✅ No Theft Record Found |
| Fleet and/or Lease | ▤ Fleet and/or Lease Record Found |
| Emissions Safety Inspection | ✅ No Emissions Safety Inspection Record Found |
| Duplicate Title | ✅ No Duplicate Title Record Found |

**VEHICLE INFORMATION**
INFORMATION FOUND

AutoCheck found additional information on this vehicle. These records will provide more history for this loss vehicle

**ODOMETER CHECK**
THIS VEHICLE CHECKS OUT

AutoCheck's result for this loss vehicle show no indication of odometer rollback or tampering was found. AutoCheck determines odometer rollbacks by searching for records that indicate odometer readings less than a previously reported value. Other odometer events can report events of tampering, or possible odometer breakage.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

CCC⬚ONE. **MARKET VALUATION REPORT**  | Owner: Salit Auto Sales
Claim: 036925089-0003

# SUPPLEMENTAL INFORMATION

 **FULL HISTORY REPORT RUN DATE: 03/06/2018**

Below are the historical events for this vehicle listed in chronological order.

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 08/04/2010 | OH | 5 | Motor Vehicle Dept. | TITLE |
| 08/04/2010 | OH | | Motor Vehicle Dept. | RENTAL |
| 08/04/2010 | OH | | Motor Vehicle Dept. | TITLED OR REGISTERED AS A RENTAL VEHICLE, OR PART OF A RENTAL FLEET |
| 08/11/2010 | COLUMBUS, OH | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 08/11/2010 | COLUMBUS, OH | | Motor Vehicle Dept. | TITLED OR REGISTERED AS A RENTAL VEHICLE, OR PART OF A RENTAL FLEET |
| 09/06/2011 | COLUMBUS, OH | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 09/06/2011 | COLUMBUS, OH | | Motor Vehicle Dept. | TITLED OR REGISTERED AS A RENTAL VEHICLE, OR PART OF A RENTAL FLEET |
| 09/21/2011 | OH | 27488 | Auto Auction | REPORTED AT AUTO AUCTION |
| 10/10/2011 | OH | 27488 | Auto Auction | AUCTION ANNOUNCED AS FLEET/LEASE |
| 10/19/2011 | PALMYRA, NJ | 27488 | Motor Vehicle Dept. | TITLE |
| 10/21/2011 | PALMYRA, NJ | 27489 | Dealer Service | BRAKES SERVICED |
| 10/21/2011 | PALMYRA, NJ | | Dealer Service | LUBE, OIL AND/OR FILTER CHANGED |
| 10/21/2011 | PALMYRA, NJ | | Dealer Service | VEHICLE SERVICED |
| 10/24/2011 | PALMYRA, NJ | 27494 | Dealer Service | VEHICLE SERVICED |
| 11/16/2011 | MANTUA, NJ | 27509 | Motor Vehicle Dept. | TITLE (Lien Reported) |
| 11/30/2011 | MANTUA, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 10/05/2013 | MANTUA, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 07/07/2014 | PALMYRA, NJ | 53572 | Dealer Service | VEHICLE SERVICED |
| 07/09/2014 | PALMYRA, NJ | | Dealer Service | BATTERY SERVICED OR REPLACED |
| 07/09/2014 | PALMYRA, NJ | | Dealer Service | LUBE, OIL AND/OR FILTER CHANGED |
| 07/16/2014 | PALMYRA, NJ | 53572 | Motor Vehicle Dept. | TITLE |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT E TO COMPLAINT

**CCC⬚ONE.** MARKET VALUATION REPORT | Owner: Salit Auto Sales
Claim: 036925089-0003

# SUPPLEMENTAL INFORMATION

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 07/29/2014 | WATERFORD WORKS, NJ | 53603 | Motor Vehicle Dept. | TITLE (Lien Reported) |
| 08/18/2014 | WATERFORD WORKS, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 03/06/2015 | WATERFORD WORKS, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 08/01/2015 | | | Independent Repair Center | VEHICLE SERVICED |
| 05/06/2016 | WATERFORD WORKS, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 11/05/2016 | | 93378 | Independent Repair Center | VEHICLE SERVICED |
| 04/07/2017 | WATERFORD WORKS, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 09/03/2017 | CHERRY HILL, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 10/23/2017 | PALMYRA, NJ | 107833 | Motor Vehicle Dept. | TITLE |
| 10/30/2017 | EASTERN REGION, | 107846 | Auto Auction | REPORTED AT AUTO AUCTION AS DEALER VEHICLE |
| 10/31/2017 | EASTERN REGION, | 107846 | Auto Auction | REPORTED AT AUTO AUCTION |
| 11/13/2017 | EDISON, NJ | 107846 | Motor Vehicle Dept. | TITLE |
| 01/31/2018 | NJ | | Auto Insurance Source | VEHICLE REPORTED AS TOTAL LOSS |

