# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Henry P. Wolfe – NJ Atty ID 031942005
Law Office of Henry P. Wolfe LLC
17A Joyce Kilmer Avenue N
New Brunswick, NJ  08901-195190
Telephone: (732) 325-3500
E-mail:  henry@wolfeconsumerlaw.com

Kevin P. Roddy – NJ Atty ID 014802005
Phillip A. Tortoreti – NJ Atty ID 003201975
Wilentz, Goldman & Spitzer, P.A.
Woodbridge Center Drive, Suite 900
Woodbridge, NJ  07095-0958
Telephone: (732) 636-8000
E-mail:  kroddy@wilentz.com
           ptortoreti@wilentz.com

*Attorneys for Plaintiff and the putative Class*

| | |
|---|---|
| Salit Auto Sales, Inc. d/b/a Salit Auto Sales on behalf of itself and others similarly situated,<br><br>               Plaintiff,<br><br>   vs.<br><br>CCC Information Services, Inc., Liberty Mutual Group Inc., and Liberty Mutual Home and Auto Services LLC, d/b/a Liberty Mutual Fire Insurance Company and Wausau Underwriters Insurance Company,<br><br>            Defendants. | CIVIL ACTION<br><br>DOCKET NO. 2:19-cv-18107-JMV-MF<br><br>**FIRST AMENDED CLASS ACTION COMPLAINT AND JURY DEMAND** |

## SUMMARY OF CLASS ACTION

1.   This is a proposed class action against Defendants, Liberty Mutual and CCC Information Services, Inc., alleging that they acted in concert in producing and employing fraudulent "CCC One Market Valuation Reports" to support insufficient and unfair claim settlement offers in total loss vehicle claims in the State of New Jersey.

2.   More specifically, the Defendants' valuation reports have, by design, routinely misrepresented and understated the replacement value of claimants' totaled vehicles by applying arbitrary and baseless "condition adjustments" to the advertised prices of comparable vehicles in

the local market (known as "comparable" or "comp" vehicles) used in the reports to estimate the pre-accident value of claimants' vehicles.

3.   The Defendants' have routinely represented all "comp" vehicles in a given report to be in uniformly better than "Normal Wear" condition, while routinely assessing claimants' pre-accident vehicles as being be in "Normal Wear" or worse condition.

4.   The valuation reports specify a dollar figure to reflect the degree to which the "comp" vehicles are in better than "Normal Wear" condition, which the Defendants call the "condition adjustment," and then subtract that dollar figure from the advertised prices of the "comp" vehicles to estimate the pre-accident value of claimants' vehicles.

5.   For example, in the Plaintiff's claim, the Defendants' initial valuation report stated that all four "comp" vehicles were exactly $1,243 above "Normal Wear" condition (a surprising proposition, given that the four vehicles were not identical in terms of mileage, model year, or options, and were listed for sale by different automobile dealerships that might have different standards for used inventory), and so reduced the estimated pre-accident value of the Plaintiff's vehicle by that amount (in addition to applying other, questionable adjustments, as explained below).

6.   The Defendants have made these unqualified and specific representations of the "condition" of "comp" vehicles without conducting any inspection or other investigation to ascertain the actual condition of the "comp" vehicles, and without any other good faith factual bases.

7.   The fraudulent nature of the Defendants' uniform comp vehicle "condition adjustments" was exposed during the course of the Plaintiff's claim, in which the Defendants inadvertently (or otherwise) used the Plaintiff's car itself as one of the four "comp" vehicles

(designated as "Comp 1").  This error resulted from the fact that the Plaintiff is a small car dealership, and the vehicle at issue was an inventory car that had been advertised for sale (and, thus, apparently added to the Defendants' comp vehicle database) prior to being totaled in an accident caused by Defendant Liberty Mutual's insured, leading to the third-party claim at issue.

8.    Apparently failing to recognize that the "Loss Vehicle" and "Comp 1" was the same car, the Defendants' report listed strikingly different "condition" and other adjustments to each vehicle.   Specifically, the Defendants represented in their report that "Comp 1" was $1,243 better than "Normal Wear" condition (a term that is not defined in the report), while the Loss Vehicle's pre-accident "condition" was $586 worse than "Normal Wear."   The report also stated that "Comp 1" had options that were worth $127 more than the Loss Vehicle's options.

9.    Thus, according to the Defendants' report, the pre-accident "Loss Vehicle" was worth $1,956 less than "Comp 1" due to supposed differences in condition and options, <u>even though they were they same vehicle</u>.

10. As the car dealership that had listed Comp 1 for sale, the Plaintiff knew that the Defendants had not visited the dealership to inspect the vehicle before adding it to their "comp" vehicle database (and had not inspected it at all until after the accident), nor had they made any inquiries to the Plaintiff regarding the condition of the vehicle prior to adding it to the "comp" vehicle database.  Thus, the Plaintiff could not discern any good-faith basis for the Defendants' specific representations in the report regarding the "condition" of Comp 1.

11. Moreover, upon obtaining Carfax reports for the other three "comp" vehicles used in the report, the Plaintiff discovered that one of the other "comps" had sustained prior damage to the majority of its exterior, which would have substantially decreased its retail value, yet was still represented as being in $1,243 better than "Normal Wear" condition, and another "comp"

vehicle was inaccurately listed in the report as having a higher trim level than the actual vehicle as identified by its VIN number.

12. When the Plaintiff alerted Liberty Mutual of its error, and requested an explanation for the discrepancies between the reported condition of the "Loss Vehicle" and "Comp 1", and the basis for the uniform "condition" adjustments to all of the "comp" vehicles, Liberty Mutual refused, claiming that the answer involved "proprietary" information.

13. Because ordinary consumers will not have the same opportunity or knowledge to detect the fraudulent nature of the Defendants' "condition adjustments" as the Plaintiff did, the Plaintiff sees this proposed class action as an important opportunity to subject the Defendants' practices to judicial scrutiny, and to permanently enjoin those practices if they are determined to be unlawful.

14. Plaintiff seeks these equitable remedies, as well as monetary remedies under the New Jersey Racketeering and Organized Crime Act ("NJRICO"), the New Jersey Consumer Fraud Act ("NJCFA"), and common law causes of actions.

## PARTIES AND VENUE

15. Plaintiff, Salit Auto Sales ("Salit"), is a small, family-owned and operated used car dealership formed as a domestic corporation with its place of business located in Edison, New Jersey.

16. Defendants Liberty Mutual Group, Inc., a foreign corporation, and Liberty Mutual Home and Auto Services LLC, a foreign limited liability company (collectively "Liberty Mutual") conduct business in New Jersey as sellers and providers of insurance, including automobile liability insurance, sometimes under the names Mutual Fire Insurance Company and/or Wausau Underwriters Insurance Company.

17. Defendant CCC Information Services, Inc. ("CCC"), is a foreign corporation that acts in concert with insurance providers, including Liberty Mutual, in adjusting clams for reimbursement of the value of total loss vehicles.

18. Venue in this removed action properly lies in this District because, without limitation, the Plaintiff's primary place of business is there.

### FACTUAL ALLEGATIONS

#### I. The Plaintiff's third-party total loss claim.

19. In November 2017, Salit listed for sale at its dealership a 2011 Cadillac CTS Performance Sedan (the "subject vehicle") with 107,852 odometer miles, and in excellent mechanical and cosmetic condition.

20. Salit advertised the subject vehicle on its own Internet website and on the Autotrader.com website with a list price of $10,998, which was at or below the fair market retail value of the vehicle at that time.

21. On January 21, 2018, a Salit employee was driving the subject vehicle on dealership business when another driver, Maria Corbet, disregarded a traffic signal and collided with the subject vehicle.

22. On or about February 6, 2018, Salit made a third-party property damage claim with the Maria Corbet's insurer, Defendant Liberty Mutual.

23. After Salit made the claim, Liberty Mutual's adjuster inspected the subject vehicle, Liberty Mutual determined that it was a total loss.

24. After determining that the subject vehicle was a total loss, Liberty Mutual elected to make a cash settlement offer to Salit pursuant to N.J.A.C. § 11:3-10.4, which is applicable to third-party claims pursuant to N.J.A.C. § 11:2-17.10.

25. Given its election to make a cash settlement offer pursuant to N.J.A.C. § 11:3-10.4, Liberty Mutual conceded that its insured, Maria Corbet, was at fault for the accident, and that Liberty Mutual was liable for the resulting damage to the subject vehicle.[1]

26. As an insurer electing to make a cash settlement on a total loss vehicle claim, Liberty Mutual was required by regulation to "bear in mind at all times that [Salit's] position is that of a retail consumer and the settlement value arrived at must be reasonable and fair for a person in that position."  N.J.A.C. § 11:3-10.4.

27. Thus, under N.J.A.C. § 11:3-10.4, Liberty Mutual was required to arrive at a settlement value that would be sufficient for the Plaintiff to purchase a vehicle that was substantially similar to subject vehicle at retail, including sales tax.

## II.      The Defendants' Market Valuation Report and initial claim settlement offer

28. On February 23, 2018, Alan Salit, Salit's Sales & Finance Manager, received an e-mail message from a Liberty Mutual Claims Resolution Representative named Logan Hubert, attaching an inspection report confirming that the subject vehicle was a total loss, and also attaching a document entitled CCC One Market Valuation Report, which Logan described in the e-mail message as "the valuation for your car."  A true and correct copy of the February 23, 2018, CCC One Market Valuation Report is attached as **Exhibit A** (hereinafter, the "Market Valuation Report").

---

[1]     If Liberty Mutual denies this allegation or otherwise indicates in its responsive pleading that Plaintiff is incorrect that fault and liability are conceded and thereby present uncontested issues in this action, Plaintiff will seek leave to amend to join Ms. Corbet as a Defendant so those issues can be determined along with the claims raised herein.

29. The Market Valuation Report stated that the retail value of the subject vehicle (called the "Loss Vehicle" in the report) was $7,671, plus sales tax, calculated as the purported "Base Vehicle Value" of $8,257 less a "Condition Adjustment" of $586. **Exhibit A**, page 1.

30. According to the Market Valuation Report, the subject vehicle's "Base Vehicle Value" of $8,257 was "the weighted average of the adjusted value of the comparable vehicles" listed in the report. **Exhibit A**, page 2.

31. According to the Market Valuation Report, the "comparable vehicles" used in the report were "vehicles in the area" that "are similar to the loss vehicle based on relevant factors," which were selected from Defendant CCC's "extensive database of vehicles that currently are or recently were available for sale." **Exhibit A**, page 2.

32. The Market Valuation Report listed four "comparable vehicles" (called "Comp 1", "Comp 2", "Comp 3", and "Comp 4" in the report), all of which were 2011 Cadillac CTS Performance Sedans, but with varying mileage and trim levels. **Exhibit A**, pages 8 – 9.

33. According to the Market Valuation Report, the retail "list price" for the "comparable vehicles" were $9,998 for Comp 1, $12,500 for Comp 2, $12,895 for Comp 3, and $17,995 for Comp 4. **Exhibit A**, pages 8 - 9.

34. The average retail prices for the four "comparable vehicles" chosen for the report was $13,347, which was more than $5,000 greater than the "the weighted average of the adjusted value of the comparable vehicles" that the Defendants purportedly used to arrive at the subject vehicle's "Base Vehicle Value" of $8,257.

35. This marked difference between the actual average retail price of the "comparable vehicles" and the purported "Base Vehicle Value" of the subject vehicle was the result of various

"adjustments" that were applied "to the price of the selected comparable vehicles" before taking their "weighted average" to determine the "Base Vehicle Value." **Exhibit A**, pages 2 & 8 – 9.

36.   According to the Market Valuation Report, these "adjustments" to the retail prices of the "comparable vehicles" are necessary to "reflect differences in vehicle attributes, including mileage and options."  **Exhibit A**, pages 2 & 8 – 9.

37.   The report applied four separate categories of adjustments to the retail price of the "comparable vehicles," including "Make/Model/Trim," "Options," "Mileage," and "Condition" **Exhibit A**, pages 6 & 8.

38.   The first three "adjustment" categories (Make/Model/Trim, Options, and Mileage) are apparently supposed to reflect, in dollar figures, the degree to which each "comparable vehicle" is superior or inferior to the Loss Vehicle in each category, with a negative adjustment figure indicating that the "comparative vehicle" is superior to the Loss Vehicle in a particular category to the degree that the retail price of the "comparative vehicle" needs to be reduced by the stated adjustment amount in order to arrive at an accurate retail price valuation for the comparatively inferior Loss Vehicle.  See **Exhibit A**, pages 6 & 8.

39.   The "condition adjustment," unlike the other categories, does not involve a direct comparison of the "comparable vehicle" to the Loss Vehicle but, rather, is supposed to reflect the degree to which the actual condition each "comparable vehicle" is superior or inferior to a similar vehicle with "Normal Wear."  See **Exhibit A**, page 7 ("The Condition Adjustment sets that comparable vehicle to Normal Wear condition.").

40.   As with the other categories, a negative "condition adjustment" means that the "comparable vehicle" is purportedly superior to a similar "Normal Wear" vehicle, and so its

retail list price needs to be reduced by the specified adjustment figure to arrive at the fair market value of a similar "Normal Wear" vehicle.

41. A separate "condition adjustment" is then applied to the Loss Vehicle's "Base Vehicle Value" to reflect the degree to which its condition purportedly differs from a similar "Normal Wear" vehicle. See **Exhibit A**, pages 1 & 2.

42. The Market Value Report includes no definition or explanation of what the term "Normal Wear" means.

### III. The Defendants' use of fabricated and grossly inaccurate "adjustment" data for the "comparable vehicles" to support a low-ball initial claim settlement offer.

43. The February 23, 2018, Market Valuation Report listed a "condition adjustment" for all four "comparable vehicles" in the identical amount of negative $1,243. **Exhibit A**, page 8.

44. Thus, the Defendants represented in the Market Valuation Report that each of the four "comparable vehicles" were in better than "Normal Wear" condition to the degree that each vehicle was worth $1,243 more at retail than if it had been in "Normal Wear" condition.

45. The February 23, 2018, Market Valuation Report stated a "condition adjustment" for the subject vehicle (the "Loss Vehicle") of negative $586, based on its adjuster's post-accident inspection of the vehicle, which was applied to *reduce* the Defendants' valuation of the vehicle by that amount. See **Exhibit A,** page 1.

46. Thus, the Defendants represented in the Market Valuation Report that the subject vehicle was in worse than "Normal Wear" condition prior to the accident, to the degree that it was worth $586 less at retail than if it had been in "Normal Wear" condition.

47. The Defendants' uniform representations about the condition of the "comparable vehicles" in the February 23, 2018, Market Valuation Report were false and misleading.

48. The false and misleading nature of the Defendants' representation that each of the "comparable vehicles" were $1,243 more valuable than a similar "Normal Wear" vehicle was readily apparent from data that was either in the Defendants' possession or readily available to them at the time they made the false and misleading representations regarding the "condition" of the "comparable vehicles."

49. For example, the first "comparable vehicle" listed in the Market Valuation Report, designated as "Comp 1," was the subject vehicle itself, as was readily apparent on the face of the report, which listed the same VIN numbers for the Loss Vehicle and Comp 1, and listed Salit Auto Sales as both the owner of the Loss Vehicle and the seller of Comp 1.  See **Exhibit A,** pages 1, 3 & 7.

50. Although Comp 1 and the Loss Vehicle were the identical vehicle, the Defendants represented that Comp 1's "condition" was $1,243 better than "Normal Wear," while the Loss Vehicle's pre-accident "condition" was $586 worse than "Normal Wear." See **Exhibit A,** pages 1, 6 & 8.

51. Although Comp 1 and the Loss Vehicle were the identical vehicle, the Defendants represented that Comp 1's "options" were $127 more valuable at retail than the Loss Vehicle's "options."   See **Exhibit A,** page 8.

52. Although Plaintiff was listed as the selling dealership of Comp 1 in the Defendants' database, the Defendants never made any inquiries to the Plaintiffs regarding the vehicle's actual "condition" before adding it to their database for use as a "comparable vehicle."

53. The Defendants never visited the Plaintiff's dealership lot to inspect Comp 1 to ascertain its "condition" before adding it to their database for use as a "comparable vehicle."

54. In fact, the Defendants never inspected the vehicle at all until after the accident for the purpose of assessing its condition as a "loss vehicle" subject to a claim, and not for the purpose of assessing its "condition" as a "comparable vehicle."

55. The second "comparable vehicle" ("Comp 2"), which the Defendants also represented as being in $1,243 better "condition" than "Normal Wear" had, in fact, been subjected to damage to the majority of its exterior, as apparent from the Comp 2's vehicle history report, which includes an entry from January 7, 2016, indicating that the vehicle had damage to the front, left front, left rear, left side, right front, right rear, right side, and rear.   A copy of Comp 2's Carfax vehicle history report is attached hereto as **Exhibit B**.

56. Under car dealership and insurance industry standards, the damage reported in Comp 2's vehicle history report would preclude any representation that the vehicle was in better than average (or "Normal Wear") condition, and would result in a substantial reduction in the vehicle's value attributable to "condition."

57. Carfax reports are widely used in the car dealership and insurance industries, and the Carfax report for Comp 2 and other "comparable vehicles" used in the Market Valuation Report were readily available to the Defendants.

58. The third "comparable vehicle" (Comp 3) was misrepresented in the Market Valuation Report as an all-wheel drive ("AWD") CTS 3.0l when, in fact, its VIN coding indicates that it is a rear wheel drive ("RWD") vehicle, like the subject vehicle.  A copy of Comp 3's Carfax report indicating that it is a RWD model is attached hereto as **Exhibit C.**

59. Based on this misrepresentation, the Defendants improperly applied negative "Make/Model/Trim" and "Options" Adjustments to the retail price of Comp 3, resulting in a

lower "weighted average" of the adjusted prices of the "comparable vehicles" and, thus, a lower "Base Vehicle Value" for the subject vehicle.  See **Exhibit A,** page 8.

60. The Defendants had not inspected the "comparable vehicles" or communicated with the sellers regarding the actual condition of the "comparable vehicles" when they made the false and misleading representations regarding the condition of the "comparable vehicles" in the Market Valuation Report.

61. When the Defendants represented the condition of each of the four "comparable vehicles" as being $1,243 in value better than "Normal Wear" condition, the Defendants had no knowledge or good-faith belief as to the veracity of their representations.

62.  The $1,243 "condition" premium for the "comparable vehicles" relative to a so-called "Normal Wear" vehicle was fabricated by the Defendants for the purpose of reducing the valuation of the subject vehicle (the "Loss Vehicle") to provide apparent support for an initial claim settlement offer that less than the retail value of a vehicle that was truly "comparable" to the subject vehicle.

63. The Defendants represented that each of the four "comparable vehicles" merited an identical $1,243 "condition" premium relative to "Normal Wear," even though they had been subjected to varying degrees of use (as measured by odometer mileage), were offered for sale by different dealerships with different standards for inventory condition, and had varying options, trim levels, and retail prices.

64. The Defendants had not inspected the "comparable vehicles" or communicated with their respective sellers regarding the actual "make/model/trim" or the actual "options" of the "comparable vehicles" when they made the representations regarding those aspects of the "comparable vehicles" in the Market Valuation Report.

65. The Defendants did not engage in even a minimal investigation to confirm the accuracy of their representations regarding the "make/model/trim" or "options" of the "comparable vehicles" used in the Market Valuation Report.

66. According to the Market Valuation Report, the $586 "condition adjustment" deducted from the subject vehicle's "Base Vehicle Value" was based on "observations by the appraiser" regarding "the condition of key components of the loss vehicle prior to the loss."  See **Exhibit A,** page 6.

67. The Market Valuation Report included a list of various interior, exterior, and mechanical components of the subject vehicle, and claimed that the "seats" and exterior "trim" exhibited "Major Wear," resulting in value deductions of $259 and $327 respectively. According to the report, all other components exhibited "Normal Wear," with none exhibiting better than "Normal Wear." See **Exhibit A,** page 6.

