

100 Matawan Road, Suite 410
Matawan, New Jersey  07747
Telephone:  732.993.9850
Facsimile:  732.993.9851
www.ansalaw.com

Steven F. Gooby
Direct Dial  732.993.9848
steven.gooby@ansalaw.com

October 16, 2019

**VIA ECF**

Honorable Mark Falk
Chief Magistrate Judge
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
1 Federal Square, Room 457
Newark, New Jersey 07101

   Re: *Salit Auto Sales, Inc. v. CCC Information Services Inc., et al.*
     Case No.:  2:19-cv-18107-JMV-MF

Dear Judge Falk:

  This firm represents Defendant CCC Information Services Inc. ("CCC") in the referenced matter.  CCC Information Services respectfully moves this Court for an order pursuant to Rule 101.1 of the Local Civil Rules of the United States District Court for the District of New Jersey allowing the *pro hac vice* admission of Kathleen P. Lally, Jason R. Burt, Marguerite M. Sullivan, and George C. Chipev (collectively, the "Applicants").  In support of this letter application, attached are the Certifications of the Applicants, together with my supporting Certification and proposed Order.  All parties have consented to the Applicants' admission.  Accordingly, CCC Information Services respectfully requests that the attached order admitting the Applicants *pro hac vice* be entered.

           Respectfully submitted,

           */s/ Steven F. Gooby*

           Steven F. Gooby

/egw
Attachments
 cc: Henry P. Wolfe, Esq. (w/att.) *(via ECF)*
    Kevin P. Roddy, Esq. (w/att.) *(via ECF)*
    Philip A. Tortoreti, Esq. (w/att.) *(via ECF)*
    Ryan L. Di Clemente, Esq. (w/att.) *(via ECF)*