# LAW OFFICE OF HENRY P. WOLFE LLC

17A JOYCE KILMER AVE. N., NEW BRUNSWICK, NEW JERSEY 08901-1951
Telephone 732 325 3500  |  Facsimile 732 352 6807  |  E-mail *henry@wolfeconsumerlaw.com*

November 21, 2019

Hon. John Michael Vazquez, U.S.D.J.
U.S. Post Office & Courthouse         *via Electronic Court Filing only*
Federal Square
Newark, New Jersey 07101

Re: *Salit Auto Sales, Inc. v. CCC Information Services, et al.*, Case No. 2:19-cv-18107-JMV-MF
    Proposed briefing schedule for pending motions to dismiss

Dear Judge Vazquez:

This office is co-counsel for the Plaintiff in the above referenced action. I am writing with the consent of counsel for all parties to request the Court's approval of the following briefing schedule for the two motions to dismiss filed last week by Defendants Liberty Mutual Group, Inc., Liberty Mutual Home and Auto Services, LLC, and Wausau Underwriters Insurance Company (ECF Doc. 23) and by Defendant CCC Information Services, Inc. (ECF Doc. 24):

- Opposition briefs to be filed no later than January 24, 2020
- Reply briefs to be filed no later than February 24, 2020
- Motion returnable on March 4, 2020

The parties have been advised by chambers that this briefing schedule will require the Court to administratively dismiss the pending motions, subject to reinstatement upon request by the moving Defendants by letter filed via ECF prior to January 24, 2020, without the need to re-file the motions, briefs, or other supporting filings. The parties understand and consent to this procedure.

On behalf of counsel for all parties, I thank the Court for its consideration of this request.

Sincerely,

s/ Henry P. Wolfe
Henry P. Wolfe

**SO ORDERED** on ___November 21___, 2019

Hon. ___John Michael Vazquez, USDJ___