**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALIT AUTO SALES, INC., d/b/a SALIT AUTO SALES, *on behalf of itself and others similarly situated*, <br><br> *Plaintiff,* <br><br> v. <br><br> CCC INTELLIGENT SOLUTIONS INC., LIBERTY MUTUAL GROUP INC., LIBERTY MUTUAL HOME AND AUTO SERVICES LLC, d/b/a LIBERTY MUTUAL FIRE INSURANCE COMPANY, and WAUSAU UNDERWRITERS INSURANCE COMPANY, <br><br> *Defendants.* | Civil Action No. 19-18107 (JMV) (MF) <br><br> **ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons expressed in the accompanying Opinion, and for good cause shown,

**IT IS** on this 26th day of August, 2021,

**ORDERED** that Defendants' motions to dismiss Plaintiff's Second Amended Complaint, D.E. 40, 41, are **GRANTED**; and it is further

**ORDERED** that Plaintiff has thirty (30) days to file a third amended complaint addressing the deficiencies noted in the accompanying Opinion; and it is further

**ORDERED** that if Plaintiff fails to file a third amended complaint within the allotted time period, this case will be closed.

John Michael Vazquez, U.S.D.J.