**AUTOCHECK TERMS AND CONDITIONS:**

Experian's Reports are compiled from multiple sources. It is not always possible for Experian to obtain complete discrepancy information on all vehicles; therefore, there may be other title brands, odometer readings or discrepancies that apply to a vehicle that are not reflected on that vehicle's Report. Experian searches data from additional sources where possible, but all discrepancies may not be reflected on the Report.

These Reports are based on information supplied to Experian by external sources believed to be reliable, BUT NO RESPONSIBILITY IS ASSUMED BY EXPERIAN OR ITS AGENTS FOR ERRORS, INACCURACIES OR OMISSIONS. THE REPORTS ARE PROVIDED STRICTLY ON AN "AS IS WHERE IS" BASIS, AND EXPERIAN FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE REGARDING THIS REPORT.

YOU AGREE TO INDEMNIFY EXPERIAN FOR ANY CLAIMS OR LOSSES, INCLUDING COSTS, EXPENSES AND ATTORNEYS FEES, INCURRED BY EXPERIAN ARISING DIRECTLY OR INDIRECTLY FROM YOUR IMPROPER OR UNAUTHORIZED USE OF AUTOCHECK VEHICLE HISTORY REPORTS.

Experian shall not be liable for any delay or failure to provide an accurate report if and to the extent which such delay or failure is caused by events beyond the reasonable control of Experian, including, without limitation, "acts of God", terrorism, or public enemies, labor disputes, equipment malfunctions, material or component shortages, supplier failures, embargoes, rationing, acts of local, state or national governments, or public agencies, utility or communication failures or delays, fire, earthquakes, flood, epidemics, riots and strikes.

These terms and the relationship between you and Experian shall be governed by the laws of the State of Illinois (USA) without regard to its conflict of law provisions. You and Experian agree to submit to the personal and exclusive jurisdiction of the courts located within the county of Cook, Illinois.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT E TO COMPLAINT      Page 14 of 15

# CCC ONE. MARKET VALUATION REPORT

Owner: Salit Auto Sales
Claim: 036925089-0003

# SUPPLEMENTAL INFORMATION

 **NHTSA VEHICLE RECALL**

The National Highway Traffic Safety Administration has issued 2 safety related recall notices that may apply to the above valued vehicle.

**NHTSA Campaign ID :** 14V394000

**Mfg's Report Date :** JUL 02, 2014

**Potential Number Of Units Affected :** 554,328

**Summary :** This defect can affect the safe operation of the airbag system. Until this recall is performed, customers should remove all items from their key rings, leaving only the ignition key. The key fob (if applicable), should also be removed from the key ring. General Motors LLC (GM) notified the agency on July 2, 2014 that they are recalling 554,328 model year 2003-2014 Cadillac CTS vehicles manufactured August 16, 2001, to April 28, 2014, and 2004-2006 Cadillac SRX vehicles manufactured March 20, 2003, to August 11, 2006. In these models, the weight on the key ring and/or road conditions or some other jarring event may cause the ignition switch to move out of the run position, turning off the engine.

**Consequence :** If the key is not in the run position, the air bags may not deploy if the vehicle is involved in a crash, increasing the risk of injury.

**Remedy :** GM will notify owners, and dealers will provide two replacement key rings, and vehicles with slotted keys will receive key inserts, free of charge. The manufacturer has not yet provided a notification schedule. Owners may contact Cadillac customer service at 1-800-458-8006. GM's number for this recall is 14172.

**Notes :** Owners may also contact the National Highway Traffic Safety Administration Vehicle Safety Hotline at 1-888-327-4236 (TTY 1-800-424-9153), or go to www.safercar.gov.