68. The Market Valuation Report did not define or explain what the terms "Normal Wear" or Major Wear" and does not even mention any ratings superior to "Normal Wear" that were presumably applied to the "comparable vehicles" components to arrive at the $1,243 uniform "condition adjustment" premium applied to those vehicles.  This is indirect violation of New Jersey insurance regulations applicable to the method of valuation used by the Defendants. N.J.A.C. 11:3-10.4 (a)(3)(iii)("If the database uses several price ranges for the same model vehicle depending on the condition of the vehicle, it must clearly indicate what condition the vehicle is being valued at and define in detail the difference between such rating categories.")

69. In reality, the exterior trim of the subject vehicle had no discernable "wear" at all, nor did many of the components that the Defendants represented as exhibiting "Normal Wear."

The seats did have some wear, but nothing beyond "normal" wear for a car that had been sat in and driven for 110,000 miles over seven years.

70. Based on the foregoing false and misleading representations regarding the condition and other characteristics of the "comparable vehicles," the subject vehicle, and the purported "valuation methodology," the Defendants represented in their Market Valuation Report that the retail value of the subject vehicle was $7,671 plus sales tax, and the Defendants made a claim settlement offer to the Plaintiff in that amount.

71. The actual retail value of the subject vehicle prior to the accident was, at a minimum, $9,998 and was likely substantially higher based on valuation manuals customarily used and relied upon in the retail car dealership industry.

72. At the time when the Defendants made their initial claim settlement offer, it would have been impossible to purchase at retail a comparable vehicle to the pre-accident subject vehicle for $7,671 plus tax.

73. During the course of its dealings with the Plaintiff, the Defendants identified a total of 12 supposed "comparable vehicles" to the subject vehicle (four vehicles identified in the initial Market Valuation Report and eight vehicles identified in a subsequent revised report), none of which were listed at a retail price of $7,671 plus tax or less. In fact, the least expensive of these "comparable vehicles" listed for $7,999 (but had about 20,000 more odometer miles than the subject vehicle), the most expensive vehicle had a retail price of $17,995, and the average retail price of all the "comparable vehicles" identified by the Defendants was $11,810.33.

74. At the time that Liberty Mutual made the initial claim settlement offer of $7,671 plus sales tax, there was no dispute as to Liberty Mutual's liability that might justify an offer that Liberty Mutual knew to be less than the pre-accident fair retail value of the subject vehicle.

**IV.    The Defendants' fabricated and arbitrary revised claim settlement offer, and their refusal to provide substantive responses to the Plaintiff's inquiries regarding the bases of the uniform comparable vehicle "condition" adjustment and other aspects of the valuation.**

75.  On March 2, 2018, Alan Salit sent an e-mail message to Logan Hubert and his manager at Liberty Mutual, Shane Wycoff, objecting to the Defendants' purported valuation of the subject vehicle, and discussing the issues described in the foregoing allegations.   A true and correct copy of the March 2, 2018, e-mail message and subsequent related e-mail messages are attached hereto as **Exhibit D.**

76. In the March 2, 2018, e-mail message, Mr. Salit specifically made the following request for information:  "I would like some clarification as to why each vehicle starts with a condition adjustment of $1,243.  I assume it is some mathematical number attributed across the board, but that is not accurate as seen by the deduction indicated on Comp 1 versus the actual appraisal performed by Liberty Mutual."  See **Exhibit D.**

77. On March 5, 2018, Shayne Wyckoff responded in an e-mail message, stating: "Mr. Salit, I've reviewed your email and think we need to take a deeper dive into this for you. We will get back to you tomorrow to discuss this in greater detail."  See **Exhibit D.**

78. On March 6, 2018, Alan Salit received a telephone call from Hubert Logan, who advised that the valuation of the subject vehicle had been increased to $8,412 plus tax, but failed to address the majority of the inquiries and objections raised in Salit's March 2, 2018, e-mail message.

79. On March 6, 2018, Alan Salit sent an e-mail message to Shane Wycoff objecting to the revised valuation and requesting a copy of the revised valuation report.  See **Exhibit D.**

80. On March 6, 2018, Shane Wycoff replied to Alan Salit by sending an e-mail message stating:  "Mr. Salit, I apologize for any inconvenience however we did take a 2nd look at the total loss evaluation and addressed the discrepancies you pointed out. The total loss evaluation is attached for your review. If you're not in agreement with the evaluation please feel free to consider other options including pursuing a claim through your insurance company and/or passing Logan's information along to your attorney and have them reach out at their convenience." See **Exhibit D.**

81. In his message, Mr. Wycoff did not mention any right to an internal appeal of the valuation by Liberty Mutual as one of Salit's "other options." See **Exhibit D.**

82. Attached to Mr. Wycoff's March 6, 2018, e-mail message was a revised Market Valuation Report, a copy of which is attached hereto as **Exhibit E**.

83. Contrary to the representation in Mr. Wycoff's e-mail message, the revised Market Valuation Report did not "address the discrepancies" pointed out in Salit's March 2, 2018, e-mail message, other than changing the "condition" of the subject vehicle's exterior "trim" (which had no discernable wear) from "Major Wear" to "Normal Wear" and replacing the "comparable vehicles" with different Cadillac CTS Performance Sedans.

84. Most notably, the revised Market Valuation Report continued to apply an unexplained, uniform "condition adjustment" to all retail prices of all the "comparable vehicles," although this time in the amount of $1,186 instead of the $1,243 uniform "condition adjustment" used in the initial report.   See **Exhibit E**, page 8.

85. The Defendants never explained in the revised Market Valuation Report (or elsewhere) how the "condition" of all "comparable vehicles" in the local market suddenly became $57 worse (although still $1,186 better than similar "Normal Wear" vehicles) as a result of information provided in Salit's March 2, 2018, e-mail message, or how this change "addressed the discrepancies" described in Salit's e-mail message.

86. On March 13, 2018, Salit's attorney sent an e-mail message to Shane Wycoff and Hubert Logan specifically requesting the following information: "1.  The procedure for initiating an appeal of the revised valuation with Liberty Mutual' s internal appeal panel;  2.  A detailed response to Alan Salt's inquiry in his March 2, 2018 e-mail [message] to you regarding the basis for the uniform downward condition adjustment for all comparable vehicles used in the valuation (which was $1,186 for each comp in your revised valuation report, and $1,243 in you [sic] initial valuation report)."  The March 13, 2018, e-mail message and subsequent e-mail messages to Liberty Mutual are attached hereto as **Exhibit F.**

87. After receiving no response to the March 13, 2018, e-mail message, Salit's attorney e-mailed the same request for information to Mr. Wycoff, Mr. Logan, and their supervisor, Tracey Wilt, on March 15, 2018, and again on March 21, 2018.  See **Exhibit F.**

88. After receiving no response to the March 2018 e-mail messages, Salit's attorney again e-mailed Mr. Wycoff, Mr. Logan, and Ms. Wilt on November 12, 2018, asking for the previously requested information, and advising that Salit would file a complaint with the New Jersey Department of Banking and Insurance if Liberty Mutual failed to respond.  True and correct copies of the November 12, 2018, e-mail message and subsequent e-mail messages to and from Liberty Mutual are attached hereto as **Exhibit F.**

89. On November 14, 2018, Shane Wycoff replied with an e-mail message to Plaintiff that he stated was "our response to your specific inquires."   See **Exhibit F.**

90. The November 14, 2018, e-mail message contained no response to Salit's inquiry regarding the procedure for obtaining an internal appeal of the March 6, 2018, revised valuation.

91. In the November 14, 2018 e-mail message, Mr. Wycoff declined to provide a substantive response to Salit's inquiry regarding the basis of the uniform "condition" adjustment applied to all comparable vehicles used in the valuation, claiming that "I cannot provide more detail on this as it is proprietary information."   See **Exhibit F.**

92. On November 14, 2018, Salit's attorney replied to Mr. Wycoff's e-mail message, and requested that his correspondence requesting information regarding the revised valuation be directed to Liberty Mutual's legal department. See **Exhibit F.**

93. As of the time of filing of this proposed class action in New Jersey Superior Court, neither Salit nor its counsel had received any further communications from Liberty Mutual or its counsel.

## **CLASS ACTION ALLEGATIONS**

94.     This action is brought and may properly proceed as a class action, pursuant to the provisions of Rule 23 of the Federal Rules of Civil Procedure.

95.     Plaintiff seeks certification of a Class, defined as follows:

**CLASS:**

> All persons who, during the proposed class period, made a first-party or third-party claim with Liberty Mutual for damage to a motor vehicle determined to be a total loss, in which Liberty Mutual elected to make a cash settlement pursuant to N.J.A.C. 11:3-10.4, and in which Liberty Mutual based its claim settlement offer on a market valuation report prepared by CCC Information Services that included negative adjustments to the retail list prices of all "comparable vehicles" used in the report based on their purported condition.  This

definition includes claimants who accepted such claim settlement offers, as well as claimants who rejected such claim settlement offers and whose claims remain unresolved.

Excluded from the class are any persons who were not New Jersey claimants, under the meaning ascribed to that term by Defendant Liberty Mutual in its Notice of Removal (ECF Doc. 1, ¶ 11).

The "proposed class period" is the period beginning August 15, 2013 (six years prior to the filing of the initial Complaint) and ending on the date an order certifying the proposed class is entered, if any.

96.     In the alternative, if certification of the Class as defined in the preceding paragraph is denied for any reason, Plaintiff seeks certification of a Subclass, defined as: follows:

**SUBCLASS** (PLED IN THE ALTERNATIVE)**:**

All persons who, during the proposed class period, made a third-party claim with Liberty Mutual for damage to a motor vehicle determined to be a total loss, in which Liberty Mutual elected to make a cash settlement pursuant to N.J.A.C. 11:3-10.4, and in which Liberty Mutual based its claim settlement offer on a market valuation report prepared by CCC Information Services that included negative adjustments to the retail list prices of all "comparable vehicles" used in the report based on their purported condition.  This definition includes claimants who accepted such claim settlement offers, as well as claimants who rejected such claim settlement offers and whose claims remain unresolved.

Excluded from the subclass are any persons who were not New Jersey claimants, under the meaning ascribed to that term by Defendant Liberty Mutual in its Notice of Removal (ECF Doc. 1, ¶ 11).

The "proposed class period" is the period beginning August 15, 2013 (six years prior to the filing of the initial Complaint) and ending on the date an order certifying the proposed class is entered, if any.

97.     The members of the Class for whose benefit this action is brought is so numerous that joinder of all members is impracticable.

98.     There are questions of law and fact common to the members of the Class that

predominate over questions affecting only individuals. These common questions include, but are not limited to:

a) Whether the uniform negative condition adjustments applied to the retail prices of the "comp" vehicles used in the Defendants' reports were arbitrary and fabricated.

b) Whether the Defendants had any good faith knowledge or belief as to the accuracy of the representations made in their valuation reports regarding the specific "condition" of the "comparable vehicles" used in the reports, including the representations regarding the degree to which those vehicles were in purportedly better than "Normal Wear" condition, stated in dollar figures, such that their retail prices needed to be reduced by those amounts in order to "set[ the] comparable vehicle[s] to Normal Wear condition."

c) Whether Defendants' actions, as set forth herein, were unconscionable commercial practices, deception, fraud, false pretenses, and/or misrepresentations in violation of the NJCFA;

d) Whether Plaintiff and the members of the Class suffered an ascertainable loss as a result of Defendants' violations of the NJCFA;

e) Whether Defendants' actions constituted violation(s) of NJRICO;

f) Whether Plaintiff and the members of the Class suffered damages as a result of Defendants' violation(s) of NJRICO;

g) What forms of relief are Plaintiff and the members of the Class entitled to under the NJCFA and/or NJRICO.

99.     Plaintiff's claims are typical of the claims of the members of the Class which it represents because all such claims arise out of the same policies, practices, and conduct, and the same or similar documents used by Defendants in their dealings with Plaintiff.

100.     Plaintiff has no interests antagonistic to those of the Class.

101.     The Class, of which Plaintiff is a member, is readily identifiable.

102.     Plaintiff will fairly and adequately protect the interests of the Class, and has retained competent counsel experienced in the prosecution of consumer litigation. Proposed Class Counsel has investigated and identified potential claims in the action. Proposed Class Counsel has a great deal of experience in handling class actions, other complex litigation, and claims of

the type asserted in this action.

103.     A class action is superior to other available methods for the fair and efficient

adjudication of this controversy since joinder of all members is impracticable. While the

economic damages suffered by the individual members of the Class are significant, the amount is

modest compared to the expense and burden of individual litigation.

104.     The questions of law or fact common to the members of the Class predominate over

any questions affecting only individual members.

105.     Defendants have acted, or refused to act, on grounds generally applicable to Plaintiff

and all class members, thereby making appropriate final injunctive relief or corresponding

declaratory relief with respect to the Class as a whole.

106.     A class action will cause an orderly and expeditious administration of the claims of

the Class, and will foster economies of time, effort and expense.

107.     Plaintiff does not anticipate any difficulty in the management of this litigation.

### FIRST COUNT
### Violations of NJRICO (Against All Defendants)

108.     This claim is asserted against all Defendants pursuant to NJRICO, N.J.S.A. § 2C:41-1

et seq.  Section 2C:41-2(c) provides that "[i]t shall be unlawful for any person employed by or

associated with any enterprise engaged in or activities of which affect trade or commerce to conduct

or participate, directly or indirectly, in the conduct of the enterprise's affairs through a pattern of

racketeering activity...."

109.     Defendants are "persons" within the meaning of NJRICO, N.J.S.A. § 2C:41-1(b).

110.     During the Class Period, Defendants Liberty Mutual and CCC were associated in fact

and their practices in connection with valuation and settlement of total-loss vehicles in third-party

claims in New Jersey constituted and continue to constitute an "enterprise" within the meaning of

N.J.S.A. § 2C:41-1(c).

111.     During the Class Period, Liberty Mutual and CCC acted as a continuing unit in producing and employing fraudulent "CCC One Market Valuation Reports" to support insufficient and unfair claim settlement offers in total loss vehicle claims.  During the Class Period, the above-referenced enterprise engaged in or its activities affected trade or commerce.

112.     Section 2C:41-1 of NJRICO defines "racketeering activity" to include, *inter alia,* "fraudulent practices and all crimes defined in chapter 21 of Title 2C of the New Jersey Statutes," N.J.S.A. § 2C:41-1(a)(1)(*o*), "theft and all crimes defined in chapter 20 of Title 2C of the New Jersey Statutes," N.J.S.A. § 2C:41-1(a)(1)(n), and "any conduct defined as 'racketeering activity' under Title 18, U.S.C. [§] 1961(1)(A), (B), and (D) [of the federal Racketeer Influenced and Corrupt Organizations Act, which includes mail and wire fraud, prohibited by 18 U.S.C. §§ 1341 and 1343]." N.J.S.A. § 2C:41-1(a)(2).

113.      "Racketeering activity" under NJRICO has been construed by the New Jersey federal and state courts to include attempted commissions of enumerated offenses.

114.     By engaging in the wrongful conduct alleged herein, during the Class Period the Defendants have engaged in "racketeering activity" including, without limitation, the following:

>     a.  Deceptive business practices in violation of N.J.S.A. § 2C:21-7(h) ("A person commits an offense if in the course of business he… makes a false or misleading written statement for the purpose of obtaining property or credit");
>
>     b.  Theft by deception in violation of N.J.S.A. § 2C:20-4(a) ("A person is guilty of theft if he purposely obtains property of another by deception.  A person deceives if he purposely … [c]reates or reinforces a false impression, including false impressions as to law, value, intention or other state of mind.…");

     c.   Mail Fraud and/or Wire Fraud in violation of 18 U.S.C. §§ 1341 and/or 1343 (which prohibit use of the U.S. mails and/or interstate wire facilities, including e-mail, in furtherance of a "scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses").

115.     During the Class Period, Defendants have participated in a "pattern of racketeering activity," as defined in N.J.S.A. § 2C:41-1(d)(1)-(2), while employed by or associated with the "enterprise" alleged herein, and have conducted or participated, directly or indirectly in the conduct of the enterprise's affairs and have, therefore, violated N.J.S.A. § 2C:41-2(c).

116.     Plaintiff and the putative class members have suffered harm from Defendants' violations of NJRICO in the amount of the arbitrary and baseless "condition adjustments" applied to the retail prices of the comparable vehicles used in the Defendants' market valuation reports, which resulted in a corresponding reduction in pre-accident valuation of their vehicles. Plaintiff the putative class members are thus entitled to all appropriate legal and equitable relief, an award of treble their damages, plus attorney's fees, and costs pursuant to N.J.S.A. § 2C:41-4(c), as well as this Court's imposition of any and all forms of appropriate equitable relief, as specified in N.J.S.A. § 2C:41-4(a)(1)-(10)

## SECOND COUNT
### Violations of NJCFA (Against All Defendants)

117.     This claim is asserted against all Defendants pursuant to the NJCFA, N.J.S.A. § 56:8-1 et seq.  The Plaintiff, the members of the proposed Class, and the Defendants are "persons" within the meaning of N.J.S.A. § 56:8-1(d).

118.     The insurance policies that Liberty Mutual sold to its insureds that were responsible for damaging the Plaintiff's vehicle and Class members' vehicles are "merchandise" within the meaning of N.J.S.A. § 56:8-1(c).

119.     Section 56:8-2 prohibits "[t]he act, use or employment by any person of any unconscionable commercial practice, deception, fraud, false pretense, false promise, misrepresentation, or the knowing, concealment, suppression, or omission of any material fact with intent that others rely upon such concealment, suppression or omission, in connection with the sale or advertisement of any merchandise or real estate, or with the subsequent performance of such person as aforesaid, whether or not any person has in fact been misled, deceived or damaged thereby, is declared to be an unlawful practice."

120.     The Defendants' practices in connection with valuation and settlement of total-loss vehicles in third-party claims in New Jersey, as alleged herein, constitute "[t]he act, use or employment by any person of any unconscionable commercial practice, deception, fraud, false pretense, false promise, misrepresentation … in connection with the sale or advertisement of any merchandise or real estate, or with the subsequent performance" and, therefore, violated N.J.S.A. § 56:8-2.

121.     Section. 56:8-19 provides for a private right of action for treble damages, equitable relief, and reasonable attorney's fees and costs to "[a]ny person who suffers any ascertainable loss of moneys or property, real or personal, as a result of the use or employment by another person of any method, act, or practice declared unlawful under this act."

122.     The plain language of the CFA does not require privity between the Defendants and the Plaintiff or members of the Class for a violation to arise or a private action to lie for harm caused by the Defendants' unlawful practices in connection with the sale or subsequent performance of insurance policies.

123.     Plaintiff and the putative class members suffered ascertainable loss caused by the Defendants' violations of the NJCFA in the amount of the arbitrary and baseless "condition

adjustments" applied to the retail prices of the comparable vehicles used in the Defendants' market valuation reports, which resulted in a corresponding reduction in pre-accident valuation of their vehicles.

124.    Plaintiff and the putative class members are thus entitled to all appropriate legal and equitable relief, an award of treble their damages, plus attorney's fees, and costs pursuant to N.J.S.A. § 56:8-19 .

## THIRD COUNT:
### Common Law Misrepresentation (Against All Defendants)

125.    The Defendants made written false statements regarding the "condition" of "comparable vehicles" in Market Valuation Reports given to the Plaintiff and the putative class members, as alleged above, including but not limited to representations that all "comparative vehicles" in a given report were in better than "Normal Wear" condition to the same degree, expressed as a specified dollar amount.

126.    The Defendants had knowledge that these statements were false at the time they were made.

127.    The Defendants believed these statements were false at the time they were made.

128.    The Defendants acted with reckless disregard as to the falsity of these statements at the time they were made.

129.    The Defendants acted with negligent disregard as to the falsity of these statements at the time they were made.

130.    The Defendants made these misrepresentations with the intent that the Plaintiff and putative class members rely on them in settling their total-loss vehicle claims.

131.    Plaintiff and the putative class members have suffered harm from Defendants' misrepresentations in the amount by which their vehicle's pre-accident valuations and claim

settlement offers were reduced as a result of the Defendants' false statements regarding the condition and value of comparable vehicles used in their market valuation reports.