---

**NHTSA Campaign ID :** 14V341000

**Mfg's Report Date :** JUN 19, 2014

**Potential Number Of Units Affected :** 16,932

**Summary :** General Motors LLC (GM) is recalling certain model year 2011 Cadillac CTS vehicles manufactured October 18, 2010, to June 2, 2011. In the affected vehicles, vibrations from the drive shaft may cause the vehicle's roll over sensor to command the roof rail air bags to deploy.

**Consequence :** If the roof rail air bags deploy unexpectedly, there is an increased risk of crash and injury to the occupants.

**Remedy :** GM will notify owners, and dealers will replace the rear drive shaft assembly, free of charge. The manufacturer has not yet provided a notification schedule. Owners may contact Cadillac customer service at 1-800-458-8006. GM's number for this recall is 14233.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT E TO COMPLAINT

From: Henry P. Wolfe
Sent: Tuesday, March 13, 2018 1:40:20 PM
To: Logan.Hubert@LibertyMutual.com; SHANE.WYCKOFF@LibertyMutual.com
Cc: alan@salitautosales.com
Subject: Claim Reference No. 036925089-0003

Mr. Logan and Mr. Wyckoff:

I am writing on behalf of Salit Auto Sales, the 3rd party claimant in the above referenced claim,
regarding your revised market valuation report of the loss vehicle issued on March 6, 2018.  Please
reply to this email, or have your legal department contact me by email with the following information:

1.     The procedure for initiating an appeal of the revised valuation with Liberty Mutual' s internal
appeal panel;

2.     A detailed response to Alan Salt's inquiry in his March 2, 2018 e-mail to you regarding the basis for
the uniform downward condition adjustment for all comparable vehicles used in the valuation (which
was $1,186 for each comp in your revised valuation report, and $1,243 in you initial valuation report).
That the deductions were uniform suggests that they were not based on actual inspections of the comp
vehicles, but the report itself does not explain the basis for the calculating the apparently standard
deductions.   Notably, the deduction was markedly inaccurate in the case of the loss vehicle, which was
treated as Comp 1 in your initial valuation and assigned a standard condition deduction of $1,243, while,
in the same report, you estimated only a $586 deduction based on an actual inspection of the vehicle
(which was subsequently reduced to $247 in your revised valuation).

Please confirm that you received this e-mail, and an estimate of when I can expect to receive a
response.

Thank you,

Henry P. Wolfe
The Wolf Law Firm, LLC
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 08902
(732) 545-7900; fax (732) 545-1030
hwolfe@wolflawfirm.net

From: "Henry P. Wolfe" <HWolfe@wolflawfirm.net>
To: "Logan.Hubert@LibertyMutual.com" <Logan.Hubert@libertymutual.com>,
"SHANE.WYCKOFF@LibertyMutual.com" <SHANE.WYCKOFF@libertymutual.com>
Cc: "alan@salitautosales.com" <alan@salitautosales.com>
Bcc:
Date: Thu, 15 Mar 2018 21:06:36 +0000
Subject: RE: Claim Reference No. 036925089-0003

Mr. Loan and Mr. Wyckoff:

I have not heard from you since I wrote to you on Tuesday.   Please confirm that you received my message, and advise on the status of the requested information.

Henry P. Wolfe
The Wolf Law Firm, LLC
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 08902
(732) 545-7900; fax (732) 545-1030
hwolfe@wolflawfirm.net

From: "Henry P. Wolfe" <HWolfe@wolflawfirm.net>
To: "Tracey.Wilt@LibertyMutual.com" <Tracey.Wilt@libertymutual.com>
Cc: "alan@salitautosales.com" <alan@salitautosales.com>, "Logan.Hubert@LibertyMutual.com" <Logan.Hubert@libertymutual.com>
Bcc:
Date: Thu, 15 Mar 2018 21:27:37 +0000
Subject: RE: Claim Reference No. 036925089-0003

Ms. Wilt,

Below, please find e-mail correspondence I sent to Shane Wyckoff earlier today, to which I received an automated out-of-office message stating that communications to Mr. Wyckoff should be directed to you in his absence.