## FOURTH COUNT:
### Civil Conspiracy (Against All Defendants)

132.    The Defendants have acted in concert and agreed to engage in the conduct that formed the basis of the NJRICO, NJCFA, and common law misrepresentation claims asserted under Counts One through Three, *supra*.

133.    The Defendants have acted in concert in employing fabricated and arbitrary "condition" adjustments to the retail prices of "comparable vehicles" used in valuation reports for the purpose of undervaluing claimants' total-loss vehicle to support insufficient and unfair claim settlements.

134.    The Defendants have agreed to employ fabricated and arbitrary "condition" adjustments to the retail prices of "comparable vehicles" used in valuation reports for the purpose of undervaluing claimants' total-loss vehicle to support insufficient and unfair claim settlements.

135.    The Defendants are therefore jointly liable for the damages and other remedies sought under Counts One through Three, *supra*.

**WHEREFORE**, Plaintiff, on behalf of herself and all others similarly situated, demands judgment against Defendants as follows:

a.    An order certifying the Class for declaratory and injunctive relief under Rule 23(b)(2) and ordering the Defendants to cease all practices alleged herein that are ruled to be in violation of the NJCFA, NJRICO, and/or New Jersey common law;

b.    An order certifying the Class for money damages under Rule 23(b)(3), and appointing Plaintiff as Class Representative and appointing her attorneys as Class

Counsel;

c.      A declaratory judgment that Defendants violated the NJCFA and/or NJRICO;

d.      A judgment for injunctive relief enjoining Defendants from engaging in future, similar violations of the NJCFA and/or NJRICO, whether or not a class is certified;

e.      A judgment for treble damages under the NJCFA pursuant to N.J.S.A. § 56:8-19;

f.      A judgment for treble damages under NJRICO pursuant to N.J.S.A. § 2C:41-4;

g.      A judgment for actual damages and punitive damages as to the claims for common law intentional or reckless misrepresentation;

h.      A judgment of actual damages as to the claim for negligent misrepresentation;

i.      A judgment for reasonable attorney fees and costs of suit in connection with this action, pursuant to the NJCFA, NJRICO, and/or any other applicable authority;

j.      A judgment for pre-judgment and post-judgment interest; and

k.      All such other and further relief as the Court deems equitable and just.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

## NOTICE TO ATTORNEY GENERAL OF ACTION

A copy of this First Amended Complaint will be mailed to the Attorney General of the State of New Jersey within ten days after the filing with the Court, pursuant to N.J.S.A. § 56:8-20.

## DESIGNATION OF PROPOSED CLASS COUNSEL

Pursuant to Rule 23(g), Henry P. Wolfe and Kevin P. Roddy are proposed to serve as Proposed Class Counsel in this case.

Dated:  October 2, 2019                           Respectfully submitted,


                                                  LAW OFFICE OF HENRY P. WOLFE LLC

                                          By: __s/ Henry P. Wolfe_____
                                                  Henry P. Wolfe – NJ Atty ID 031942005
                                                  Law Office of Henry P. Wolfe LLC
                                                  17A Joyce Kilmer Avenue N
                                                  New Brunswick, NJ  08901-1951
                                                  Telephone: (732) 325-3500
                                                  E-mail:  henry@wolfeconsumerlaw.com

                                                  WILENTZ, GOLDMAN & SPITZER, P.A.

                                          By:   Kevin P. Roddy – NJ Atty ID 014802005
                                                  Phillip A. Tortoreti – NJ Atty ID 003201975
                                                  Wilentz, Goldman & Spitzer, P.A.
                                                  90 Woodbridge Center Drive, Suite 900
                                                  Woodbridge, NJ  07095-0958
                                                  Telephone:  (732) 636-8000
                                                  E-mail:  kroddy@wilentz.com
                                                        ptortoreti@wilentz.com


                                                  *Co-Counsel for Plaintiff and the Putative Class*

 **MARKET VALUATION REPORT**

*Prepared for WAUSAU UNDERWRITERS INSURANCE COMPANY*

 # REPORT SUMMARY

## CLAIM INFORMATION

| | |
|---|---|
| Owner | Salit Auto Sales |
| | 1855 Woodbridge Ave |
| | Edison, NJ 08817-5123 |
| Loss Vehicle | 2011 Cadillac CTS Sedan |
| | Performance RWD |
| Loss Incident Date | 01/31/2018 |
| Claim Reported | 02/21/2018 |

The CCC ONE® Market Valuation Report reflects CCC Information Services Inc.'s opinion as to the value of the loss vehicle, based on information provided to CCC by WAUSAU UNDERWRITERS INSURANCE COMPANY.

Loss vehicle has 13% greater than average mileage of 98,000.

 ## INSURANCE INFORMATION

| | |
|---|---|
| Report Reference Number | 87739582 |
| Claim Reference | 036925089-0003 |
| Adjuster | Hubert, Logan |
| Appraiser | Ullrich, Gregory |
| Odometer | 110,567 |
| Last Updated | 02/21/2018 09:06 AM |

 ## VALUATION SUMMARY

| | |
|---|---|
| **Base Vehicle Value** | **$ 8,257.00** |
| Condition Adjustment | - $ 586.00 |
| **Adjusted Vehicle Value** | **$ 7,671.00** |
| Vehicular Tax (6.63%) | + $ 508.20 |
| Tax reflects applicable state, county and municipal taxes. | |

| **Total** | **$ 8,179.20** |
|---|---|

The total may not represent the total of the settlement as other factors (e.g. license and fees) may need to be taken into account.

**BASE VEHICLE VALUE**

This is derived per our Valuation methodology described on the next page.

**ADJUSTED VEHICLE VALUE**

This is determined by adjusting the Base Vehicle Value to account for the actual condition of the loss vehicle and certain other reported attributes, if any, such as refurbishments and after factory equipment.

**Inside the Report**

Valuation Methodology............................ 2
Vehicle Information................................. 3
Vehicle Condition................................... 6
Comparable Vehicles.............................. 7
Valuation Notes...................................... 10
Supplemental Information...................... 11

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT A TO COMPLAINT

**CCC ONE.**  MARKET VALUATION REPORT

Owner: Salit Auto Sales
Claim: 036925089-0003

# VALUATION METHODOLOGY

**How was the valuation determined?**



### CLAIM INSPECTION

WAUSAU UNDERWRITERS INSURANCE COMPANY has provided CCC with the zip code where the loss vehicle is garaged, loss vehicle VIN, mileage, equipment, as well as loss vehicle condition, which is used to assist in determining the value of the loss vehicle.



### DATABASE REVIEW

CCC maintains an extensive database of vehicles that currently are or recently were available for sale in the U.S. This database includes vehicles that CCC employees have physically inspected, as well as vehicles advertised for sale by dealerships or private parties. All of these sources are updated regularly.

### SEARCH FOR COMPARABLES

When a valuation is created the database is searched and comparable vehicles in the area are selected. The zip code where the loss vehicle is garaged determines the starting point for the search. Comparable vehicles are similar to the loss vehicle based on relevant factors.



### CALCULATE BASE VEHICLE VALUE

Adjustments to the price of the selected comparable vehicles are made to reflect differences in vehicle attributes, including mileage and options. Dollar adjustments are based upon market research.

Finally, the Base Vehicle Value is the weighted average of the adjusted values of the comparable vehicles based on the following factors:

- Source of the data (such as inspected versus advertised)
- Similarity (such as equipment, mileage, and year)
- Proximity to the loss vehicle's primary garage location
- Recency of information



© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT A TO COMPLAINT        Page 2 of 15

 MARKET VALUATION REPORT

# 🚙 VEHICLE INFORMATION

## VEHICLE DETAILS

| | |
|---|---|
| Location | EDISON, NJ 08817-5123 |
| VIN | 1G6DJ5EY3B0110539 |
| Year | 2011 |
| Make | Cadillac |
| Model | CTS Sedan |
| Trim | Performance |
| Body Style | RWD |
| Body Type | Sedan |
| Engine - | |
| Cylinders | 6 |
| Displacement | 3.0L |
| Fuel Type | Gasoline |
| Carburation | SIDI |
| Transmission | Automatic Transmission |

Vehicles sold in the United States are required to have a manufacturer assigned Vehicle Identification Number(VIN). This number provides certain specifications of the vehicle.

Please review the information in the Vehicle Information Section to confirm the reported mileage and to verify that the information accurately reflects the options, additional equipment or other aspects of the loss vehicle that may impact the value.

## VEHICLE ALLOWANCES

| **Odometer** | 110,567 | - 864 |
|---|---|---|
| **Options** | | |
| Remote Starter | Reported | + 64 |
| Ventilated Seats | Reported | + 94 |
| CD Changer/Stacker | Reported | + 300 |
| Positraction | Not Present | - 47 |
| Parking Sensors | Reported | + 100 |

Reported* Option(s) added after initial valuation

Allowances are factors influencing the value of the loss vehicle when compared to a typical vehicle. The typical vehicle is a vehicle of the same year, make, and model as the loss vehicle, including average mileage, and all standard equipment. These allowances are displayed for illustrative purposes only.

The Base Vehicle Value is calculated from the comparable vehicles with adjustments to reflect the loss vehicle configuration

## VEHICLE HISTORY SUMMARY

| | | |
|---|---|---|
| CCC VINguard® | | |
| | 4 Vehicle Market History Information | 01/02/2018 |
| Experian AutoCheck | No Title Problem Found | |
| Insurance Services Organization/ National Insurance Crime Bureau | 1 Record Found | |
| National Highway Traffic Safety Administration | 2 Recalls | |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

 **CCC ONE** MARKET VALUATION REPORT | Owner: Salit Auto Sales
Claim: 036925089-0003

# 🚗 VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| **Odometer** | 110,567 | |
| **Transmission** | Automatic Transmission | ✓ |
| **Power** | Power Steering | ✓ |
| | Power Brakes | ✓ |
| | Power Windows | ✓ |
| | Power Locks | ✓ |
| | Power Mirrors | ✓ |
| | Power Driver Seat | ✓ |
| | Power Passenger Seat | ✓ |
| | Power Trunk/Gate Release | ✓ |
| **Decor/Convenience** | Air Conditioning | ✓ |
| | Climate Control | ✓ |
| | Tilt Wheel | ✓ |
| | Cruise Control | ✓ |
| | Rear Defogger | ✓ |
| | Intermittent Wipers | ✓ |
| | Console/Storage | ✓ |
| | Memory Package | ✓ |
| | Keyless Entry | ✓ |
| | Telescopic Wheel | ✓ |
| | Message Center | ✓ |
| | Home Link | ✓ |
| | Remote Starter | 🗐 |
| | Wood Interior Trim | 🗐 |
| **Seating** | Bucket Seats | ✓ |
| | Reclining/Lounge Seats | ✓ |
| | Leather Seats | ✓ |
| | Heated Seats | ✓ |
| | Ventilated Seats | 🗐 |
| **Radio** | AM Radio | ✓ |
| | FM Radio | ✓ |
| | Stereo | ✓ |

To the left is the equipment of the loss vehicle that WAUSAU UNDERWRITERS INSURANCE COMPANY provided to CCC.

✓ **Standard** This equipment is included in the base configuration of the vehicle at time of purchase.

🗐 **Additional** Equipment that is not Standard but was noted to be on the loss vehicle.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT A TO COMPLAINT       Page 4 of 15

 **MARKET VALUATION REPORT**

# 🚌 VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| | Search/Seek | ✔ |
| | CD Player | ✔ |
| | Steering Wheel Touch Controls | ✔ |
| | Auxiliary Audio Connection | ✔ |
| | Premium Radio | ✔ |
| | Satellite Radio | ✔ |
| | CD Changer/Stacker | 📋 |
| **Wheels** | Aluminum/Alloy Wheels | ✔ |
| **Safety/Brakes** | Air Bag (Driver Only) | ✔ |
| | Passenger Air Bag | ✔ |
| | Anti-lock Brakes (4) | ✔ |
| | 4-wheel Disc Brakes | ✔ |
| | Front Side Impact Air Bags | ✔ |
| | Head/Curtain Air Bags | ✔ |
| | Parking Sensors | 📋 |
| | Communications System | ✔ |
| | Hands Free | ✔ |
| | Xenon Headlamps | ✔ |
| | Alarm | ✔ |
| | Traction Control | ✔ |
| | Stability Control | ✔ |
| **Exterior/Paint/Glass** | Dual Mirrors | ✔ |
| | Heated Mirrors | ✔ |
| | Tinted Glass | ✔ |
| | Fog Lamps | ✔ |
| | Headlamp Washers | ✔ |
| | Clearcoat Paint | 📋 |
| | Metallic Paint | 📋 |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT A TO COMPLAINT        **Page 5 of 15**

 **CCC ONE** MARKET VALUATION REPORT | Owner: Salit Auto Sales
Claim: 036925089-0003

# 🚘 VEHICLE CONDITION

## COMPONENT CONDITION

| | Condition | Inspection Notes | Value Impact |
|---|---|---|---|
| **INTERIOR** | | | |
| Seats | MAJOR WEAR | | - $ 259 |
| Carpets | NORMAL WEAR | | $ 0 |
| Dashboard | NORMAL WEAR | | $ 0 |
| Headliner | NORMAL WEAR | | $ 0 |
| **EXTERIOR** | | | |
| Sheet Metal | NORMAL WEAR | | $ 0 |
| Trim | MAJOR WEAR | | - $ 327 |
| Paint | NORMAL WEAR | | $ 0 |
| Glass | NORMAL WEAR | | $ 0 |
| **MECHANICAL** | | | |
| Engine | NORMAL WEAR | | $ 0 |
| Transmission | NORMAL WEAR | | $ 0 |
| **TIRES** | | | |
| Front Tires | NORMAL WEAR | Front Tires: Starting Tread Depth = 10/32 Left Front Tire Tread Depth = 6/32 Right Front Tire Tread Depth = 6/32 Percentage of Wear for Front Tires = 60.0% Condition Rating = Good | $ 0 |
| Rear Tires | NORMAL WEAR | Rear Tires: Starting Tread Depth = 10/32 Left Rear Tire Tread Depth = 6/32 Right Rear Tire Tread Depth = 6/32 Percentage of Wear for RearTires = 60.0% Condition Rating = Good | $ 0 |
| **Total Condition Adjustments** | | | **- $ 586** |

WAUSAU UNDERWRITERS INSURANCE COMPANY uses condition inspection guidelines to determine the condition of key components of the loss vehicle prior to the loss. The guidelines describe physical characteristics for these key components, for the condition selected based upon age. Inspection Notes reflect observations from the appraiser regarding the loss vehicle's condition.

CCC makes dollar adjustments that reflect the impact the reported condition has on the value of the loss vehicle as compared to Normal Wear condition. These dollar adjustments are based upon interviews with dealerships across the United States.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT A TO COMPLAINT      Page 6 of 15

 **MARKET VALUATION REPORT**

Owner: Salit Auto Sales
Claim: 036925089-0003

# 🔍 COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| Odometer | 110,567 | 107,852 | 89,331 | 61,332 |
| Automatic Transmission | ✓ | ✓ | ✓ | ✓ |
| Overdrive | ✗ | ✓ | ✓ | ✓ |
| 4 Wheel Drive | ✗ | ✗ | ✓ | ✓ |
| Power Steering | ✓ | ✓ | ✓ | ✓ |
| Power Brakes | ✓ | ✓ | ✓ | ✓ |
| Power Windows | ✓ | ✓ | ✓ | ✓ |
| Power Locks | ✓ | ✓ | ✓ | ✓ |
| Power Mirrors | ✓ | ✓ | ✓ | ✓ |
| Power Driver Seat | ✓ | ✓ | ✓ | ✓ |
| Power Passenger Seat | ✓ | ✓ | ✓ | ✓ |
| Power Trunk/Gate Release | ✓ | ✓ | ✓ | ✓ |
| Air Conditioning | ✓ | ✓ | ✓ | ✓ |
| Climate Control | ✓ | ✓ | ✓ | ✓ |
| Tilt Wheel | ✓ | ✓ | ✓ | ✓ |
| Cruise Control | ✓ | ✓ | ✓ | ✓ |
| Rear Defogger | ✓ | ✓ | ✓ | ✓ |
| Intermittent Wipers | ✓ | ✓ | ✓ | ✓ |
| Console/Storage | ✓ | ✓ | ✓ | ✓ |
| Memory Package | ✓ | ✓ | ✓ | ✓ |
| Keyless Entry | ✓ | ✓ | ✓ | ✓ |
| Telescopic Wheel | ✓ | ✓ | ✓ | ✓ |
| Message Center | ✓ | ✓ | ✓ | ✓ |
| Home Link | ✓ | ✓ | ✓ | ✓ |
| Remote Starter | ✓ | ✓ | ✓ | ✗ |
| Wood Interior Trim | ✓ | ✓ | ✓ | ✗ |
| Bucket Seats | ✓ | ✓ | ✓ | ✓ |
| Reclining/Lounge Seats | ✓ | ✓ | ✓ | ✓ |
| Leather Seats | ✓ | ✓ | ✓ | ✓ |
| Heated Seats | ✓ | ✓ | ✓ | ✓ |
| Ventilated Seats | ✓ | ✓ | ✓ | ✗ |
| AM Radio | ✓ | ✓ | ✓ | ✓ |
| FM Radio | ✓ | ✓ | ✓ | ✓ |
| Stereo | ✓ | ✓ | ✓ | ✓ |
| Search/Seek | ✓ | ✓ | ✓ | ✓ |
| CD Player | ✓ | ✓ | ✓ | ✓ |
| Steering Wheel Touch Controls | ✓ | ✓ | ✓ | ✓ |
| Auxiliary Audio Connection | ✓ | ✓ | ✓ | ✓ |
| Premium Radio | ✓ | ✓ | ✓ | ✓ |
| Satellite Radio | ✓ | ✓ | ✓ | ✓ |

**Comp 1**   Updated Date: 01/02/2018
**2011 Cadillac Cts Sedan Performance Rwd 6 3.0l Gasoline Sidi**
**VIN** 1G6DJ5EY3B0110539
**Dealership** Salit Auto Sales
**Telephone** (732) 246-4811
**Source** Autotrader
**Stock #** 0100539
**Distance from Edison, NJ**
0 Miles - Edison, NJ

**Comp 2**   Updated Date: 01/06/2018
**2011 Cadillac Cts Sedan Performance Awd 6 3.6l Gasoline Di**
**VIN** 1G6DL5ED9B0139910
**Dealership** Dch Millburn Audi
**Telephone** (973) 210-7711
**Source** Dealer Ad
**Stock #** MDR7371B
**Distance from Edison, NJ**
16 Miles - Maplewood, NJ

**Comp 3**   Updated Date: 01/16/2018
**2011 Cadillac Cts Sedan Performance Awd 6 3.0l Gasoline Sidi**
**VIN** 1G6D25EY9B0131781
**Dealership** Raceway Kia Of Freehold
**Telephone** (732) 462-4422
**Source** Truecar
**Stock #** FP1781
**Distance from Edison, NJ**
19 Miles - Freehold, NJ

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

¹The **Condition Adjustment** sets that comparable vehicle to Normal Wear condition, which the loss vehicle is also

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

Page 7 of 15

EXHIBIT A TO COMPLAINT   Page 7 of 15

 **CCC ONE** MARKET VALUATION REPORT

Owner: Salit Auto Sales
Claim: 036925089-0003

# 🔍 COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| CD Changer/Stacker | ✔ | ✔ | ✘ | ✘ |
| Aluminum/Alloy Wheels | ✔ | ✔ | ✔ | ✔ |
| Electric Glass Roof | ✘ | ✘ | ✔ | ✔ |
| Skyview Roof | ✘ | ✘ | ✔ | ✔ |
| Drivers Side Air Bag | ✔ | ✔ | ✔ | ✔ |
| Passenger Air Bag | ✔ | ✔ | ✔ | ✔ |
| Anti-lock Brakes (4) | ✔ | ✔ | ✔ | ✔ |
| 4-wheel Disc Brakes | ✔ | ✔ | ✔ | ✔ |
| Front Side Impact Air Bags | ✔ | ✔ | ✔ | ✔ |
| Head/Curtain Air Bags | ✔ | ✔ | ✔ | ✔ |
| Positraction | ✘ | ✔ | ✔ | ✘ |
| Backup Camera W/ Parking Sensors | ✘ | ✔ | ✔ | ✘ |
| Parking Sensors | ✔ | ✘ | ✘ | ✘ |
| Communications System | ✔ | ✔ | ✔ | ✔ |
| Hands Free | ✔ | ✔ | ✔ | ✔ |
| Xenon Headlamps | ✔ | ✔ | ✔ | ✔ |
| Alarm | ✔ | ✔ | ✔ | ✔ |
| Traction Control | ✔ | ✔ | ✔ | ✔ |
| Stability Control | ✔ | ✔ | ✔ | ✔ |
| Dual Mirrors | ✔ | ✔ | ✔ | ✔ |
| Heated Mirrors | ✔ | ✔ | ✔ | ✔ |
| Tinted Glass | ✔ | ✔ | ✔ | ✔ |
| Fog Lamps | ✔ | ✔ | ✔ | ✔ |
| Headlamp Washers | ✔ | ✔ | ✔ | ✔ |
| Clearcoat Paint | ✔ | ✘ | ✘ | ✘ |
| Metallic Paint | ✔ | ✔ | ✘ | ✔ |
| | | | | |
| **List Price** | | $ 9,998 | $ 12,500 | $ 12,895 |
| **Adjustments:** | | | | |
| Make/Model/Trim | | | - $ 1,675 | - $ 875 |
| Options | | - $ 127 | - $ 601 | - $ 263 |
| Mileage | | - $ 160 | - $ 1,528 | - $ 3,237 |
| Condition[1] | | - $ 1,243 | - $ 1,243 | - $ 1,243 |
| **Adjusted Comparable Value** | | **$ 8,468** | **$ 7,453** | **$ 7,277** |

compared to in the Vehicle Condition section.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT A TO COMPLAINT

 **CCC ONE** MARKET VALUATION REPORT

# COMPARABLE VEHICLES

## ADDITIONAL COMPARABLE VEHICLES

| Source | Vehicle | Price | Adjusted Comparable Value |
|--------|---------|-------|---------------------------|
| **Comp 4**<br>Source: Autotrader<br>Brogan Cadillac Of Totowa<br>Totowa, NJ<br>(973) 590-4014<br>28 Miles From Edison, NJ | **2011 Cadillac Cts Sedan Performance Awd 6 3.6l Gasoline Di**<br>Odometer: 45,741<br>VIN: 1G6DM5ED2B0134030<br>Stock #: U17214B<br>Updated Date: 01/19/2018 | $ 17,995<br>(List) | $ 10,107 |

**Additional Comparable Vehicles** are in summary format, but are adjusted the same as those on the previous page.

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT A TO COMPLAINT          Page 9 of 15

 MARKET VALUATION REPORT

Owner: Salit Auto Sales
Claim: 036925089-0003

# VALUATION NOTES

This Market Valuation Report has been prepared exclusively for use by WAUSAU UNDERWRITERS INSURANCE COMPANY, and no other person or entity is entitled to or should rely upon this Market Valuation Report and/or any of its contents. CCC is one source of vehicle valuations, and there are other valuation sources available.