Thanks,

Henry P. Wolfe
The Wolf Law Firm, LLC
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 08902
(732) 545-7900; fax (732) 545-1030
hwolfe@wolflawfirm.net


From: Henry P. Wolfe
Sent: Thursday, March 15, 2018 5:07 PM
To: 'Logan.Hubert@LibertyMutual.com' <Logan.Hubert@LibertyMutual.com>;
'SHANE.WYCKOFF@LibertyMutual.com' <SHANE.WYCKOFF@LibertyMutual.com>
Cc: 'alan@salitautosales.com' <alan@salitautosales.com>
Subject: RE: Claim Reference No. 036925089-0003

Mr. Loan and Mr. Wyckoff:

I have not heard from you since I wrote to you on Tuesday.   Please confirm that you received my message, and advise on the status of the requested information.

Henry P. Wolfe
The Wolf Law Firm, LLC
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 08902
(732) 545-7900; fax (732) 545-1030
hwolfe@wolflawfirm.net


From: Henry P. Wolfe [mailto:HWolfe@wolflawfirm.net]
Sent: Monday, November 12, 2018 6:58 PM
To: Wilt, Tracey <TRACEY.WILT@LibertyMutual.com>; Hubert, Logan
<Logan.Hubert@LibertyMutual.com>; Wyckoff, Shane <SHANE.WYCKOFF@LibertyMutual.com>;
CLClaimReports <CLClaimReports@LibertyMutual.com>
Cc: alan@salitautosales.com

Subject: Claim Reference No. 036925089-0003 - FINAL REQUEST FOR INFORMATION


Dear Ms. Wilf, Mr. Logan and Mr. Wyckoff:

I am an attorney writing on behalf of Salit Auto Sales, the 3rd party claimant in the above referenced
claim.

In March 2018, I wrote to you with questions regarding the total loss valuation issued on March 6, 2018,
which you used for your settlement offer to my client (see below). Alternatively, I requested that you
refer these questions to Liberty Mutual's legal department.

To date, you have completely ignored my requests for information.  If I do not  hear from you or
another representative of Liberty Mutual regarding these requests by Friday, November 12, 2018, I will
file a complaint on behalf of my client with  the New Jersey Department of Banking and Insurance.

Again, I am requesting the following information:

1.     The procedure for initiating an appeal of the revised valuation with Liberty Mutual's internal
appeal panel;

 2.     A detailed response to Alan Salt's inquiry in his March 2, 2018 e-mail to you regarding the basis for
the uniform downward condition adjustment for all comparable vehicles used in the valuation (which
was $1,186 for each comp in your revised valuation report, and $1,243 in you initial valuation report).
That the deductions were uniform suggests that they were not based on actual inspections of the comp
vehicles, but the report itself does not explain the basis for the calculating the apparently standard
deductions.

Notably, your agent CCC One, inadvertently used the loss vehicle itself as a "comp" ("Comp 1") in its
initial valuation, and assigned a standard condition deduction of $1,243, while, in the same report, you
estimated only a $586 deduction based on an actual inspection of the vehicle (which was subsequently
reduced to $247 in a revised valuation).  This appears to be highly suspicious and perhaps fraudulent,

and my client deserves an explanation.  Again, if one is not forthcoming, a complaint will be filed with the New Jersey Department of Banking and Insurance.

Thank you for your anticipated, prompt response.

Henry P. Wolfe
The Wolf Law Firm, LLC
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 08902
(732) 545-7900; fax (732) 545-1030
hwolfe@wolflawfirm.net


From: Wyckoff, Shane <SHANE.WYCKOFF@LibertyMutual.com>
Sent: Wednesday, November 14, 2018 5:03 PM
To: Henry P. Wolfe <HWolfe@wolflawfirm.net>
Cc: alan@salitautosales.com; Wilt, Tracey <TRACEY.WILT@LibertyMutual.com>; Hubert, Logan <Logan.Hubert@LibertyMutual.com>; CLClaimReports <CLClaimReports@LibertyMutual.com>
Subject: RE: Claim Reference No. 036925089-0003 - FINAL REQUEST FOR INFORMATION

Mr. Wolfe,

Thank you for your email, our response to your specific inquiries can be found below.