Regulations concerning vehicle value include New Jersey Administrative Code 11:3-10.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT A TO COMPLAINT        Page 10 of 15

 **CCC ONE** MARKET VALUATION REPORT | Owner: Salit Auto Sales
Claim: 036925089-0003

# SUPPLEMENTAL INFORMATION

## VEHICLE HISTORY INFORMATION

**VINguard®**

VINguard® Message: VINguard has decoded this VIN without any errors

### ISO Vehicle History:

| | |
|---|---|
| **Number of times reported to ISO:** | 1 |
| **ISO's file number:** | H0269415343 |
| Loss date: | 01/21/2018 |
| Phone: | 8775287878 |
| Claim ref: | 2850277ID1ID420994 |

**Vehicle Market History Information:**

This vehicle was reported to CCC on 11/07/2017    Mileage: 107852
Location: AutoTrader in EDISON, NJ

This vehicle was reported to CCC on 11/07/2017    Mileage: 107852
Location: AutoTrader in EDISON, NJ

This vehicle was reported to CCC on 01/02/2018    Mileage: 107852
Location: AutoTrader in EDISON, NJ

This vehicle was reported to CCC on 01/02/2018    Mileage: 107852
Location: AutoTrader in EDISON, NJ

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT A TO COMPLAINT    Page 11 of 15

 **CCC**◯**ONE** MARKET VALUATION REPORT | Owner: Salit Auto Sales
Claim: 036925089-0003

# SUPPLEMENTAL INFORMATION

### 🚘 EXPERIAN® AUTOCHECK® VEHICLE HISTORY REPORT

| TITLE CHECK | | RESULTS FOUND |
|---|---|---|
| Abandoned | ✓ | No Abandoned Record Found |
| Damaged | ✓ | No Damaged Record Found |
| Fire Damage | ✓ | No Fire Damage Record Found |
| Grey Market | ✓ | No Grey Market Record Found |
| Hail Damage | ✓ | No Hail Damage Record Found |
| Insurance Loss | ✓ | No Insurance Loss Record Found |
| Junk | ✓ | No Junk Record Found |
| Rebuilt | ✓ | No Rebuilt Record Found |
| Salvage | ✓ | No Salvage Record Found |

| EVENT CHECK | | RESULTS FOUND |
|---|---|---|
| NHTSA Crash Test Vehicle | ✓ | No NHTSA Crash Test Vehicle Record Found |
| Frame Damage | ✓ | No Frame Damage Record Found |
| Major Damage Incident | ✓ | No Major Damage Incident Record Found |
| Manufacturer Buyback/Lemon | ✓ | No Manufacturer Buyback/Lemon Record Found |
| Odometer Problem | ✓ | No Odometer Problem Record Found |
| Recycled | ✓ | No Recycled Record Found |
| Water Damage | ✓ | No Water Damage Record Found |
| Salvage Auction | ✓ | No Salvage Auction Record Found |

| VEHICLE INFORMATION | | RESULTS FOUND |
|---|---|---|
| Accident | ✓ | No Accident Record Found |
| Corrected Title | ✓ | No Corrected Title Record Found |
| Driver Education | ✓ | No Driver Education Record Found |
| Fire Damage Incident | ✓ | No Fire Damage Incident Record Found |
| Lease | 🔲 | Lease Record Found |
| Lien | ✓ | No Lien Record Found |
| Livery Use | ✓ | No Livery Use Record Found |
| Government Use | ✓ | No Government Use Record Found |
| Police Use | ✓ | No Police Use Record Found |
| Fleet | ✓ | No Fleet Record Found |
| Rental | 🔲 | Rental Record Found |
| Fleet and/or Rental | 🔲 | Fleet and/or Rental Record Found |
| Repossessed | ✓ | No Repossessed Record Found |
| Taxi use | ✓ | No Taxi use Record Found |
| Theft | ✓ | No Theft Record Found |
| Fleet and/or Lease | 🔲 | Fleet and/or Lease Record Found |
| Emissions Safety Inspection | ✓ | No Emissions Safety Inspection Record Found |
| Duplicate Title | ✓ | No Duplicate Title Record Found |

CCC provides WAUSAU UNDERWRITERS INSURANCE COMPANY information reported by Experian regarding the **2011 Cadillac CTS Sedan (1G6DJ5EY3B0110539)**. This data is provided for informational purposes. Unless otherwise noted in this Valuation Detail, CCC does not adjust the value of the loss vehicle based upon this information.

**LEGEND :**
✓ No Event Found
⛔ Event Found
🔲 Information Needed

**TITLE CHECK**
THIS VEHICLE CHECKS OUT
AutoCheck's result for this loss vehicle show no significant title events. When found, events often indicate automotive damage or warnings associated with the vehicle.

**EVENT CHECK**
THIS VEHICLE CHECKS OUT
AutoCheck's result for this loss vehicle show no historical events that indicate a significant automotive problem. These problems can indicate past previous car damage, theft, or other significant problems.

**VEHICLE INFORMATION**
INFORMATION FOUND
AutoCheck found additional information on this vehicle. These records will provide more history for this loss vehicle

**ODOMETER CHECK**
THIS VEHICLE CHECKS OUT
AutoCheck's result for this loss vehicle show no indication of odometer rollback or tampering was found. AutoCheck determines odometer rollbacks by searching for records that indicate odometer readings less than a previously reported value. Other odometer events can report events of tampering, or possible odometer breakage.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT A TO COMPLAINT   Page 12 of 15

 **MARKET VALUATION REPORT**

Owner: Salit Auto Sales
Claim: 036925089-0003

# SUPPLEMENTAL INFORMATION

### 📖 FULL HISTORY REPORT RUN DATE: 02/21/2018

Below are the historical events for this vehicle listed in chronological order.

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 08/04/2010 | OH | 5 | Motor Vehicle Dept. | TITLE |
| 08/04/2010 | OH | | Motor Vehicle Dept. | RENTAL |
| 08/04/2010 | OH | | Motor Vehicle Dept. | TITLED OR REGISTERED AS A RENTAL VEHICLE, OR PART OF A RENTAL FLEET |
| 08/11/2010 | COLUMBUS, OH | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 08/11/2010 | COLUMBUS, OH | | Motor Vehicle Dept. | TITLED OR REGISTERED AS A RENTAL VEHICLE, OR PART OF A RENTAL FLEET |
| 09/06/2011 | COLUMBUS, OH | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 09/06/2011 | COLUMBUS, OH | | Motor Vehicle Dept. | TITLED OR REGISTERED AS A RENTAL VEHICLE, OR PART OF A RENTAL FLEET |
| 09/21/2011 | OH | 27488 | Auto Auction | REPORTED AT AUTO AUCTION |
| 10/10/2011 | OH | 27488 | Auto Auction | AUCTION ANNOUNCED AS FLEET/LEASE |
| 10/19/2011 | PALMYRA, NJ | 27488 | Motor Vehicle Dept. | TITLE |
| 10/21/2011 | PALMYRA, NJ | 27489 | Dealer Service | BRAKES SERVICED |
| 10/21/2011 | PALMYRA, NJ | | Dealer Service | LUBE, OIL AND/OR FILTER CHANGED |
| 10/21/2011 | PALMYRA, NJ | | Dealer Service | VEHICLE SERVICED |
| 10/24/2011 | PALMYRA, NJ | 27494 | Dealer Service | VEHICLE SERVICED |
| 11/16/2011 | MANTUA, NJ | 27509 | Motor Vehicle Dept. | TITLE (Lien Reported) |
| 11/30/2011 | MANTUA, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 10/05/2013 | MANTUA, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 07/07/2014 | PALMYRA, NJ | 53572 | Dealer Service | VEHICLE SERVICED |
| 07/09/2014 | PALMYRA, NJ | | Dealer Service | BATTERY SERVICED OR REPLACED |
| 07/09/2014 | PALMYRA, NJ | | Dealer Service | LUBE, OIL AND/OR FILTER CHANGED |
| 07/16/2014 | PALMYRA, NJ | 53572 | Motor Vehicle Dept. | TITLE |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT A TO COMPLAINT    Page 13 of 15

**CCC⟳ONE.** MARKET VALUATION REPORT

Owner: Salit Auto Sales
Claim: 036925089-0003

# SUPPLEMENTAL INFORMATION

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 07/29/2014 | WATERFORD WORKS, NJ | 53603 | Motor Vehicle Dept. | TITLE (Lien Reported) |
| 08/18/2014 | WATERFORD WORKS, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 03/06/2015 | WATERFORD WORKS, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 08/01/2015 | | | Independent Repair Center | VEHICLE SERVICED |
| 05/06/2016 | WATERFORD WORKS, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 11/05/2016 | | 93378 | Independent Repair Center | VEHICLE SERVICED |
| 04/07/2017 | WATERFORD WORKS, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 09/03/2017 | CHERRY HILL, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 10/23/2017 | PALMYRA, NJ | 107833 | Motor Vehicle Dept. | TITLE |
| 10/30/2017 | EASTERN REGION, | 107846 | Auto Auction | REPORTED AT AUTO AUCTION AS DEALER VEHICLE |
| 10/31/2017 | EASTERN REGION, | 107846 | Auto Auction | REPORTED AT AUTO AUCTION |
| 11/13/2017 | EDISON, NJ | 107846 | Motor Vehicle Dept. | TITLE |

**AUTOCHECK TERMS AND CONDITIONS:**

Experian's Reports are compiled from multiple sources. It is not always possible for Experian to obtain complete discrepancy information on all vehicles; therefore, there may be other title brands, odometer readings or discrepancies that apply to a vehicle that are not reflected on that vehicle's Report. Experian searches data from additional sources where possible, but all discrepancies may not be reflected on the Report.

These Reports are based on information supplied to Experian by external sources believed to be reliable, BUT NO RESPONSIBILITY IS ASSUMED BY EXPERIAN OR ITS AGENTS FOR ERRORS, INACCURACIES OR OMISSIONS. THE REPORTS ARE PROVIDED STRICTLY ON AN "AS IS WHERE IS" BASIS, AND EXPERIAN FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE REGARDING THIS REPORT.

YOU AGREE TO INDEMNIFY EXPERIAN FOR ANY CLAIMS OR LOSSES, INCLUDING COSTS, EXPENSES AND ATTORNEYS FEES, INCURRED BY EXPERIAN ARISING DIRECTLY OR INDIRECTLY FROM YOUR IMPROPER OR UNAUTHORIZED USE OF AUTOCHECK VEHICLE HISTORY REPORTS.

Experian shall not be liable for any delay or failure to provide an accurate report if and to the extent which such delay or failure is caused by events beyond the reasonable control of Experian, including, without limitation, "acts of God", terrorism, or public enemies, labor disputes, equipment malfunctions, material or component shortages, supplier failures, embargoes, rationing, acts of local, state or national governments, or public agencies, utility or communication failures or delays, fire, earthquakes, flood, epidemics, riots and strikes.

These terms and the relationship between you and Experian shall be governed by the laws of the State of Illinois (USA) without regard to its conflict of law provisions. You and Experian agree to submit to the personal and exclusive jurisdiction of the courts located within the county of Cook, Illinois.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT A TO COMPLAINT     Page 14 of 15

 CCC ONE  MARKET VALUATION REPORT

Owner: Salit Auto Sales
Claim: 036925089-0003

# SUPPLEMENTAL INFORMATION

## NHTSA VEHICLE RECALL

The National Highway Traffic Safety Administration has issued 2 safety related recall notices that may apply to the above valued vehicle.

**NHTSA Campaign ID :** 14V394000

**Mfg's Report Date :** JUL 02, 2014

**Potential Number Of Units Affected :** 554,328

**Summary :** This defect can affect the safe operation of the airbag system. Until this recall is performed, customers should remove all items from their key rings, leaving only the ignition key. The key fob (if applicable), should also be removed from the key ring. General Motors LLC (GM) notified the agency on July 2, 2014 that they are recalling 554,328 model year 2003-2014 Cadillac CTS vehicles manufactured August 16, 2001, to April 28, 2014, and 2004-2006 Cadillac SRX vehicles manufactured March 20, 2003, to August 11, 2006. In these models, the weight on the key ring and/or road conditions or some other jarring event may cause the ignition switch to move out of the run position, turning off the engine.

**Consequence :** If the key is not in the run position, the air bags may not deploy if the vehicle is involved in a crash, increasing the risk of injury.

**Remedy :** GM will notify owners, and dealers will provide two replacement key rings, and vehicles with slotted keys will receive key inserts, free of charge. The manufacturer has not yet provided a notification schedule. Owners may contact Cadillac customer service at 1-800-458-8006. GM's number for this recall is 14172.

**Notes :** Owners may also contact the National Highway Traffic Safety Administration Vehicle Safety Hotline at 1-888-327-4236 (TTY 1-800-424-9153), or go to www.safercar.gov.

---

**NHTSA Campaign ID :** 14V341000

**Mfg's Report Date :** JUN 19, 2014

**Potential Number Of Units Affected :** 16,932

**Summary :** General Motors LLC (GM) is recalling certain model year 2011 Cadillac CTS vehicles manufactured October 18, 2010, to June 2, 2011. In the affected vehicles, vibrations from the drive shaft may cause the vehicle's roll over sensor to command the roof rail air bags to deploy.

**Consequence :** If the roof rail air bags deploy unexpectedly, there is an increased risk of crash and injury to the occupants.

**Remedy :** GM will notify owners, and dealers will replace the rear drive shaft assembly, free of charge. The manufacturer has not yet provided a notification schedule. Owners may contact Cadillac customer service at 1-800-458-8006. GM's number for this recall is 14233.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT A TO COMPLAINT     Page 15 of 15

2/26/2018          CARFAX Vehicle History Report for this 2011 CADILLAC CTS PERFORMANCE COLLECT: 1G6DL5ED9B0139910

This CARFAX Vehicle History Report provided free of charge by:



Salit Auto Sales
1855 Woodbridge Ave
Edison, NJ 08817
732-246-4811

SHOW ME THE CARFAX



### Vehicle Information:

**2011 CADILLAC CTS PERFORMANCE COLLECT**
VIN: 1G6DL5ED9B0139910
SEDAN 4 DR
3.6L V6 F DOHC 24V
GASOLINE
ALL WHEEL DRIVE
Standard Equipment | Safety Options

### CARFAX Report Provided By:
Salit Auto Sales
1855 Woodbridge Ave
Edison, NJ 08817
732-246-4811
www.salitautosales.com

✓ No accidents reported to CARFAX

🔍 Other damage reported

👥 **2** Previous owners

🛠 **17** Service history records

🚗 Types of owners: Rental, Personal

🚗 **89,331** Last reported odometer reading

CAR FOX®

This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 2/26/18 at 10:00:47 AM (EST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

### Ownership History
The number of owners is estimated

|  | 👤 Owner 1 | 👤 Owner 2 |
|---|---|---|
| Year purchased | 2011 | 2014 |
| Type of owner | Rental | Personal |
| Estimated length of ownership | 3 yrs. 3 mo. | 3 yrs. 1 mo. |
| Owned in the following states/provinces | See Details | New York |
| Estimated miles driven per year | 9,544/yr | 17,026/yr |
| Last reported odometer reading | 33,096 | 89,331 |

### Title History
CARFAX guarantees the information in this section

|  | 👤 Owner 1 | 👤 Owner 2 |
|---|---|---|
| Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | **Guaranteed** No Problem | **Guaranteed** No Problem |
| Not Actual Mileage \| Exceeds Mechanical Limits | **Guaranteed** No Problem | **Guaranteed** No Problem |



**GUARANTEED** - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back. **Register** | **View Terms** | **View Certificate**

EXHIBIT B TO COMPLAINT          Page 1 of 6

2/26/2018          CARFAX Vehicle History Report for this 2011 CADILLAC CTS PERFORMANCE COLLECT: 1G6DL5ED9B0139910

## CARFAX Additional History

Not all accidents / issues are reported to CARFAX

|  | 👤 Owner 1 | 👤 Owner 2 |
|---|---|---|
| **Total Loss**<br>No total loss reported to CARFAX. | ✅ No Issues Reported | ✅ No Issues Reported |
| **Structural Damage**<br>No structural damage reported to CARFAX. | ✅ No Issues Reported | ✅ No Issues Reported |
| **Airbag Deployment**<br>No airbag deployment reported to CARFAX. | ✅ No Issues Reported | ✅ No Issues Reported |
| **Odometer Check**<br>No indication of an odometer rollback. | ✅ No Issues Indicated | ✅ No Issues Indicated |
| **Accident / Damage**<br>Damage reported on 01/07/2016. | ✅ No Issues Reported | 🔍 Damage Reported |
| **Manufacturer Recall**<br>No recalls reported to CARFAX. Check for open recalls on GM vehicles at recalls.gm.com. | ✅ No Recalls Reported | ✅ No Recalls Reported |
| **Basic Warranty**<br>Original warranty estimated to have expired. | **Warranty Expired** | **Warranty Expired** |

## CARFAX Detailed History

Glossary

### 👤 Owner 1

| Purchased: | 2011 |
|---|---|
| Type: | Rental |
| Where: | New Jersey, Pennsylvania, New York |
| Est. miles/year: | 9,544/yr |
| Est. length owned: | 3/18/11 - 6/24/14 (3 yrs. 3 mo.) |