Upon receipt of your client's 3/2/18 correspondence expressing disagreement with the valuation due to the anomaly of the loss vehicle itself being considered for one of the comparable vehicles another valuation was completed. I sent Mr. Salit an email on 3/5/18 indicating I had reviewed his email and agree we need to take another look at the valuation; we had requested an updated evaluation subsequent to that email being sent to your client. On 3/6/18 we received the updated evaluation and Logan Hubert contacted Mr. Salit and went over the updated total loss evaluation. Your client was not in agreement with the valuation.

I then received an email (dated 3/6/18) from Mr. Salit indicating he will be forwarding all correspondence to his attorney to handle the claim for him. He also asked for a copy of the updated evaluation. I replied to your client's inquiry and included an updated total loss evaluation per his request. I explained that if he's not in agreement with the updated evaluation that he can pursue the claim with his insurer or pass everything along to his attorney who can reach out to us at their convenience.

We advised your client of his options for recourse by providing him with a copy of the updated CCC evaluation as well the letter that's attached to this email dated 3/6/18. We also indicated he could pursue the claim with his insurance company or pass the information along to his attorney to reach out at his convenience. We had not received a reply or any correspondence from Mr. Salit or anyone on his behalf until we received your prior correspondence dated 11/12/18.


EXHIBIT F TO COMPLAINT          Page 4 of 6

As to the inquiry on the deductions, these were taken based upon our inspection of the vehicle including the condition of the vehicle relative to what's expected for a vehicle of that age. I apologize I cannot provide more detail on this as it is proprietary information.

I trust this satisfies your request to reply by Friday 11/16/18 (though your correspondence indicated 11/12/18). However please understand we're willing to continue to work towards an amicable resolution. Should you have specific information to provide in order to substantiate the conditioning adjustments are not accurate please provide that information so we can determine if it will impact the total loss evaluation.

All the best,


Shane Wyckoff
Claims Team Manager
Auto Physical Damage
Liberty Mutual Insurance
PO Box 515097
Los Angeles, CA 90051-5097
Toll Free: 800-637-0757 x87181
Fax: 877-202-4607

Track your claim anytime, anywhere with your online account at www.LibertyMutual.com
View claim status and policy details  |  Upload photos and documents  |  Schedule an inspection
LM Logo Email Signature
Policy Underwritten by Wausau Underwriters Insurance Company


From: Henry P. Wolfe
Sent: Wednesday, November 14, 2018 6:02 PM
To: 'Wyckoff, Shane' <SHANE.WYCKOFF@LibertyMutual.com>
Cc: alan@salitautosales.com; Wilt, Tracey <TRACEY.WILT@LibertyMutual.com>; Hubert, Logan <Logan.Hubert@LibertyMutual.com>; CLClaimReports <CLClaimReports@LibertyMutual.com>
Subject: RE: Claim Reference No. 036925089-0003 - FINAL REQUEST FOR INFORMATION

Mr. Wyckoff,

As an initial matter, it is false that my November 12, 2018 e-mail was my first communication to you on behalf of Salit Auto.  I wrote to you and Mr. Logan by e-mail on March 13, 2018 requesting an explanation for CCC One's highly suspect valuation and for information regarding Liberty Mutual' s internal appeal process. When you ignored that correspondence, I sent you and Mr. Logan another e-mail on March 15, 2018, with a copy to Ms. Wilt.  When that e-mail was ignored, I sent a third e-mail to you, Mr. Logan, and Ms. Wilt on March 21, 2018, and that e-mail was also ignored. Copies of these disregarded e-mails are attached.

At this point, my client's proposal for an "amicable resolution" is likely well beyond your authority to accept, as it would likely include enhanced damages and attorney's fees under the New Jersey Consumer Fraud Act and other laws.  The notion that an insurer may withhold a reasonable basis of its

loss valuation to a claimant as "proprietary" and then require the claimant to produce information to counter this nebulous, top-secret "proprietary" valuation is astonishing and unconscionable, especially where, as here, the valuation appears to be fraudulent.

Please direct this correspondence to Liberty Mutual' s legal department, if Liberty Mutual in fact wishes to discuss "amicable resolution" of this situation.

Henry P. Wolfe
The Wolf Law Firm, LLC
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 08902
(732) 545-7900; fax (732) 545-1030
hwolfe@wolflawfirm.net