**Low mileage!** This owner drove less than the industry average of 15,000 miles per year.

| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| Original Equipment | | OnStar | Vehicle equipped with OnStar<br><br>Get 3 free months of premium OnStar with Automatic Crash Response, Roadside Assistance and Remote Door Unlock by pressing the blue OnStar button Learn more |
| 02/10/2011 | 200 | Gold Coast Cadillac-Hummer Saab Oakhurst, NJ 732-695-1400 goldcoastcadillac.com | Vehicle offered for sale |
| 02/11/2011 | | Gold Coast Cadillac Oakhurst, NJ 732-695-1400 goldcoastcadillac.com | Pre-delivery inspection completed<br>Maintenance inspection completed<br>Vehicle washed/detailed |
| 02/26/2011 | 250 | Gold Coast Cadillac Oakhurst, NJ 732-695-1400 goldcoastcadillac.com | Vehicle sold |
| 03/18/2011 | | New Jersey Motor Vehicle Dept. Oakhurst, NJ Title #RV20110770792 | Title issued or updated<br>Registration issued or renewed<br>First owner reported<br>Loan or lien reported<br>Titled or registered as rental vehicle<br>Vehicle color noted as Black |
| 04/25/2011 | | New Jersey Motor Vehicle Dept. Oshkosh, WI Title #DC20111150021 | Title issued or updated<br>Duplicate title issued<br>Vehicle color noted as Black |
| 05/09/2011 | | New Jersey Motor Vehicle Dept. Oshkosh, WI | Title issued or updated<br>Duplicate title issued<br>Vehicle color noted as Black |

EXHIBIT B TO COMPLAINT          Page 2 of 6

2/26/2018          CARFAX Vehicle History Report for this 2011 CADILLAC CTS PERFORMANCE COLLECT: 1G6DL5ED9B0139910

| | | Title #DA20111290687 | |
|---|---|---|---|
| 08/20/2011 | | Gold Coast Cadillac Oakhurst, NJ 732-695-1400 goldcoastcadillac.com | Tires rotated Oil and filter changed Engine/powertrain computer/module reprogrammed |
| 03/05/2012 | 10,294 | Gold Coast Cadillac Oakhurst, NJ 732-695-1400 goldcoastcadillac.com | Oil and filter changed Maintenance reminder reset Tires rotated Brakes checked |
| 09/06/2012 | 14,956 | Gold Coast Cadillac Oakhurst, NJ 732-695-1400 goldcoastcadillac.com | Tires rotated Oil and filter changed Maintenance reminder reset Window regulator(s) replaced Body electrical system checked |
| 10/18/2012 | 16,143 | Gold Coast Cadillac Oakhurst, NJ 732-695-1400 goldcoastcadillac.com | Engine/powertrain computer/module checked |
| 02/26/2013 | 18,967 | Gold Coast Cadillac Oakhurst, NJ 732-695-1400 goldcoastcadillac.com | Lower control arm(s) replaced Oil and filter changed Maintenance reminder reset Tires rotated Steering/suspension checked Accessories repaired/replaced |
| 03/02/2013 | | New Jersey Motor Vehicle Dept. Oakhurst, NJ | Registration issued or renewed Vehicle color noted as Black |
| 08/13/2013 | | Gold Coast Cadillac Oakhurst, NJ 732-695-1400 goldcoastcadillac.com | Fluids checked Oil and filter changed Maintenance reminder reset Tire condition and pressure checked Tires rotated |
| 12/23/2013 | | Gold Coast Cadillac Oakhurst, NJ 732-695-1400 goldcoastcadillac.com | Splash shield replaced/repaired Exterior trim repaired Exterior trim checked |
| 01/20/2014 | | Gold Coast Cadillac Oakhurst, NJ 732-695-1400 goldcoastcadillac.com | Tire condition and pressure checked Tires rotated Throttle body cleaned/serviced Cabin air filter replaced/cleaned Fluids checked Oil and filter changed Maintenance reminder reset Body electrical system checked Exterior trim checked |
| 06/03/2014 | | Gold Coast Cadillac Oakhurst, NJ 732-695-1400 goldcoastcadillac.com | Vehicle serviced |
| 06/24/2014 | 31,221 | Auto Auction | Vehicle sold at auction |
| | | | Millions of used vehicles are bought and sold at auction every year. |
| 07/08/2014 | 31,231 | Dealer Inventory | Vehicle offered for sale |
| 07/09/2014 | | Pennsylvania Motor Vehicle Dept. Langhorne, PA Title #7353000301 RE | Title issued or updated Dealer took title of this vehicle while it was in inventory |

EXHIBIT B TO COMPLAINT          Page 3 of 6

2/26/2018     CARFAX Vehicle History Report for this 2011 CADILLAC CTS PERFORMANCE COLLECT: 1G6DL5ED9B0139910

| Date | Mileage | Source | Comments |
|------|---------|--------|----------|
| 07/18/2014 | 31,232 | Inspection Station | Passed emissions inspection |
| 07/29/2014 | 31,233 | Reedman -Toll Auto World<br>Langhorne, PA<br>215-757-4961<br>reedman.com | Vehicle offered for sale |
| 09/08/2014 | 31,320 | Reedman -Toll Auto World<br>Langhorne, PA<br>215-757-4961<br>reedman.com | Vehicle sold |
| 09/19/2014 | | New York<br>Motor Vehicle Dept.<br>Florida, NY | Registration issued or renewed<br>Passed safety inspection |
| 09/30/2014 | | Pepe Cadillac<br>White Plains, NY<br>914-378-3444<br>pepecadillac.com | Maintenance inspection completed<br>Vehicle washed/detailed<br>Driveshaft replaced |
| 09/30/2014 | 33,096 | New York<br>Inspection Station | Passed safety inspection<br>Passed emissions inspection<br>View what was inspected |

| | | | Date: | Mileage: | Source: | Comments: |
|---|---|---|--------|----------|---------|-----------|

🧍 **Owner 2**

| | |
|---|---|
| Purchased: | 2014 |
| Type: | Personal |
| Where: | New York |
| Est. miles/year: | 17,026/yr |
| Est. length owned: | 11/4/14 –<br>12/30/17<br>(3 yrs. 1 mo.) |

| Date | Mileage | Source | Comments |
|------|---------|--------|----------|
| 11/04/2014 | | New York<br>Motor Vehicle Dept.<br>Florida, NY | Title issued or updated<br>New owner reported<br>Loan or lien reported |
| 11/28/2014 | 36,711 | Pepe Cadillac<br>White Plains, NY<br>914-378-3444<br>pepecadillac.com | Maintenance inspection completed<br>Vehicle washed/detailed<br>Four wheel alignment performed<br>Four tires balanced<br>Tires rotated<br>Steering shaft replaced/repaired |
| 12/22/2014 | 38,210 | Pepe Cadillac<br>White Plains, NY<br>914-378-3444<br>pepecadillac.com | Maintenance inspection completed<br>Vehicle washed/detailed<br>Radio/sound system repaired |
| 01/15/2015 | 39,444 | Pepe Cadillac<br>White Plains, NY<br>914-378-3444<br>pepecadillac.com | Maintenance inspection completed<br>Oil and filter changed<br>Tires rotated<br>Vehicle washed/detailed |
| 02/03/2015 | 40,606 | Cadillac of Mahwah<br>Mahwah, NJ<br>201-579-6500<br>cadillacofmahwah.com | Alignment performed<br>Steering/suspension checked<br>Emissions inspection performed |
| 10/14/2015 | 54,712 | New York<br>Inspection Station | Passed safety inspection<br>Passed emissions inspection<br>View what was inspected |
| 01/07/2016 | | Damage Report | Damage reported<br>Damage to front<br>Damage to left front<br>Damage to left rear<br>Damage to left side<br>Damage to right front<br>Damage to right rear<br>Damage to right side<br>Damage to rear |
| | | | Not all damage is caused by an accident. Get the car inspected before you buy. Learn more |
| 08/30/2016 | | New York<br>Motor Vehicle Dept. | Registration issued or renewed<br>Titled or registered as |

EXHIBIT B TO COMPLAINT        Page 4 of 6

2/26/2018          CARFAX Vehicle History Report for this 2011 CADILLAC CTS PERFORMANCE COLLECT: 1G6DL5ED9B0139910

| | | | |
|---|---|---|---|
| | | Florida, NY | personal vehicle<br>Passed safety inspection |
| 11/02/2016 | 66,852 | New York<br>Inspection Station | Passed safety inspection<br>Passed emissions inspection<br><br>View what was inspected |
| 12/09/2016 | 68,480 | Inspection Co.<br>New York | Inspection performed |
| 12/30/2017 | 89,331 | Dealer Inventory | Vehicle offered for sale |
| 01/09/2018 | | DCH Millburn Audi<br>Maplewood, NJ<br>973-762-8500<br>dchmillburnaudi.com | Nitrogen fill tires<br>Vehicle washed/detailed |
| 02/06/2018 | | DCH Millburn Audi<br>Maplewood, NJ<br>973-762-8500<br>dchmillburnaudi.com | Vehicle serviced |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

---

 **Glossary**                                                                 View Full Glossary

**Damage Indicator**
Damage can be a result of many different types of events. Examples include contact with objects (other cars, trees, traffic signs, road debris, etc), vandalism, or weather-related events. Not every damage event is reported to CARFAX. As details about the damage event become available, those additional details are added to the CARFAX Vehicle History Report. CARFAX recommends that you have this vehicle inspected by a qualified mechanic.

- This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 2/26/18 at 10:00:47 AM (EST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**New Owner Reported**
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Rental**
Vehicle was registered by a rental agency.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

---

**Follow Us:**    facebook.com/CARFAX    @CarfaxReports   CARFAX on Google+

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. CARFAX®
© 2018 CARFAX, Inc., a unit of IHS Inc. All rights reserved.
Covered by United States Patent Nos. 7,113,853; 7,778,841; 7,596,512, 8,600,823; 8,595,079; 8,606,648; 7,505,838.
2/26/18 10:00:47 AM (EST)

EXHIBIT B TO COMPLAINT          Page 5 of 6

2/26/2018          CARFAX Vehicle History Report for this 2011 CADILLAC CTS PERFORMANCE COLLECT: 1G6DL5ED9B0139910

I have reviewed and received a copy of the CARFAX Vehicle History Report for this 2011 CADILLAC CTS vehicle (VIN: 1G6DL5ED9B0139910), which is based on information supplied to CARFAX and available as of 2/26/18 at 10:00 AM (EST).

| | | | |
|---|---|---|---|
| Customer Signature | Date | Dealer Signature | Date |

EXHIBIT B TO COMPLAINT          Page 6 of 6

2/26/2018                    CARFAX Vehicle History Report for this 2011 CADILLAC CTS: 1G6D25EY9B0131781

This CARFAX Vehicle History Report provided free of charge by:



Salit Auto Sales
1855 Woodbridge Ave
Edison, NJ 08817
732-246-4811

SHOW ME THE CARFAX



## CARFAX® Vehicle History Report™
An independent company established in 1986                      US $39.99

**Vehicle Information:**
**2011 CADILLAC CTS**
VIN: 1G6D25EY9B0131781
SEDAN 4 DR
3.0L V6 F DOHC 24V
GASOLINE
REAR WHEEL DRIVE
Standard Equipment | Safety Options

**CARFAX Report Provided By:**
Salit Auto Sales
1855 Woodbridge Ave
Edison, NJ 08817
732-246-4811
www.salitautosales.com

✓ No accidents reported to CARFAX

✓ No other damage reported to CARFAX

**3** Previous owners

**10** Service history records

Types of owners: Personal lease, Personal

**61,339** Last reported odometer reading

This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 2/26/18 at 10:01:12 AM (EST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

## Ownership History
The number of owners is estimated

|  | 👤 Owner 1 | 👤 Owner 2 | 👤 Owner 3 |
|---|---|---|---|
| Year purchased | 2011 | 2014 | 2018 |
| Type of owner | Personal lease | Personal | Personal |
| Estimated length of ownership | 2 yrs. 11 mo. | 2 yrs. 8 mo. | 24 days |
| Owned in the following states/provinces | New York, Pennsylvania | Pennsylvania, New Jersey | New Jersey |
| Estimated miles driven per year | 10,445/yr | 10,301/yr | --- |
| Last reported odometer reading | 30,632 | 61,339 | --- |

## Title History
CARFAX guarantees the information in this section

|  | 👤 Owner 1 | 👤 Owner 2 | 👤 Owner 3 |
|---|---|---|---|
| Salvage | Junk | Rebuilt | Fire | Flood | Hail | Lemon | **Guaranteed** No Problem | **Guaranteed** No Problem | **Guaranteed** No Problem |
| Not Actual Mileage | Exceeds Mechanical Limits | **Guaranteed** No Problem | **Guaranteed** No Problem | **Guaranteed** No Problem |



**GUARANTEED** - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back. Register | View Terms | View Certificate

EXHIBIT C TO COMPLAINT          Page 1 of 5

2/26/2018 · CARFAX Vehicle History Report for this 2011 CADILLAC CTS: 1G6D25EY9B0131781

## CARFAX Additional History

Not all accidents / issues are reported to CARFAX.

| | Owner 1 | Owner 2 | Owner 3 |
|---|---|---|---|
| **Total Loss**<br>No total loss reported to CARFAX. | ✅ No Issues Reported | ✅ No Issues Reported | ✅ No Issues Reported |
| **Structural Damage**<br>No structural damage reported to CARFAX. | ✅ No Issues Reported | ✅ No Issues Reported | ✅ No Issues Reported |
| **Airbag Deployment**<br>No airbag deployment reported to CARFAX. | ✅ No Issues Reported | ✅ No Issues Reported | ✅ No Issues Reported |
| **Odometer Check**<br>No indication of an odometer rollback. | ✅ No Issues Indicated | ✅ No Issues Indicated | ✅ No Issues Indicated |
| **Accident / Damage**<br>No accidents or damage reported to CARFAX. | ✅ No Issues Reported | ✅ No Issues Reported | ✅ No Issues Reported |
| **Manufacturer Recall**<br>No open recalls reported to CARFAX. Check for open recalls on GM vehicles at recalls.gm.com. | No Recalls Reported | No Recalls Reported | No Recalls Reported |
| **Basic Warranty**<br>Original warranty estimated to have expired. | Warranty Expired | Warranty Expired | Warranty Expired |

## CARFAX Detailed History

Glossary

**Owner 1**

| | |
|---|---|
| Purchased: | 2011 |
| Type: | Personal lease |
| Where: | New York, Pennsylvania |
| Est. miles/year: | 10,445/yr |
| Est. length owned: | 2/22/11 - 1/27/14 (2 yrs. 11 mo.) |

**Low mileage!**
This owner drove less than the industry average of 15,000 miles per year.

| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| Original Equipment | | OnStar | Vehicle equipped with OnStar<br><br>Get 3 free months of premium OnStar with Automatic Crash Response, Roadside Assistance and Remote Door Unlock by pressing the blue OnStar button Learn more |
| 02/21/2011 | 28 | New York Inspection Station | Emissions inspection performed<br>Dealer had vehicle inspected to prepare it for sale<br>Passed safety inspection<br><br>View what was inspected |
| 02/22/2011 | | New York Motor Vehicle Dept. East Amherst, NY | Registration issued or renewed<br>Titled or registered as personal lease vehicle<br>Passed safety inspection |
| 03/15/2011 | | New York Motor Vehicle Dept. Buffalo, NY | Title issued or updated<br>First owner reported<br>Titled or registered as personal lease vehicle<br>Loan or lien reported |
| 01/25/2012 | 9,277 | New York Inspection Station | Passed safety inspection<br>Emissions inspection performed<br><br>View what was inspected |
| 01/30/2013 | | New York Motor Vehicle Dept. East Amherst, NY | Registration issued or renewed<br>Titled or registered as personal lease vehicle<br>Passed safety inspection<br>Registration updated when owner moved the vehicle to a new location |
| 02/27/2013 | 23,673 | New York Inspection Station | Passed safety inspection<br>Passed emissions inspection<br><br>View what was inspected |
| 01/27/2014 | 30,622 | Auto Auction Pennsylvania | Vehicle sold at auction |

Millions of used vehicles

EXHIBIT C TO COMPLAINT          Page 2 of 5

2/26/2018                  CARFAX Vehicle History Report for this 2011 CADILLAC CTS: 1G6D25EY9B0131781

are bought and sold at auction every year.

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 02/03/2014 | 30,632 | Kutztown Auto Co.<br>Fleetwood, PA<br>610-683-8800<br>kutztownauto.com | Pre-delivery inspection completed<br>Maintenance inspection completed<br>Weatherstrip replaced<br>Steering column replaced<br>Interior trim checked<br>Steering/suspension checked<br>Oil and filter changed |
| 02/03/2014 | | Inspection Station | Passed emissions inspection |
| 02/04/2014 | | Dealer Inventory | Vehicle offered for sale |
| 02/12/2014 | | Kutztown Auto Co.<br>Fleetwood, PA<br>610-683-8800<br>kutztownauto.com | Seat or seat upholstery repaired |
| 02/19/2014 | | Pennsylvania<br>Motor Vehicle Dept.<br>Fleetwood, PA<br>Title #7297771101 CS | Title issued or updated<br>Dealer took title of this vehicle<br>while it was in inventory |
| 03/07/2014 | | Kutztown Auto Co.<br>Fleetwood, PA<br>610-683-8800<br>kutztownauto.com | Pinstripe(s) installed |
| 05/06/2014 | | Cadillac Certified<br>Dealer<br>Fleetwood, PA | Offered for sale as a Certified Pre-owned<br>Cadillac<br><br>Silver exterior |
| 09/24/2014 | | Kutztown Auto Co.<br>Fleetwood, PA<br>610-683-8800<br>kutztownauto.com | Vehicle serviced |
| 12/31/2014 | | Kutztown Auto Co.<br>Fleetwood, PA<br>610-683-8800<br>kutztownauto.com | Vehicle sold |

## Owner 2

| | |
|---|---|
| Purchased: | 2014 |
| Type: | Personal |
| Where: | Pennsylvania, New Jersey |
| Est. miles/year: | 10,301/yr |
| Est. length owned: | 12/31/14 - 9/19/17<br>(2 yrs. 8 mo.) |

**Low mileage!** This owner drove less than the industry average of 15,000 miles per year.

| Date: | Mileage: | Source: | Comments: |
|---|---|---|---|
| 12/31/2014 | 31,978 | Pennsylvania<br>Motor Vehicle Dept. | Vehicle purchase reported |
| 01/02/2015 | 31,979 | Kutztown Auto Co.<br>Fleetwood, PA<br>610-683-8800<br>kutztownauto.com | Emission system checked<br>Emissions or safety inspection performed |
| 01/02/2015 | | Inspection Station | Passed emissions inspection |
| 01/07/2015 | | Pennsylvania<br>Motor Vehicle Dept.<br>New Tripoli, PA<br>Title #7297771102 FR | Title issued or updated<br>New owner reported<br>Loan or lien reported |
| 12/11/2015 | 41,207 | Inspection Station | Passed emissions inspection |
| 08/18/2016 | 48,914 | Feinour's Automotive<br>New Tripoli, PA<br>610-298-8921 | Oil and filter changed<br>Air filter replaced |
| 12/05/2016 | 53,100 | Inspection Station | Passed emissions inspection |
| 12/06/2016 | | Feinour's Automotive<br>New Tripoli, PA<br>610-298-8921 | Wiper(s) replaced<br>Tires rotated<br>Oil and filter changed<br>Safety inspection performed<br>Emissions inspection performed<br>Emissions or safety inspection performed |
| 03/08/2017 | 56,083 | Feinour's Automotive | Cabin air filter replaced/cleaned |

EXHIBIT C TO COMPLAINT          Page 3 of 5

2/26/2018                    CARFAX Vehicle History Report for this 2011 CADILLAC CTS: 1G6D25EY9B0131781

|  |  | New Tripoli, PA<br>610-298-8921 | Air filter checked<br>Fluids checked<br>Oil and filter changed<br>Tire condition and pressure checked<br>Body lubricated<br>Light bulb(s) replaced<br>Daytime running light bulb(s) replaced |
| --- | --- | --- | --- |
| 09/19/2017 |  | Raceway Kia of<br>Freehold<br>Freehold, NJ<br>732-462-4422<br>racewaykia.com | Vehicle offered for sale |
| 09/30/2017 |  | Raceway Kia of<br>Freehold<br>Freehold, NJ<br>732-462-4422<br>racewaykia.com | Nitrogen fill tires<br>Air filter replaced<br>Front brake pads replaced<br>Brake rotor(s) resurfaced<br>Rear brake pads replaced<br>Airbag clockspring/reel replaced<br>Wiper(s) replaced |
| 11/01/2017 | 61,218 | New Jersey<br>Motor Vehicle Dept.<br>Freehold, NJ<br>Title<br>#SL20173050216 | Title issued or updated<br>Dealer took title of this vehicle<br>while it was in inventory<br>Vehicle color noted as Silver |
| 11/04/2017 |  | Dealer Inventory | Vehicle offered for sale |
| 01/22/2018 | 61,333 | Raceway Kia of<br>Freehold<br>Freehold, NJ<br>732-462-4422<br>racewaykia.com | Vehicle sold |
| 01/26/2018 | 61,339 | Raceway Kia of<br>Freehold<br>Freehold, NJ<br>732-462-4422<br>racewaykia.com | Maintenance inspection completed |
| 02/02/2018 |  | New Jersey<br>Motor Vehicle Dept.<br>Jackson, NJ | Registration issued or renewed<br>Vehicle color noted as Silver |

**🧍 Owner 3**
Purchased: 2018
Type: Personal
Where: New Jersey
Est. length owned: 2/2/18 – present (24 days)

| Date: | Mileage: | Source: | Comments: |
| --- | --- | --- | --- |
| 02/02/2018 |  | New Jersey<br>Motor Vehicle Dept.<br>Jackson, NJ<br>Title<br>#GD20180330772 | Title issued or updated<br>New owner reported<br>Loan or lien reported<br>Vehicle color noted as Silver |

> Avoid financial headaches. Make sure the loan has been paid off if you're buying from a private seller.

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

---

**CARFAx  Glossary**                                                        View Full Glossary

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Inspections**
Many states or counties require annual or biennial emissions and/or safety inspections. Odometer readings are collected at the time of the inspection.

**New Owner Reported**

EXHIBIT C TO COMPLAINT          Page 4 of 5

2/26/2018                    CARFAX Vehicle History Report for this 2011 CADILLAC CTS: 1G6D25EY9B0131781

When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

**Follow Us:**   facebook.com/CARFAX       @CarfaxReports       CARFAX on Google+

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. CARFAX®
© 2018 CARFAX, Inc., a unit of IHS Inc. All rights reserved.
Covered by United States Patent Nos. 7,113,853; 7,778,841; 7,596,512, 8,600,823; 8,595,079; 8,606,648; 7,505,838.
2/26/18 10:01:12 AM (EST)

I have reviewed and received a copy of the CARFAX Vehicle History Report for this 2011 CADILLAC CTS vehicle (VIN: 1G6D25EY9B0131781), which is based on information supplied to CARFAX and available as of 2/26/18 at 10:01 AM (EST).

| Customer Signature | Date | Dealer Signature | Date |

EXHIBIT C TO COMPLAINT          Page 5 of 5

**From: Hubert, Logan** <Logan.Hubert@libertymutual.com>
Date: Fri, Feb 23, 2018 at 3:20 PM
Subject: RE: Claim# 036925089
To: Alan Salit <alan@salitautosales.com>

Good Afternoon Mr. Salit

Please see attached estimate for damages to your vehicle. Also I have attached the valuation for your car. Please review. Let me know once you have had the time to review.

Best Regards

**Logan Hubert**
Claims Resolution Representative
U.S. Consumer Markets, APD
Liberty Mutual Insurance
PO BOX 515097
Los Angeles, CA 90051
Direct Phone: 407-871-5523



AUTO | HOME | LIFE

**From:** Alan Salit [mailto:alan@salitautosales.com]
**Sent:** Friday, March 02, 2018 1:57 PM
**To:** Hubert, Logan <Logan.Hubert@LibertyMutual.com>
**Cc:** Wyckoff, Shane <SHANE.WYCKOFF@LibertyMutual.com>
**Subject:** Re: Claim# 036925089

Logan,

I have done some research on the valuation you provided, which I mentioned was valued way too low. In addition to my findings, there are also a few attachments to this e-mail. I will list point by point.

1. On our vehicle condition, there is a $586 deduction for wear. $327 for seat wear and $259 for exterior trim wear. While I can somewhat agree with the seat wear, I visually inspected the vehicle myself, and I can not find any exterior trim wear. Please provide photos taken by the appraiser as to the location of the exterior trim wear, or I request that deduction be reversed.

2. I will now begin to go into the flaws of the comps chosen.

a. If you look closely, comp 1 is our vehicle; the same vehicle that is being valued. I think it is absurd that our advertisement (which is the loss vehicle) is being used. What I find troubling about it is the adjustments. I agree that there is a 2,800 mile difference, as it was being used by one of the owners

EXHIBIT D TO COMPLAINT          Page 1 of 6

until your insured totaled it. The adjustment for options should be $0, as it is the exact vehicle in question that you appraised. Also, the adjustment for condition should be the same as the appraiser found (less the adjustment for the exterior wear as noted above), as you inspected the exact vehicle that it is being compared to. I do not see how there is a $1,243 condition adjustment on the exact vehicle in question that you took off $586 for. This also bring up why I would argue with the condition adjustment on any of the other comps.

 b. Comp 2 had prior damage to a majority of its exterior. I am attaching the carfax for Comp 2. Scroll to 01/07/2016 to see the various damage reported. The previous damage to this vehicle lowers it's inherent value and should be accounted for properly. A vehicle with that much reported damage affects value by about 10%.

 c. Comp 3 isn't even a valid comp. You have comp 3 listed as an AWD (All Wheel Drive) Performance Sedan, when in reality, it is a base model RWD (Rear Wheel Drive). I am attaching the Carfax as well for Comp 3. You will notice on the top how it decodes the model and the drivetrain. Refer back to the comp 2 Carfax and you will see that it does show as an AWD Performance Sedan to show that Carfax decodes the VIN properly. I even entered the VIN in my inventory system and came up with the same information. The dealer who was selling this vehicle obviously advertised it wrong, because the VIN number decodes it otherwise. I am attaching the Carfax to our vehicle as well to show that it decodes properly. The valuation is flawed because no one does any homework on any of the comps. I noticed this major, possibly fraudulent error, in less than 60 seconds.

 d. Comp 4 does not list information like the first 3, but the Carfax is clean, and it is the model which is shown, according to the VIN. Consequently, the adjusted comparable price is right in line with the valuation I just performed with NADA, KBB and Edmunds. I could run them again and send you a printout if you would like, just let me know.

3. I have done time looking online, and I have located 2 other comps that should be used. I would recommend to use these 2 comps I am stating, plus the comp 4 listed on your report. These 2 comps more closely reflect the total loss vehicle, as they are both the Performance Sedan as well as RWD. Here are the links. If you can not click on the links for some reason, I am also attaching a pdf of the ad that I printed.
   1. https://www.autotrader.com/cars-for-sale/vehicledetails.xhtml?listingId=477975391
   2. https://www.autotrader.com/cars-for-sale/vehicledetails.xhtml?listingId=474285677

4. I would like some clarification as to why each vehicle starts with a condition adjustment of $1,243. I assume it is some mathematical number attributed across the board, but that is not accurate as seen by the deduction indicated on Comp 1 versus the actual appraisal performed by Liberty Mutual. You take vehicles that are advertised by dealers and automatically attribute a negative condition adjustment when the said vehicle was not inspected by your appraisers. Being in the business, I would challenge your assertion that each car should be deducted in condition value. My experience shows that condition issues are adjusted for in the vehicle list price by the selling dealer.

EXHIBIT D TO COMPLAINT          Page 2 of 6

5. I would be amiss if I did not also mention my experience with Liberty Mutual's claim department to date. Yes, it took me 2 weeks to obtain the police report, but that was because the police did not have it ready until then. I made contact with Liberty Mutual the day I received the police report. I was given the name and number of the adjuster. I sent an e-mail and left a voicemail, but never heard back. After calling a few days later, I was told that the person I was contacting was not my adjuster. I was given your information and then made contact with you. They informed me that you were not in the office, but your team would handle your calls and e-mails; which did not happen. I left voicemails and e-mails, but did not receive a response. I waited until after your voicemail said you'd be back, and tried again. It took me 2 weeks to speak to anyone from Liberty Mutual about my claim. I personally find that unprofessional and unacceptable. For this reason, I am also cc'ing your team leader.

 I would like to try and settle this claim quickly, but my vehicle is provably worth $2,200 to $2,700 more than this flagrantly flawed valuation. As I mentioned, we purchased this vehicle for more than you value it at, which is absurd!

Please review this information with your supervisor and get back to me with a considerably better valuation.

Also, this vehicle is on our premises, not incurring storage charges, so it will stay here until we agree on a settlement amount.

Lastly, I received the UPS envelope from you today. One thing I will need for when we settle this, is who's name will be filled out as the buyer on the back of the title. I am not allowed, nor is it safe, to send a signed title to anyone.

Thank you

Alan Salit


On Mon, Mar 5, 2018 at 3:28 PM, Wyckoff, Shane <SHANE.WYCKOFF@libertymutual.com> wrote:
Mr. Salit,

I've reviewed your email and think we need to take a deeper dive into this for you. We will get back to you tomorrow to discuss this in greater detail.

All the best,

**Shane Wyckoff**
Claims Team Manager
Auto Physical Damage
Liberty Mutual Insurance
PO Box 515097
Los Angeles, CA 90051-5097
Toll Free: 800-637-0757 x87181
Fax: 877-202-4607

**Track your claim anytime, anywhere with your online account at www.LibertyMutual.com**
View claim status and policy details  |  Upload photos and documents  |  Schedule an inspection



**From:** Alan Salit [mailto:alan@salitautosales.com]
**Sent:** Monday, March 05, 2018 4:10 PM
**To:** Wyckoff, Shane <SHANE.WYCKOFF@LibertyMutual.com>
**Cc:** Hubert, Logan <Logan.Hubert@LibertyMutual.com>
**Subject:** Re: Claim# 036925089

 Thank you for getting back to me. If you call tomorrow, please try to call after 2PM if possible.

Alan Salit

On Tue, Mar 6, 2018 at 7:00 AM, Wyckoff, Shane <SHANE.WYCKOFF@libertymutual.com> wrote:
Mr. Salit,

We'll give you a call sometime around 2:45-3:00 pm today. If you happen to be available before then please send me or Logan an email and we'll do our very best to make ourselves available for you.

Regards,

**Shane Wyckoff**
Claims Team Manager
Auto Physical Damage
Liberty Mutual Insurance
PO Box 515097
Los Angeles, CA 90051-5097
Toll Free: 800-637-0757 x87181
Fax: 877-202-4607

**Track your claim anytime, anywhere with your online account at www.LibertyMutual.com**
View claim status and policy details  |  Upload photos and documents  |  Schedule an inspection



On Tue, Mar 6, 2018 at 9:33 AM, Alan Salit <alan@salitautosales.com> wrote:

I am available now up until about 10 if that works for you.

**From:** Alan Salit [mailto:alan@salitautosales.com]
**Sent:** Tuesday, March 06, 2018 3:00 PM
**To:** Wyckoff, Shane <SHANE.WYCKOFF@LibertyMutual.com>
**Cc:** Hubert, Logan <Logan.Hubert@LibertyMutual.com>
**Subject:** Re: Claim# 036925089

 Shane,

I just spoke to Logan. As I mentioned to Logan, I am offended by the amount offered. The thing that bothers me the most is that I did all of this work which should have been done by your department. I noticed serious and flagrant flaws with your comps, and there was also money taken off for trim damage which doesn't even exist.

It makes me wonder what would happen if I was a private individual and not a dealer with all of the research and knowledge available to me.

If we can not come to an agreement by the end of today, I will be forwarding all of the documents and correspondence to my lawyer who will then handle it for me.

I don't want to go that route, but when you offer me less than I even own the vehicle for, that forces my hand.

If you want to reach out to me directly by phone, feel free to. Also, please make sure to send me the updated valuation so I can have it ready for the lawyer if need be.

Alan Salit

From: **Wyckoff, Shane <SHANE.WYCKOFF@libertymutual.com>**
Date: Tue, Mar 6, 2018 at 4:33 PM
Subject: RE: Claim# 036925089
To: Alan Salit <alan@salitautosales.com>
Cc: "Hubert, Logan" <Logan.Hubert@libertymutual.com>

Mr. Salit,

 I apologize for any inconvenience however we did take a 2nd look at the total loss evaluation and addressed the discrepancies you pointed out. The total loss evaluation is attached for your review.

If you're not in agreement with the evaluation please feel free to consider other options including pursuing a claim through your insurance company and/or passing Logan's information along to your attorney and have them reach out at their convenience.

All the best,

**Shane Wyckoff**

Claims Team Manager
Auto Physical Damage
Liberty Mutual Insurance
PO Box 515097
Los Angeles, CA 90051-5097
Toll Free: 800-637-0757 x87181
Fax: 877-202-4607

**Track your claim anytime, anywhere with your online account at www.LibertyMutual.com**
View claim status and policy details  |  Upload photos and documents  |  Schedule an inspection





# MARKET VALUATION REPORT

*Prepared for WAUSAU UNDERWRITERS INSURANCE COMPANY*



## REPORT SUMMARY



### CLAIM INFORMATION

| | |
|---|---|
| Owner | Salit Auto Sales |
| | 1855 Woodbridge Ave,,null |
| | Edison, NJ 08817-5123 |
| Loss Vehicle | 2011 Cadillac CTS Sedan |
| | Performance RWD |
| Loss Incident Date | 01/31/2018 |
| Claim Reported | 03/06/2018 |



### INSURANCE INFORMATION

| | |
|---|---|
| Report Reference Number | 87874748 |
| Claim Reference | 036925089-0003 |
| Adjuster | Hubert, Logan |
| Appraiser | Ullrich, Gregory |
| Odometer | 110,567 |
| Last Updated | 03/06/2018 08:25 AM |



### VALUATION SUMMARY

| | |
|---|---|
| **Base Vehicle Value** | **$ 8,659.00** |
| Condition Adjustment | - $ 247.00 |
| **Adjusted Vehicle Value** | **$ 8,412.00** |
| Vehicular Tax (6.63%) | + $ 557.30 |
| Tax reflects applicable state, county and municipal taxes. | |

| **Total** | **$ 8,969.30** |
|---|---|

The total may not represent the total of the settlement as other factors (e.g. license and fees) may need to be taken into account.

---

The CCC ONE® Market Valuation Report reflects CCC Information Services Inc.'s opinion as to the value of the loss vehicle, based on information provided to CCC by WAUSAU UNDERWRITERS INSURANCE COMPANY.

Loss vehicle has 13% greater than average mileage of 98,000.

**BASE VEHICLE VALUE**

This is derived per our Valuation methodology described on the next page.

**ADJUSTED VEHICLE VALUE**

This is determined by adjusting the Base Vehicle Value to account for the actual condition of the loss vehicle and certain other reported attributes, if any, such as refurbishments and after factory equipment.

### Inside the Report

Valuation Methodology............................ 2
Vehicle Information.................................. 3
Vehicle Condition.................................... 6
Comparable Vehicles.............................. 7
Valuation Notes...................................... 10
Supplemental Information..................... 11

---

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT E TO COMPLAINT          Page 1 of 15

**CCC ONE** MARKET VALUATION REPORT

Owner: Salit Auto Sales
Claim: 036925089-0003

# VALUATION METHODOLOGY

**How was the valuation determined?**



### CLAIM INSPECTION

WAUSAU UNDERWRITERS INSURANCE COMPANY has provided CCC with the zip code where the loss vehicle is garaged, loss vehicle VIN, mileage, equipment, as well as loss vehicle condition, which is used to assist in determining the value of the loss vehicle.



### DATABASE REVIEW

CCC maintains an extensive database of vehicles that currently are or recently were available for sale in the U.S. This database includes vehicles that CCC employees have physically inspected, as well as vehicles advertised for sale by dealerships or private parties. All of these sources are updated regularly.

### SEARCH FOR COMPARABLES

When a valuation is created the database is searched and comparable vehicles in the area are selected. The zip code where the loss vehicle is garaged determines the starting point for the search. Comparable vehicles are similar to the loss vehicle based on relevant factors.



### CALCULATE BASE VEHICLE VALUE

Adjustments to the price of the selected comparable vehicles are made to reflect differences in vehicle attributes, including mileage and options. Dollar adjustments are based upon market research.

Finally, the Base Vehicle Value is the weighted average of the adjusted values of the comparable vehicles based on the following factors:

- Source of the data (such as inspected versus advertised)
- Similarity (such as equipment, mileage, and year)
- Proximity to the loss vehicle's primary garage location
- Recency of information



© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT E TO COMPLAINT      Page 2 of 15

 MARKET VALUATION REPORT

Owner: Salit Auto Sales
Claim: 036925089-0003

# 🚗 VEHICLE INFORMATION

## VEHICLE DETAILS

| | |
|---|---|
| Location | EDISON, NJ 08817-5123 |
| VIN | 1G6DJ5EY3B0110539 |
| Year | 2011 |
| Make | Cadillac |
| Model | CTS Sedan |
| Trim | Performance |
| Body Style | RWD |
| Body Type | Sedan |
| Engine - | |
| Cylinders | 6 |
| Displacement | 3.0L |
| Fuel Type | Gasoline |
| Carburation | SIDI |
| Transmission | Automatic Transmission |

Vehicles sold in the United States are required to have a manufacturer assigned Vehicle Identification Number(VIN). This number provides certain specifications of the vehicle.

Please review the information in the Vehicle Information Section to confirm the reported mileage and to verify that the information accurately reflects the options, additional equipment or other aspects of the loss vehicle that may impact the value.

## VEHICLE ALLOWANCES

| Odometer | 110,567 | - 823 |
|---|---|---|
| **Options** | | |
| Remote Starter | Reported | + 61 |
| Ventilated Seats | Reported | + 90 |
| CD Changer/Stacker | Reported | + 300 |
| Positraction | Not Present | - 45 |
| Parking Sensors | Reported | + 95 |

Reported* Option(s) added after initial valuation

Allowances are factors influencing the value of the loss vehicle when compared to a typical vehicle. The typical vehicle is a vehicle of the same year, make, and model as the loss vehicle, including average mileage, and all standard equipment. These allowances are displayed for illustrative purposes only.

The Base Vehicle Value is calculated from the comparable vehicles with adjustments to reflect the loss vehicle configuration

## VEHICLE HISTORY SUMMARY

| CCC VINguard® | | |
|---|---|---|
| | 4 Vehicle Market History Information | 01/02/2018 |
| Experian AutoCheck | Title Check | |
| Insurance Services Organization/ National Insurance Crime Bureau | 2 Records Found | |
| National Highway Traffic Safety Administration | 2 Recalls | |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT E TO COMPLAINT      Page 3 of 15

 **MARKET VALUATION REPORT** | Owner: Salit Auto Sales
Claim: 036925089-0003

# 🚙 VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| **Odometer** | 110,567 | |
| **Transmission** | Automatic Transmission | ✓ |
| **Power** | Power Steering | ✓ |
| | Power Brakes | ✓ |
| | Power Windows | ✓ |
| | Power Locks | ✓ |
| | Power Mirrors | ✓ |
| | Power Driver Seat | ✓ |
| | Power Passenger Seat | ✓ |
| | Power Trunk/Gate Release | ✓ |
| **Decor/Convenience** | Air Conditioning | ✓ |
| | Climate Control | ✓ |
| | Tilt Wheel | ✓ |
| | Cruise Control | ✓ |
| | Rear Defogger | ✓ |
| | Intermittent Wipers | ✓ |
| | Console/Storage | ✓ |
| | Memory Package | ✓ |
| | Keyless Entry | ✓ |
| | Telescopic Wheel | ✓ |
| | Message Center | ✓ |
| | Home Link | ✓ |
| | Remote Starter | 📄 |
| | Wood Interior Trim | 📄 |
| **Seating** | Bucket Seats | ✓ |
| | Reclining/Lounge Seats | ✓ |
| | Leather Seats | ✓ |
| | Heated Seats | ✓ |
| | Ventilated Seats | 📄 |
| **Radio** | AM Radio | ✓ |
| | FM Radio | ✓ |
| | Stereo | ✓ |

To the left is the equipment of the loss vehicle that WAUSAU UNDERWRITERS INSURANCE COMPANY provided to CCC.

✓ **Standard** This equipment is included in the base configuration of the vehicle at time of purchase.

📄 **Additional** Equipment that is not Standard but was noted to be on the loss vehicle.

 **MARKET VALUATION REPORT**

Owner: Salit Auto Sales
Claim: 036925089-0003

# 🚌 VEHICLE INFORMATION

### VEHICLE EQUIPMENT

| | | |
|---|---|---|
| | Search/Seek | ✔ |
| | CD Player | ✔ |
| | Steering Wheel Touch Controls | ✔ |
| | Auxiliary Audio Connection | ✔ |
| | Premium Radio | ✔ |
| | Satellite Radio | ✔ |
| | CD Changer/Stacker | 📋 |
| **Wheels** | Aluminum/Alloy Wheels | ✔ |
| **Safety/Brakes** | Air Bag (Driver Only) | ✔ |
| | Passenger Air Bag | ✔ |
| | Anti-lock Brakes (4) | ✔ |
| | 4-wheel Disc Brakes | ✔ |
| | Front Side Impact Air Bags | ✔ |
| | Head/Curtain Air Bags | ✔ |
| | Parking Sensors | 📋 |
| | Communications System | ✔ |
| | Hands Free | ✔ |
| | Xenon Headlamps | ✔ |
| | Alarm | ✔ |
| | Traction Control | ✔ |
| | Stability Control | ✔ |
| **Exterior/Paint/Glass** | Dual Mirrors | ✔ |
| | Heated Mirrors | ✔ |
| | Tinted Glass | ✔ |
| | Fog Lamps | ✔ |
| | Headlamp Washers | ✔ |
| | Clearcoat Paint | 📋 |
| | Metallic Paint | 📋 |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT E TO COMPLAINT        Page 5 of 15

 **MARKET VALUATION REPORT**

Owner: Salit Auto Sales
Claim: 036925089-0003

# 🚘 VEHICLE CONDITION

## COMPONENT CONDITION

| | Condition | Inspection Notes | Value Impact |
|---|---|---|---|
| **INTERIOR** | | | |
| Seats | MAJOR WEAR | | - $ 247 |
| Carpets | NORMAL WEAR | | $ 0 |
| Dashboard | NORMAL WEAR | | $ 0 |
| Headliner | NORMAL WEAR | | $ 0 |
| **EXTERIOR** | | | |
| Sheet Metal | NORMAL WEAR | | $ 0 |
| Trim | NORMAL WEAR | No comment | $ 0 |
| Paint | NORMAL WEAR | | $ 0 |
| Glass | NORMAL WEAR | | $ 0 |
| **MECHANICAL** | | | |
| Engine | NORMAL WEAR | | $ 0 |
| Transmission | NORMAL WEAR | | $ 0 |
| **TIRES** | | | |
| Front Tires | NORMAL WEAR | Front Tires: Starting Tread Depth = 10/32 Left Front Tire Tread Depth = 6/32 Right Front Tire Tread Depth = 6/32 Percentage of Wear for Front Tires = 60.0% Condition Rating = Good | $ 0 |
| Rear Tires | NORMAL WEAR | Rear Tires: Starting Tread Depth = 10/32 Left Rear Tire Tread Depth = 6/32 Right Rear Tire Tread Depth = 6/32 Percentage of Wear for RearTires = 60.0% Condition Rating = Good | $ 0 |
| **Total Condition Adjustments** | | | **- $ 247** |

WAUSAU UNDERWRITERS INSURANCE COMPANY uses condition inspection guidelines to determine the condition of key components of the loss vehicle prior to the loss. The guidelines describe physical characteristics for these key components, for the condition selected based upon age. Inspection Notes reflect observations from the appraiser regarding the loss vehicle's condition.

CCC makes dollar adjustments that reflect the impact the reported condition has on the value of the loss vehicle as compared to Normal Wear condition. These dollar adjustments are based upon interviews with dealerships across the United States.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT E TO COMPLAINT          Page 6 of 15

 **MARKET VALUATION REPORT**

Owner: Salit Auto Sales
Claim: 036925089-0003

# COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| Odometer | 110,567 | 111,861 | 91,907 | 91,000 |
| Automatic Transmission | ✓ | ✓ | ✓ | ✓ |
| Overdrive | ✗ | ✓ | ✓ | ✓ |
| 4 Wheel Drive | ✗ | ✓ | ✓ | ✓ |
| Power Steering | ✓ | ✓ | ✓ | ✓ |
| Power Brakes | ✓ | ✓ | ✓ | ✓ |
| Power Windows | ✓ | ✓ | ✓ | ✓ |
| Power Locks | ✓ | ✓ | ✓ | ✓ |
| Power Mirrors | ✓ | ✓ | ✓ | ✓ |
| Power Driver Seat | ✓ | ✓ | ✓ | ✓ |
| Power Passenger Seat | ✓ | ✗ | ✓ | ✓ |
| Power Trunk/Gate Release | ✓ | ✓ | ✓ | ✓ |
| Air Conditioning | ✓ | ✓ | ✓ | ✓ |
| Climate Control | ✓ | ✓ | ✓ | ✓ |
| Tilt Wheel | ✓ | ✓ | ✓ | ✓ |
| Cruise Control | ✓ | ✓ | ✓ | ✓ |
| Rear Defogger | ✓ | ✓ | ✓ | ✓ |
| Intermittent Wipers | ✓ | ✓ | ✓ | ✓ |
| Console/Storage | ✓ | ✓ | ✓ | ✓ |
| Memory Package | ✓ | ✗ | ✓ | ✓ |
| Navigation System | ✗ | ✗ | ✓ | ✗ |
| Keyless Entry | ✓ | ✓ | ✓ | ✓ |
| Telescopic Wheel | ✓ | ✓ | ✓ | ✓ |
| Message Center | ✓ | ✓ | ✓ | ✓ |
| Home Link | ✓ | ✗ | ✓ | ✓ |
| Remote Starter | ✓ | ✗ | ✗ | ✗ |
| Wood Interior Trim | ✓ | ✗ | ✓ | ✗ |
| Bucket Seats | ✓ | ✓ | ✓ | ✓ |
| Reclining/Lounge Seats | ✓ | ✓ | ✓ | ✓ |
| Leather Seats | ✓ | ✓ | ✓ | ✓ |
| Heated Seats | ✓ | ✗ | ✓ | ✓ |
| Ventilated Seats | ✓ | ✗ | ✗ | ✗ |
| AM Radio | ✓ | ✓ | ✓ | ✓ |
| FM Radio | ✓ | ✓ | ✓ | ✓ |
| Stereo | ✓ | ✓ | ✓ | ✓ |
| Search/Seek | ✓ | ✓ | ✓ | ✓ |
| CD Player | ✓ | ✓ | ✓ | ✓ |
| Steering Wheel Touch Controls | ✓ | ✓ | ✓ | ✓ |
| Auxiliary Audio Connection | ✓ | ✓ | ✓ | ✓ |
| Premium Radio | ✓ | ✓ | ✓ | ✓ |

**Comp 1**    Updated Date: 02/22/2018
**2011 Cadillac Cts Sedan Awd 6 3.0l Gasoline Sidi**
**VIN** 1G6DC5EY7B0130139
**Dealership** Scott Cars Used
**Telephone** (610) 791-1221
**Source** Dealer Ad
**Stock #** 61617RS
**Distance from Edison, NJ**
56 Miles - Allentown, PA

**Comp 2**    Updated Date: 01/26/2018
**2011 Cadillac Cts Sedan Luxury Awd 6 3.0l Gasoline Sidi**
**VIN** 1G6DG5EYXB0130432
**Dealership** Auto Direct Cars Llc
**Telephone** (866) 520-4592
**Source** Autotrader
**Stock #** 30432
**Distance from Edison, NJ**
41 Miles - Beverly, NJ

**Comp 3**    Updated Date: 02/08/2018
**2011 Cadillac Cts Sedan Performance Awd 6 3.0l Gasoline Sidi**
**VIN** 1G6DL5EY6B0123344
**Dealership** Jojos Auto Sales
**Telephone** (856) 251-9200
**Source** Dealer Ad
**Stock #** 123344-51
**Distance from Edison, NJ**
61 Miles - Woodbury, NJ

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

[1]The **Condition Adjustment** sets that comparable vehicle to Normal Wear condition, which the loss vehicle is also

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT E TO COMPLAINT

 **CCC ONE** MARKET VALUATION REPORT | Owner: Salit Auto Sales
Claim: 036925089-0003

# 🔍 COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| Satellite Radio | ✔ | ✔ | ✔ | ✔ |
| CD Changer/Stacker | ✔ | ✘ | ✔ | ✘ |
| Aluminum/Alloy Wheels | ✔ | ✔ | ✔ | ✔ |
| Electric Glass Roof | ✘ | ✘ | ✔ | ✘ |
| Skyview Roof | ✘ | ✘ | ✔ | ✘ |
| Drivers Side Air Bag | ✔ | ✔ | ✔ | ✔ |
| Passenger Air Bag | ✔ | ✔ | ✔ | ✔ |
| Anti-lock Brakes (4) | ✔ | ✔ | ✔ | ✔ |
| 4-wheel Disc Brakes | ✔ | ✔ | ✔ | ✔ |
| Front Side Impact Air Bags | ✔ | ✔ | ✔ | ✔ |
| Head/Curtain Air Bags | ✔ | ✔ | ✔ | ✔ |
| Parking Sensors | ✔ | ✘ | ✔ | ✘ |
| Rear Side Impact Air Bags | ✘ | ✔ | ✘ | ✘ |
| Communications System | ✔ | ✔ | ✔ | ✔ |
| Hands Free | ✔ | ✔ | ✔ | ✔ |
| Xenon Headlamps | ✔ | ✘ | ✘ | ✔ |
| Alarm | ✔ | ✘ | ✔ | ✔ |
| Traction Control | ✔ | ✔ | ✔ | ✔ |
| Stability Control | ✔ | ✔ | ✔ | ✔ |
| Dual Mirrors | ✔ | ✔ | ✔ | ✔ |
| Heated Mirrors | ✔ | ✔ | ✔ | ✔ |
| Tinted Glass | ✔ | ✔ | ✔ | ✔ |
| Fog Lamps | ✔ | ✘ | ✘ | ✔ |
| Headlamp Washers | ✔ | ✘ | ✘ | ✔ |
| Clearcoat Paint | ✔ | ✘ | ✘ | ✘ |
| Metallic Paint | ✔ | ✘ | ✘ | ✘ |
| **List Price** | | $ 9,991 | $ 12,470 | $ 11,999 |
| **Adjustments:** | | | | |
| Make/Model/Trim | | - $ 475 | - $ 1,350 | - $ 925 |
| Options | | + $ 501 | - $ 184 | + $ 501 |
| Mileage | | + $ 69 | - $ 1,277 | - $ 1,341 |
| Condition¹ | | - $ 1,186 | - $ 1,186 | - $ 1,186 |
| **Adjusted Comparable Value** | | **$ 8,900** | **$ 8,473** | **$ 9,048** |

compared to in the Vehicle Condition section.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

 **CCC ONE** MARKET VALUATION REPORT | Owner: Salit Auto Sales
Claim: 036925089-0003

# 🔍 COMPARABLE VEHICLES

## 🚗 ADDITIONAL COMPARABLE VEHICLES

| Source | Vehicle | Price | Adjusted Comparable Value |
|---|---|---|---|
| **Comp 4**<br>Source: Dealer Ad<br>Macon Auto Sales<br>Wilmington, DE<br>(302) 525-0379<br>84 Miles From Edison, NJ | **2011 Cadillac Cts Sedan Awd 6 3.0l Gasoline Sidi**<br>Odometer: 112,996<br>VIN: 1G6DC5EY2B0120442<br>Updated Date: 12/08/2017 | $ 10,495<br>(List) | $ 8,700 |
| **Comp 5**<br>Source: Autotrader<br>Performance Auto Inc.<br>Bohemia, NY<br>(866) 459-7577<br>69 Miles From Edison, NJ | **2011 Cadillac Cts Sedan Luxury Awd 6 3.0l Gasoline Sidi**<br>Odometer: 134,608<br>VIN: 1G6DG5EYXB0134710<br>Stock #: 134710<br>Updated Date: 02/01/2018 | $ 9,892<br>(List) | $ 8,013 |
| **Comp 6**<br>Source: Dealer Ad<br>Cicchino Auto Sales<br>Millville, NJ<br>(856) 825-8278<br>85 Miles From Edison, NJ | **2011 Cadillac Cts Sedan Rwd 6 3.0l Gasoline Sidi**<br>Odometer: 131,667<br>VIN: 1G6DA5EY9B0163987<br>Stock #: 10148<br>Updated Date: 02/09/2018 | $ 7,999<br>(List) | $ 8,315 |
| **Comp 7**<br>Source: Autotrader<br>J&m Automotive<br>Naugatuck, CT<br>(203) 723-5666<br>97 Miles From Edison, NJ | **2011 Cadillac Cts Sedan Luxury Awd 6 3.0l Gasoline Sidi**<br>Odometer: 85,140<br>VIN: 1G6DG5EY5B0133626<br>Stock #: 113626<br>Updated Date: 02/14/2018 | $ 11,995<br>(List) | $ 8,227 |
| **Comp 8**<br>Source: Dealer Ad<br>Memory Lane Automotive<br>Ephrata, PA<br>(717) 738-2848<br>96 Miles From Edison, NJ | **2011 Cadillac Cts Sedan Luxury Awd 6 3.0l Gasoline Sidi**<br>Odometer: 91,231<br>VIN: 1G6DG5EY3B0100382<br>Stock #: 100382<br>Updated Date: 02/09/2018 | $ 13,495<br>(List) | $ 9,373 |

**Additional Comparable Vehicles** are in summary format, but are adjusted the same as those on the previous page.

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

 **MARKET VALUATION REPORT**

Owner: Salit Auto Sales
Claim: 036925089-0003

## VALUATION NOTES

03/06/2018 08:25 - Condition Comments changed after Valuation

03/06/2018 08:25 - Condition Ratings changed after Valuation

This Market Valuation Report has been prepared exclusively for use by WAUSAU UNDERWRITERS INSURANCE COMPANY, and no other person or entity is entitled to or should rely upon this Market Valuation Report and/or any of its contents. CCC is one source of vehicle valuations, and there are other valuation sources available.

Regulations concerning vehicle value include New Jersey Administrative Code 11:3-10.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT E TO COMPLAINT          Page 10 of 15

CCC ONE. MARKET VALUATION REPORT

Owner: Salit Auto Sales
Claim: 036925089-0003

# SUPPLEMENTAL INFORMATION

 **VEHICLE HISTORY INFORMATION**

**VINguard®**

VINguard® Message: VINguard has decoded this VIN without any errors

**ISO Vehicle History:**

| | |
|---|---|
| **Number of times reported to ISO:** | 2 |
| **ISO's file number:** | H0269415343 |
| Loss date: | 01/31/2018 |
| Phone: | 8004866152 |
| Claim ref: | 036925089 |
| ISO notified: | 02/21/2018 |
| Loss date: | 01/21/2018 |
| Phone: | 8775287878 |
| Claim ref: | 2850277ID1ID420994 |

**Vehicle Market History Information:**

| | |
|---|---|
| This vehicle was reported to CCC on 11/07/2017 | Mileage: 107852 |
| Location: AutoTrader in EDISON, NJ | |
| This vehicle was reported to CCC on 11/07/2017 | Mileage: 107852 |
| Location: AutoTrader in EDISON, NJ | |
| This vehicle was reported to CCC on 01/02/2018 | Mileage: 107852 |
| Location: AutoTrader in EDISON, NJ | |
| This vehicle was reported to CCC on 01/02/2018 | Mileage: 107852 |
| Location: AutoTrader in EDISON, NJ | |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

**CCC ONE** MARKET VALUATION REPORT | Owner: Salit Auto Sales
Claim: 036925089-0003

# SUPPLEMENTAL INFORMATION

 **EXPERIAN® AUTOCHECK® VEHICLE HISTORY REPORT**

| TITLE CHECK | RESULTS FOUND |
|---|---|
| Abandoned | ✓ No Abandoned Record Found |
| Damaged | ✓ No Damaged Record Found |
| Fire Damage | ✓ No Fire Damage Record Found |
| Grey Market | ✓ No Grey Market Record Found |
| Hail Damage | ✓ No Hail Damage Record Found |
| Insurance Loss | ⛔ Insurance Loss Record Found |
| Junk | ✓ No Junk Record Found |
| Rebuilt | ✓ No Rebuilt Record Found |
| Salvage | ✓ No Salvage Record Found |

| EVENT CHECK | RESULTS FOUND |
|---|---|
| NHTSA Crash Test Vehicle | ✓ No NHTSA Crash Test Vehicle Record Found |
| Frame Damage | ✓ No Frame Damage Record Found |
| Major Damage Incident | ✓ No Major Damage Incident Record Found |
| Manufacturer Buyback/Lemon | ✓ No Manufacturer Buyback/Lemon Record Found |
| Odometer Problem | ✓ No Odometer Problem Record Found |
| Recycled | ✓ No Recycled Record Found |
| Water Damage | ✓ No Water Damage Record Found |
| Salvage Auction | ✓ No Salvage Auction Record Found |

| VEHICLE INFORMATION | RESULTS FOUND |
|---|---|
| Accident | ✓ No Accident Found |
| Corrected Title | ✓ No Corrected Title Record Found |
| Driver Education | ✓ No Driver Education Record Found |
| Fire Damage Incident | ✓ No Fire Damage Incident Record Found |
| Lease | 🔵 Lease Record Found |
| Lien | ✓ No Lien Record Found |
| Livery Use | ✓ No Livery Use Record Found |
| Government Use | ✓ No Government Use Record Found |
| Police Use | ✓ No Police Use Record Found |
| Fleet | ✓ No Fleet Record Found |
| Rental | 🔵 Rental Record Found |
| Fleet and/or Rental | 🔵 Fleet and/or Rental Record Found |
| Repossessed | ✓ No Repossessed Record Found |
| Taxi use | ✓ No Taxi use Record Found |
| Theft | ✓ No Theft Record Found |
| Fleet and/or Lease | 🔵 Fleet and/or Lease Record Found |
| Emissions Safety Inspection | ✓ No Emissions Safety Inspection Record Found |
| Duplicate Title | ✓ No Duplicate Title Record Found |

CCC provides WAUSAU UNDERWRITERS INSURANCE COMPANY information reported by Experian regarding the **2011 Cadillac CTS Sedan (1G6DJ5EY3B0110539)**. This data is provided for informational purposes. Unless otherwise noted in this Valuation Detail, CCC does not adjust the value of the loss vehicle based upon this information.

**LEGEND :**
✓ No Event Found
⛔ Event Found
🔵 Information Needed

**TITLE CHECK**
EVENT FOUND
AutoCheck's database for this loss vehicle found historical events that might indicate a significant automotive problem. These problems can indicate past automotive damage or warnings associated with the vehicle title.

**EVENT CHECK**
THIS VEHICLE CHECKS OUT
AutoCheck's result for this loss vehicle show no historical events that indicate a significant automotive problem. These problems can indicate past previous car damage, theft, or other significant problems.

**VEHICLE INFORMATION**
INFORMATION FOUND
AutoCheck found additional information on this vehicle. These records will provide more history for this loss vehicle

**ODOMETER CHECK**
THIS VEHICLE CHECKS OUT
AutoCheck's result for this loss vehicle show no indication of odometer rollback or tampering was found. AutoCheck determines odometer rollbacks by searching for records that indicate odometer readings less than a previously reported value. Other odometer events can report events of tampering, or possible odometer breakage.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT E TO COMPLAINT   Page 12 of 15

 **CCC ONE** MARKET VALUATION REPORT | Owner: Salit Auto Sales
Claim: 036925089-0003

# SUPPLEMENTAL INFORMATION

## 📖 FULL HISTORY REPORT RUN DATE: 03/06/2018

Below are the historical events for this vehicle listed in chronological order.

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 08/04/2010 | OH | 5 | Motor Vehicle Dept. | TITLE |
| 08/04/2010 | OH | | Motor Vehicle Dept. | RENTAL |
| 08/04/2010 | OH | | Motor Vehicle Dept. | TITLED OR REGISTERED AS A RENTAL VEHICLE, OR PART OF A RENTAL FLEET |
| 08/11/2010 | COLUMBUS, OH | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 08/11/2010 | COLUMBUS, OH | | Motor Vehicle Dept. | TITLED OR REGISTERED AS A RENTAL VEHICLE, OR PART OF A RENTAL FLEET |
| 09/06/2011 | COLUMBUS, OH | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 09/06/2011 | COLUMBUS, OH | | Motor Vehicle Dept. | TITLED OR REGISTERED AS A RENTAL VEHICLE, OR PART OF A RENTAL FLEET |
| 09/21/2011 | OH | 27488 | Auto Auction | REPORTED AT AUTO AUCTION |
| 10/10/2011 | OH | 27488 | Auto Auction | AUCTION ANNOUNCED AS FLEET/LEASE |
| 10/19/2011 | PALMYRA, NJ | 27488 | Motor Vehicle Dept. | TITLE |
| 10/21/2011 | PALMYRA, NJ | 27489 | Dealer Service | BRAKES SERVICED |
| 10/21/2011 | PALMYRA, NJ | | Dealer Service | LUBE, OIL AND/OR FILTER CHANGED |
| 10/21/2011 | PALMYRA, NJ | | Dealer Service | VEHICLE SERVICED |
| 10/24/2011 | PALMYRA, NJ | 27494 | Dealer Service | VEHICLE SERVICED |
| 11/16/2011 | MANTUA, NJ | 27509 | Motor Vehicle Dept. | TITLE (Lien Reported) |
| 11/30/2011 | MANTUA, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 10/05/2013 | MANTUA, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 07/07/2014 | PALMYRA, NJ | 53572 | Dealer Service | VEHICLE SERVICED |
| 07/09/2014 | PALMYRA, NJ | | Dealer Service | BATTERY SERVICED OR REPLACED |
| 07/09/2014 | PALMYRA, NJ | | Dealer Service | LUBE, OIL AND/OR FILTER CHANGED |
| 07/16/2014 | PALMYRA, NJ | 53572 | Motor Vehicle Dept. | TITLE |

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT E TO COMPLAINT

**CCC ONE** MARKET VALUATION REPORT | Owner: Salit Auto Sales
Claim: 036925089-0003

# SUPPLEMENTAL INFORMATION

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 07/29/2014 | WATERFORD WORKS, NJ | 53603 | Motor Vehicle Dept. | TITLE (Lien Reported) |
| 08/18/2014 | WATERFORD WORKS, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 03/06/2015 | WATERFORD WORKS, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 08/01/2015 | | | Independent Repair Center | VEHICLE SERVICED |
| 05/06/2016 | WATERFORD WORKS, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 11/05/2016 | | 93378 | Independent Repair Center | VEHICLE SERVICED |
| 04/07/2017 | WATERFORD WORKS, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 09/03/2017 | CHERRY HILL, NJ | | Motor Vehicle Dept. | REGISTRATION EVENT/ RENEWAL |
| 10/23/2017 | PALMYRA, NJ | 107833 | Motor Vehicle Dept. | TITLE |
| 10/30/2017 | EASTERN REGION, | 107846 | Auto Auction | REPORTED AT AUTO AUCTION AS DEALER VEHICLE |
| 10/31/2017 | EASTERN REGION, | 107846 | Auto Auction | REPORTED AT AUTO AUCTION |
| 11/13/2017 | EDISON, NJ | 107846 | Motor Vehicle Dept. | TITLE |
| 01/31/2018 | NJ | | Auto Insurance Source | VEHICLE REPORTED AS TOTAL LOSS |

**AUTOCHECK TERMS AND CONDITIONS:**

Experian's Reports are compiled from multiple sources. It is not always possible for Experian to obtain complete discrepancy information on all vehicles; therefore, there may be other title brands, odometer readings or discrepancies that apply to a vehicle that are not reflected on that vehicle's Report. Experian searches data from additional sources where possible, but all discrepancies may not be reflected on the Report.

These Reports are based on information supplied to Experian by external sources believed to be reliable, BUT NO RESPONSIBILITY IS ASSUMED BY EXPERIAN OR ITS AGENTS FOR ERRORS, INACCURACIES OR OMISSIONS. THE REPORTS ARE PROVIDED STRICTLY ON AN "AS IS WHERE IS" BASIS, AND EXPERIAN FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE REGARDING THIS REPORT.

YOU AGREE TO INDEMNIFY EXPERIAN FOR ANY CLAIMS OR LOSSES, INCLUDING COSTS, EXPENSES AND ATTORNEYS FEES, INCURRED BY EXPERIAN ARISING DIRECTLY OR INDIRECTLY FROM YOUR IMPROPER OR UNAUTHORIZED USE OF AUTOCHECK VEHICLE HISTORY REPORTS.

Experian shall not be liable for any delay or failure to provide an accurate report if and to the extent which such delay or failure is caused by events beyond the reasonable control of Experian, including, without limitation, "acts of God", terrorism, or public enemies, labor disputes, equipment malfunctions, material or component shortages, supplier failures, embargoes, rationing, acts of local, state or national governments, or public agencies, utility or communication failures or delays, fire, earthquakes, flood, epidemics, riots and strikes.

These terms and the relationship between you and Experian shall be governed by the laws of the State of Illinois (USA) without regard to its conflict of law provisions. You and Experian agree to submit to the personal and exclusive jurisdiction of the courts located within the county of Cook, Illinois.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT E TO COMPLAINT     Page 14 of 15

 **MARKET VALUATION REPORT**

Owner: Salit Auto Sales
Claim: 036925089-0003

# SUPPLEMENTAL INFORMATION

## 🚗 NHTSA VEHICLE RECALL

The National Highway Traffic Safety Administration has issued 2 safety related recall notices that may apply to the above valued vehicle.

**NHTSA Campaign ID :** 14V394000

**Mfg's Report Date :** JUL 02, 2014

**Potential Number Of Units Affected :** 554,328

**Summary :** This defect can affect the safe operation of the airbag system. Until this recall is performed, customers should remove all items from their key rings, leaving only the ignition key. The key fob (if applicable), should also be removed from the key ring. General Motors LLC (GM) notified the agency on July 2, 2014 that they are recalling 554,328 model year 2003-2014 Cadillac CTS vehicles manufactured August 16, 2001, to April 28, 2014, and 2004-2006 Cadillac SRX vehicles manufactured March 20, 2003, to August 11, 2006. In these models, the weight on the key ring and/or road conditions or some other jarring event may cause the ignition switch to move out of the run position, turning off the engine.

**Consequence :** If the key is not in the run position, the air bags may not deploy if the vehicle is involved in a crash, increasing the risk of injury.

**Remedy :** GM will notify owners, and dealers will provide two replacement key rings, and vehicles with slotted keys will receive key inserts, free of charge. The manufacturer has not yet provided a notification schedule. Owners may contact Cadillac customer service at 1-800-458-8006. GM's number for this recall is 14172.

**Notes :** Owners may also contact the National Highway Traffic Safety Administration Vehicle Safety Hotline at 1-888-327-4236 (TTY 1-800-424-9153), or go to www.safercar.gov.

---

**NHTSA Campaign ID :** 14V341000

**Mfg's Report Date :** JUN 19, 2014

**Potential Number Of Units Affected :** 16,932

**Summary :** General Motors LLC (GM) is recalling certain model year 2011 Cadillac CTS vehicles manufactured October 18, 2010, to June 2, 2011. In the affected vehicles, vibrations from the drive shaft may cause the vehicle's roll over sensor to command the roof rail air bags to deploy.

**Consequence :** If the roof rail air bags deploy unexpectedly, there is an increased risk of crash and injury to the occupants.

**Remedy :** GM will notify owners, and dealers will replace the rear drive shaft assembly, free of charge. The manufacturer has not yet provided a notification schedule. Owners may contact Cadillac customer service at 1-800-458-8006. GM's number for this recall is 14233.

© Copyright 2016 CCC Information Services Inc. All Rights Reserved.

EXHIBIT E TO COMPLAINT    Page 15 of 15

From: Henry P. Wolfe
Sent: Tuesday, March 13, 2018 1:40:20 PM
To: Logan.Hubert@LibertyMutual.com; SHANE.WYCKOFF@LibertyMutual.com
Cc: alan@salitautosales.com
Subject: Claim Reference No. 036925089-0003


Mr. Logan and Mr. Wyckoff:

I am writing on behalf of Salit Auto Sales, the  3rd party claimant in the above referenced claim,
regarding your revised market valuation report of the loss vehicle issued on March 6, 2018.   Please
reply to this email, or have your legal department contact me by email with the following information:

1.     The procedure for initiating an appeal of the revised valuation with Liberty Mutual' s internal
appeal panel;

2.     A detailed response to Alan Salt's inquiry in his March 2, 2018 e-mail to you regarding the basis for
the uniform downward condition adjustment for all comparable vehicles used in the valuation (which
was $1,186 for each comp in your revised valuation report, and $1,243 in you initial valuation report).
That the deductions were uniform suggests that they were not based on actual inspections of the comp
vehicles, but the report itself does not explain the basis for the calculating the apparently standard
deductions.   Notably, the deduction was markedly inaccurate in the case of the loss vehicle, which was
treated as Comp 1 in your initial valuation and assigned a standard condition deduction of $1,243, while,
in the same report, you estimated only a $586 deduction based on an actual inspection of the vehicle
(which was subsequently reduced to $247 in your revised valuation).

Please confirm that you received this e-mail, and an estimate of when I can expect to receive a
response.

Thank you,

Henry P. Wolfe
The Wolf Law Firm, LLC
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 08902
(732) 545-7900; fax (732) 545-1030
hwolfe@wolflawfirm.net


From: "Henry P. Wolfe" <HWolfe@wolflawfirm.net>
To: "Logan.Hubert@LibertyMutual.com" <Logan.Hubert@libertymutual.com>,
"SHANE.WYCKOFF@LibertyMutual.com" <SHANE.WYCKOFF@libertymutual.com>
Cc: "alan@salitautosales.com" <alan@salitautosales.com>
Bcc:
Date: Thu, 15 Mar 2018 21:06:36 +0000
Subject: RE: Claim Reference No. 036925089-0003

Mr. Loan and Mr. Wyckoff:

EXHIBIT F TO COMPLAINT        Page 1 of 6

I have not heard from you since I wrote to you on Tuesday.   Please confirm that you received my message, and advise on the status of the requested information.

Henry P. Wolfe
The Wolf Law Firm, LLC
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 08902
(732) 545-7900; fax (732) 545-1030
hwolfe@wolflawfirm.net

From: "Henry P. Wolfe" <HWolfe@wolflawfirm.net>
To: "Tracey.Wilt@LibertyMutual.com" <Tracey.Wilt@libertymutual.com>
Cc: "alan@salitautosales.com" <alan@salitautosales.com>, "Logan.Hubert@LibertyMutual.com"
<Logan.Hubert@libertymutual.com>
Bcc:
Date: Thu, 15 Mar 2018 21:27:37 +0000
Subject: RE: Claim Reference No. 036925089-0003

Ms. Wilt,

Below, please find e-mail correspondence I sent to Shane Wyckoff earlier today, to which I received an automated out-of-office message stating that communications to Mr. Wyckoff should be directed to you in his absence.

Thanks,

Henry P. Wolfe
The Wolf Law Firm, LLC
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 08902
(732) 545-7900; fax (732) 545-1030
hwolfe@wolflawfirm.net


From: Henry P. Wolfe
Sent: Thursday, March 15, 2018 5:07 PM
To: 'Logan.Hubert@LibertyMutual.com' <Logan.Hubert@LibertyMutual.com>;
'SHANE.WYCKOFF@LibertyMutual.com' <SHANE.WYCKOFF@LibertyMutual.com>
Cc: 'alan@salitautosales.com' <alan@salitautosales.com>
Subject: RE: Claim Reference No. 036925089-0003

Mr. Loan and Mr. Wyckoff:

I have not heard from you since I wrote to you on Tuesday.   Please confirm that you received my message, and advise on the status of the requested information.

EXHIBIT F TO COMPLAINT          Page 2 of 6

Henry P. Wolfe
The Wolf Law Firm, LLC
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 08902
(732) 545-7900; fax (732) 545-1030
hwolfe@wolflawfirm.net


From: Henry P. Wolfe [mailto:HWolfe@wolflawfirm.net]
Sent: Monday, November 12, 2018 6:58 PM
To: Wilt, Tracey <TRACEY.WILT@LibertyMutual.com>; Hubert, Logan
<Logan.Hubert@LibertyMutual.com>; Wyckoff, Shane <SHANE.WYCKOFF@LibertyMutual.com>;
CLClaimReports <CLClaimReports@LibertyMutual.com>
Cc: alan@salitautosales.com

Subject: Claim Reference No. 036925089-0003 - FINAL REQUEST FOR INFORMATION


Dear Ms. Wilf, Mr. Logan and Mr. Wyckoff:

I am an attorney writing on behalf of Salit Auto Sales, the  3rd party claimant in the above referenced claim.

In March 2018, I wrote to you with questions regarding the total loss valuation issued on March 6, 2018, which you used for your settlement offer to my client (see below).  Alternatively, I requested that you refer these questions to Liberty Mutual' s legal department.

To date, you have completely ignored my requests for information.   If I do not  hear from you or another representative of Liberty Mutual regarding these requests by Friday, November 12, 2018, I will file a complaint on behalf of my client with  the New Jersey Department of Banking and Insurance.

Again, I am requesting the following information:

1.     The procedure for initiating an appeal of the revised valuation with Liberty Mutual' s internal appeal panel;

 2.     A detailed response to Alan Salt's inquiry in his March 2, 2018 e-mail to you regarding the basis for the uniform downward condition adjustment for all comparable vehicles used in the valuation (which was $1,186 for each comp in your revised valuation report, and $1,243 in you initial valuation report).  That the deductions were uniform suggests that they were not based on actual inspections of the comp vehicles, but the report itself does not explain the basis for the calculating the apparently standard deductions.

Notably, your agent CCC One, inadvertently used the loss vehicle itself as a "comp" ("Comp 1") in its initial valuation, and assigned a standard condition deduction of $1,243, while, in the same report, you estimated only a $586 deduction based on an actual inspection of the vehicle (which was subsequently reduced to $247 in a revised valuation).  This appears to be highly suspicious and perhaps fraudulent,

and my client deserves an explanation.  Again, if one is not forthcoming, a complaint will be filed with the New Jersey Department of Banking and Insurance.

Thank you for your anticipated, prompt response.

Henry P. Wolfe
The Wolf Law Firm, LLC
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 08902
(732) 545-7900; fax (732) 545-1030
hwolfe@wolflawfirm.net


From: Wyckoff, Shane <SHANE.WYCKOFF@LibertyMutual.com>
Sent: Wednesday, November 14, 2018 5:03 PM
To: Henry P. Wolfe <HWolfe@wolflawfirm.net>
Cc: alan@salitautosales.com; Wilt, Tracey <TRACEY.WILT@LibertyMutual.com>; Hubert, Logan
<Logan.Hubert@LibertyMutual.com>; CLClaimReports <CLClaimReports@LibertyMutual.com>
Subject: RE: Claim Reference No. 036925089-0003 - FINAL REQUEST FOR INFORMATION

Mr. Wolfe,

Thank you for your email, our response to your specific inquiries can be found below.

Upon receipt of your client's 3/2/18 correspondence expressing disagreement with the valuation due to the anomaly of the loss vehicle itself being considered for one of the comparable vehicles another valuation was completed. I sent Mr. Salit an email on 3/5/18 indicating I had reviewed his email and agree we need to take another look at the valuation; we had requested an updated evaluation subsequent to that email being sent to your client. On 3/6/18 we received the updated evaluation and Logan Hubert contacted Mr. Salit and went over the updated total loss evaluation. Your client was not in agreement with the valuation.

I then received an email (dated 3/6/18) from Mr. Salit indicating he will be forwarding all correspondence to his attorney to handle the claim for him. He also asked for a copy of the updated evaluation. I replied to your client's inquiry and included an updated total loss evaluation per his request. I explained that if he's not in agreement with the updated evaluation that he can pursue the claim with his insurer or pass everything along to his attorney who can reach out to us at their convenience.

We advised your client of his options for recourse by providing him with a copy of the updated CCC evaluation as well the letter that's attached to this email dated 3/6/18. We also indicated he could pursue the claim with his insurance company or pass the information along to his attorney to reach out at his convenience. We had not received a reply or any correspondence from Mr. Salit or anyone on his behalf until we received your prior correspondence dated 11/12/18.

As to the inquiry on the deductions, these were taken based upon our inspection of the vehicle including the condition of the vehicle relative to what's expected for a vehicle of that age. I apologize I cannot provide more detail on this as it is proprietary information.

I trust this satisfies your request to reply by Friday 11/16/18 (though your correspondence indicated 11/12/18). However please understand we're willing to continue to work towards an amicable resolution. Should you have specific information to provide in order to substantiate the conditioning adjustments are not accurate please provide that information so we can determine if it will impact the total loss evaluation.

All the best,


Shane Wyckoff
Claims Team Manager
Auto Physical Damage
Liberty Mutual Insurance
PO Box 515097
Los Angeles, CA 90051-5097
Toll Free: 800-637-0757 x87181
Fax: 877-202-4607

Track your claim anytime, anywhere with your online account at www.LibertyMutual.com
View claim status and policy details  |  Upload photos and documents  |  Schedule an inspection
LM Logo Email Signature
Policy Underwritten by Wausau Underwriters Insurance Company


From: Henry P. Wolfe
Sent: Wednesday, November 14, 2018 6:02 PM
To: 'Wyckoff, Shane' <SHANE.WYCKOFF@LibertyMutual.com>
Cc: alan@salitautosales.com; Wilt, Tracey <TRACEY.WILT@LibertyMutual.com>; Hubert, Logan
<Logan.Hubert@LibertyMutual.com>; CLClaimReports <CLClaimReports@LibertyMutual.com>
Subject: RE: Claim Reference No. 036925089-0003 - FINAL REQUEST FOR INFORMATION

Mr. Wyckoff,

As an initial matter, it is false that my November 12, 2018 e-mail was my first communication to you on behalf of Salit Auto.   I wrote to  you and Mr. Logan by e-mail on March 13, 2018 requesting an explanation for CCC One's highly suspect valuation and for information regarding Liberty Mutual' s internal appeal process. When you ignored that correspondence, I sent you and Mr. Logan another e-mail on March 15, 2018, with a copy to Ms. Wilt.   When that e-mail was ignored, I sent a third e-mail to you, Mr. Logan, and Ms. Wilt on March 21, 2018, and that e-mail was also ignored. Copies of these disregarded e-mails are attached.

At this point, my client's proposal for an "amicable resolution" is likely well beyond your authority to accept, as it would likely include enhanced damages and attorney's fees under the New Jersey Consumer Fraud Act and other laws.  The notion that an insurer may withhold a reasonable basis of its

EXHIBIT F TO COMPLAINT        Page 5 of 6

loss valuation to a claimant as "proprietary" and then require the claimant to produce information to counter this nebulous, top-secret "proprietary" valuation is astonishing and unconscionable, especially where, as here, the valuation appears to be fraudulent.

Please direct this correspondence to Liberty Mutual's legal department, if Liberty Mutual in fact wishes to discuss "amicable resolution" of this situation.

Henry P. Wolfe
The Wolf Law Firm, LLC
1520 U.S. Highway 130, Suite 101
North Brunswick, NJ 08902
(732) 545-7900; fax (732) 545-1030
hwolfe@wolflawfirm.net